Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599 JCC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S MOTION TO SEAL<br><br>Noted for Hearing: February 24, 2023 |

The Court, having received and reviewed Apple Inc.'s Motion to Seal (the "Motion"),

HEREBY FINDS, CONCLUDES, and ORDERS that:

Apple Inc. has shown compelling reasons to seal the Global Tenets Agreement ("GTA") attached as Exhibit A to its Motion to Dismiss and narrow portions of its Motion to Dismiss quoting the contents of the GTA. These materials contain confidential business information that, if made public, could harm Apple Inc.'s competitive standing by providing Apple Inc.'s competitors and potential future business partners with information about the terms to which Apple Inc. agreed in the GTA.

No means other than the sealing and redaction proposed by Apple Inc. will protect the confidential business information in the GTA, the protection of which outweighs the public right of access to court records.

[~~PROPOSED~~] ORDER GRANTING
MOTION TO SEAL - 2:22-cv-01599 JCC

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

1  Apple Inc.'s Motion to Seal is therefore GRANTED.  Exhibit A and the portion of its Motion to Dismiss quoting the contents of that exhibit previously filed under seal shall be maintained under seal.

Dated 24th day of February, 2023.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
MOTION TO SEAL - 2:22-cv-01599 JCC

2

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

*Presented by:*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com

401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

WEIL GOTSHALL & MANGES, LLP

By: *s/Carrie C. Mahan*
Carrie C. Mahan (*Pro Hac Vice*)
carrie.mahan@weil.com

By: *s/S. Nicole Booth*
Sandra Nicole Booth (*Pro Hac Vice*)
nicole.booth@weil.com

2001 M. Street NW, Suite 600
Washington, DC 20036
Telephone: +1 202 682 7000

By: *s/Brian Liegel*
Brian Liegel (*Pro Hac Vice*)
brian.liegel@weil.com

1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Defendant Apple Inc.*

[PROPOSED] ORDER GRANTING
MOTION TO SEAL - 2:22-cv-01599 JCC

2

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300