THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>AMAZON.COM INC. and APPLE INC.,<br><br>Defendants. | CASE NO. C22-1599-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the briefing schedule (Dkt. No. 39). Finding good cause, the Court EXTENDS the briefing schedule as follows:

- Deadline for Defendant to answer or otherwise respond to Amended Complaint: March 27, 2023

- Deadline for any opposition brief: April 24, 2023

- Deadline for any reply brief: May 15, 2023

- Noting date for any motion to dismiss: May 19, 2023

//

MINUTE ORDER
C22-1599-JCC
PAGE - 1

1   DATED this 6th day of March 2023.

2              Ravi Subramanian
               Clerk of Court

3

4              s/Samantha Spraker
               Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C22-1599-JCC
PAGE - 2