Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599 JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br><br>June 21, 2023 |

Plaintiff Steven Floyd and Defendants Amazon.com, Inc. and Apple Inc. (together "Defendants," and collectively, the "Parties"), by and through their counsel, stipulate as follows:

1. Under the Federal Rules, Defendants' deadline to answer or otherwise respond to the Amended Complaint is June 22, 2023.

2. Defendants have asked Plaintiff for additional time to respond to the Amended Complaint, and Plaintiff has agreed. The Parties therefore stipulate to extend the deadline to answer or otherwise respond to the Amended Complaint to July 24, 2023, 45 days from the entry of the Court's Order denying in part and granting in part the Defendants' Motions to Dismiss. The parties are not seeking, by this stipulated motion, to extend any other dates in the schedule.

3. This is the first request to extend the deadline to file Defendants' respective answers to the Amended Complaint.

4. Good cause exists for this extension because Defendants require additional time to respond to the numerous allegations made in Plaintiff's Amended Complaint in this complex antitrust class action. Further, additional time is warranted given periods of unavailability for key personnel who will be involved in providing responses to the Amended Complaint, as well as the July 4th holiday.

STIPULATED to and JOINTLY submitted this 21st day of June 2023.

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By:  *s/Mark S. Parris*<br>    Mark S. Parris (WSBA No. 18370)<br>    401 Union Street, Suite 3300<br>    Seattle, WA 98101<br>    Telephone: +1 206 839 4300<br>    Facsimile: +1 206 839 4301<br>    mparris@orrick.com<br><br>WEIL, GOTSHAL & MANGES, LLP<br><br>By:  *s/Mark A. Perry*<br>    Mark A. Perry (*Pro Hac Vice*)<br>    2001 M. Street NW, Suite 600<br>    Washington, DC 20036<br>    Telephone: +1 202 682 7000<br>    mark.perry@weil.com<br><br>By:  *s/Eric S. Hochstadt*<br>    Eric S. Hochstadt (*Pro Hac Vice*)<br>    767 Fifth Ave.<br>    New York, NY 10153-0119<br>    Telephone: +1 212 310 8000<br>    eric.hochstadt@weil.com<br><br>By:  *s/Brian G. Liegel*<br>    Brian G. Liegel (*Pro Hac Vice*)<br>    1395 Brickell Ave., Suite 1200<br>    Miami, FL 33131<br>    Telephone: +1 305 577 3180<br>    brian.liegel@weil.com<br><br>*Attorneys for Defendant Apple Inc.* | DAVIS WRIGHT TREMAINE, LLP<br><br>By:  *s/MaryAnn Almeida*<br>    John Goldmark (WSBA No. 40980)<br>    MaryAnn Almeida (WSBA No. 49086)<br>    920 Fifth Ave., Suite 3300<br>    Seattle, WA 98104<br>    Telephone: +1 206 622-3150<br>    Facsimile: +1 206 757-7700<br>    johngoldmark@dwt.com<br>    maryannalmeida@dwt.com<br><br>SIDLEY AUSTIN LLP<br><br>By:  *s/Chad S. Hummel*<br>    Chad S. Hummel (*Pro Hac Vice*)<br>    1999 Avenue of the Stars, 17th Fl.<br>    Los Angeles, CA 90067<br>    Telephone: +1 310 595 9500<br>    chummel@sidley.com<br><br>By:  *s/Jonathan E. Nuechterlein*<br>    Jonathan E. Nuechterlein (*Pro Hac Vice*)<br>    *s/Benjamin M. Mundel*<br>    Benjamin M. Mundel (*Pro Hac Vice*)<br>    1501 K Street, N.W.<br>    Washington, DC 20005<br>    Telephone: +202 736 8000<br>    jnuechterlein@sidley.com<br>    bmundel@sidley.com<br><br>*Attorneys for Amazon.com, Inc.* |

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/Steve W. Berman*
Steve W. Berman (WSBA #12536)
*s/Barbara A. Mahoney*
Barbara A. Mahoney (WSBA #31845)
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: +1 206 623 7292
Facsimile: +1 206 623 0594
steve@hbsslaw.com
barbaram@hbsslaw.com

By: *s/Ben Harrington*
Ben Harrington (*Pro Hac Vice*)
*s/Benjamin J. Siegel*
Benjamin J. Siegel (*Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: +1 510 725 3000
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiff*

## ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated __ day of June, 2023.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 2:22-cv-01599 JCC

4

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300