The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STEVEN FLOYD, on behalf of himself and all others similarly situated,

Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,

Defendants.

Case No. 2:22-cv-01599-KKE

**JOINT STATUS REPORT**

Given the reassignment of this matter, counsel for Plaintiff Steven Floyd and Defendants Amazon.com, Inc. and Apple Inc. (collectively, the "Parties") submit this Joint Status Report to apprise the Court of proceedings to date and to alert the Court to certain outstanding disputes that are fully briefed for the Court's resolution. The Parties welcome the opportunity to appear at a status conference if helpful to the Court to resolve these disputes.

**1. BACKGROUND**

Plaintiff filed a class action complaint on November 9, 2022, asserting a violation of the Sherman Act. ECF No. 1. Plaintiff amended the complaint on February 27, 2023, and Defendants filed motions to dismiss on March 27, 2023. ECF Nos. 37, 42-43. By Order dated June 8, 2023, Judge Coughenour denied in part and granted in part Defendants' motions to dismiss. ECF No. 61. The Court held that Plaintiff had not pleaded a "per se" violation of the Sherman Act but had pleaded a claim under the "rule of reason" framework. *Id.* at 10. By agreement of the Parties, Defendants answered the amended complaint on July 24, 2023. ECF Nos. 64-65.

Discovery commenced with document requests propounded by Plaintiff on July 6, 2023. Defendants responded to those requests on August 7, 2023, and the Parties are negotiating parameters for Defendants' productions. These efforts are ongoing. Defendants served initial document requests on September 5, 2023, and Plaintiff's responses are forthcoming.

**2. PENDING DISPUTES**

To assist the Court's case management, the Parties summarize below certain outstanding disputes relating to (1) the case schedule and (2) the protective order and ESI protocols.

**a. Case Schedule**

On March 15, 2023, the Parties submitted competing proposed case schedules as part of their Rule 26(f) Joint Status Report. ECF No. 41. Judge Coughenour did not rule on the parties' scheduling disputes, or otherwise enter a case schedule.

The Parties have met and conferred regarding the schedule, and have adjusted certain deadlines in the schedules they initially proposed given intervening events since March. The Parties' updated proposals are set forth below and appended as proposed orders. *See* Exhibit A

(Plaintiff's Proposed Schedule); Exhibit B (Defendants' Proposed Schedule).

The Parties' remaining disputes related to the schedule, both as to certain proposed dates and the structure overall, were addressed in the Rule 26(f) Joint Status Report. *See* ECF No. 41 at 8-9. In summary, the Parties' principal areas of dispute concern (1) when fact discovery should close, (2) whether merits expert discovery and summary judgment deadlines should await a ruling on class certification, and (3) whether the schedule should authorize defendants to submit a merits expert sur-reply. The Parties respectfully refer the Court to that Report for their respective positions.[1]

| EVENT | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Rule 26(f) Conference | February 28, 2023 (completed) | February 28, 2023 (completed) |
| Exchange of Initial Disclosures | March 8, 2023 (completed) | March 8, 2023 (completed) |
| Initial Case Management Conference | To be set by the Court | To be set by the Court |
| Substantial Completion of Document and Data Productions | **April 3, 2024**<br><br>(Rolling productions to be made throughout the discovery period as soon documents are ready to be produced) | **April 3, 2024**<br><br>(Rolling productions to be made throughout the discovery period as soon documents are ready to be produced) |
| Fact Discovery Cut Off | **60 days from ruling on Class Certification** | **July 8, 2024**<br><br>(395 days after start of discovery) |
| Class Certification Motion and Supporting Expert Reports | **July 2, 2024**<br><br>(Within 90 days of substantial completion of documents and data) | **August 7, 2024**<br><br>(30 days after close of fact discovery) |

[1] Apple previously objected to the entry of a scheduling order absent an operative complaint. Given Judge Coughenour's motion to dismiss ruling, Apple joins Amazon's proposed schedule.

