UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM INC., et al.,<br><br>    Defendants. | CASE NO. C22-1599-KKE<br><br>CLASS ACTION SCHEDULING ORDER |

This matter comes before the Court upon consideration of the parties' scheduling disputes as described in joint status reports. Dkt. Nos. 41, 67. The Court finds it appropriate to set forth a case schedule through the briefing of the class certification motion at this time, and will enter a case schedule setting forth the subsequent deadlines after that motion has been ruled upon.

The Court thus enters the following case schedule:

| Event | Date |
|---|---|
| Substantial completion of document and data productions | 4/3/2024 |
| Fact discovery cutoff | 7/8/2024 |
| Class certification motion | 8/7/2024 |

CLASS ACTION SCHEDULING ORDER - 1

| Class certification opposition and supporting expert reports | 10/7/2024 |
|---|---|
| Class certification reply and expert rebuttal reports | 11/21/2024 |

Although the Court has set the fact discovery cutoff before the class certification motion is due, Defendants have represented that they are open to additional discovery after the class certification motion is decided, if necessary, and the Court would consider a motion for extension of this deadline if that proves to be the case.  *See* Dkt. No. 41 at 7-8.

The Court further directs the clerk to designate the parties' statement of disputes (Dkt. No. 53) as a motion, which the Court will rule upon separately.

Dated this 29th day of September, 2023.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge