UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD,<br><br>            Plaintiff(s),<br><br>    v.<br><br>AMAZON.COM INC., et al.,<br><br>            Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME |

This matter comes before the Court on the parties' joint status report. Dkt. No. 72. The Court GRANTS the parties' request for additional time to confer regarding the outstanding disputes (Dkt. No. 53) as to a protective order. The Court commends the parties for working together to resolve these disputes.

No later than December 6, 2023, the parties are ORDERED to submit a joint status report and either (1) attach a stipulated proposed protective order; or (2) if a party wishes to propose a different version of the previously filed proposed protective orders (Dkt. No. 53, Exs. A & B), that party shall attach the updated respective proposed protective order with a description of no longer than five pages of any remaining disputes. The clerk is DIRECTED to re-note the pending disputes

ORDER - 1

(Dkt. No. 53) for December 6, 2023.

Dated this 20th day of November, 2023.

_____
Kymberly K. Evanson
United States District Judge

ORDER - 2