| EVENT | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Class Certification Opposition and Supporting Expert Reports | **September 3, 2024**<br><br>(60 days from class certification motion) | **November 5, 2024**<br><br>(90 days from class certification motion) |
| Class Certification Reply and Expert Rebuttal Reports | **November 4, 2024**<br><br>(60 days of class certification opposition) | **December 20, 2024**<br><br>(45 days from class certification opposition) |
| Hearing on Class Certification | To be set by the Court | To be set by the Court |
| Plaintiff's Merits Experts Disclosure (including reports) | **90 days from ruling on Class Certification** | **March 20, 2025**<br><br>(90 days after class certification replies) |
| Defendants' Merits Expert Responses | **45 days after Merits Expert Reports** | **June 3, 2025**<br><br>(75 days after Plaintiff's Merits Expert Reports) |
| Plaintiff's Merits Expert Reply Reports | **45 days after Response Reports** | **July 8, 2025**<br><br>(35 days after response reports) |
| Defendants' Merits Expert Sur-Reply | N/A | **August 7, 2025**<br><br>(30 days after Plaintiff's Reply) |
| Expert Discovery Cut-Off | **14 days after Reply/Rebuttal Reports** | **September 5, 2025**<br><br>(29 days after Reply/Rebuttal Reports) |
| Dispositive and *Daubert* Motions | **35 days after Expert Discovery Cut-Off** | **November 4, 2025**<br><br>(60 days after Expert Discovery Cut-Off) |
| Dispositive and Related *Daubert* Responses | **35 days after Dispositive and *Daubert* Motions** | **December 19, 2025**<br><br>(45 days after Dispositive and Daubert Motions are filed) |

| EVENT | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Dispositive and Related *Daubert* Replies | **35 days after Dispositive and *Daubert* Responses** | **February 2, 2026**<br><br>(45 days after Dispositive and Daubert Responses) |
| Hearing on all Dispositive and *Daubert* Motions | To be set by the Court | To be set by the Court |
| Trial Date | **14 months from ruling on Class Certification** | **5 months from ruling on class certification and dispositive motions, whichever is latest** |

**a. Protective Order and ESI Protocols**

On May 3, 2023, the Parties submitted a statement of disputes regarding (1) a Protective Order and (2) Protocols Regarding Discovery of Electronically Stored Information ("ESI Protocols"). *See* ECF No. 53. These disputes remain pending and the Parties maintain the positions they articulated in this briefing. *See* ECF No. 53 at 1-10 (addressing Protective Order); *id*. at 10-14 (addressing ESI Protocols).

Entry of a Protective Order and ESI Protocols will greatly assist the Parties in proceeding with discovery.

DATED: September 25, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By _/s/ Steve W. Berman_
Steve W. Berman (WSBA No. 12536)
By _/s/ Barbara A. Mahoney_
Barbara A. Mahoney (WSBA No. 31845)
1301 Second Avenue Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barabaram@hbsslaw.com

Ben M. Harrington (*pro hac vice* forthcoming)
Benjamin J. Siegel (*pro hac vice* forthcoming)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Class*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _/s/ Mark S. Parris_
Mark S. Parris, WSBA #18370
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Fax: +1 206 839 4301
mparris@orrick.com

WEIL GOTSHAL & MANGES, LLP

By _/s/ Mark A. Perry_
Mark A. Perry (Pro Hac Vice)
2001 M. Street NW, Suite 600
Washington, DC 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

By _/s/ Eric S. Hochstadt_
Eric S. Hochstadt (Pro Hac Vice)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By */s/Brian G. Liegel*
Brian G. Liegel (Pro Hac Vice)
1395 Brickell Ave., Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180
brian.liegel@weil.com

*Attorneys for Apple Inc.*

By */s/ John Goldmark*
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
DAVIS WRIGHT TREMAINE, LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: johngoldmark@dwt.com
maryannalmeida@dwt.com

Chad S. Hummel (*pro hac vice*)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Phone: (310) 595-9500
Fax: (310) 595-9501
Email: chummel@sidley.com

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Email: jnuechterlein@sidley.com
bmundel@sidley.com

*Attorneys for AMAZON.COM, INC.*