1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN FLOYD, individually and on behalf
of all other similarly situated,

Plaintiff,

v.

AMAZON.COM INC. and APPLE INC.,

Defendants.

Case No. 2:22-cv-01599 KKE

**STIPULATED MOTION AND
ORDER EXTENDING BRIEFING
SCHEDULE ON PLAINTIFF'S
MOTION TO AMEND FIRST
AMENDED COMPLAINT**

Plaintiff Steven Floyd and Defendants Amazon.com, Inc. and Apple Inc. (together "Defendants," and collectively, the "Parties"), by and through their counsel, stipulate as follows:

1.      Under LCR 7(d)(3), Defendants' deadline to oppose Plaintiff's Motion to Amend First Amended Complaint and to Intervene (the "Motion") would be due March 11, 2024.

2.      Defendants have asked Plaintiff for additional time to oppose to the Motion and Plaintiff has agreed, provided that Plaintiff get additional time to file his reply.

3.      The Parties therefore stipulate to extend the briefing schedule on the Motion so that Defendants' Opposition is due March 21, 2024, and Plaintiff's reply is due April 1, 2024. Accordingly, the Parties also stipulate to renote the Motion for consideration on April 5, 2024.

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

1        STIPULATED to and JOINTLY submitted this 4th day of March, 2024.

2

3    ORRICK, HERRINGTON & SUTCLIFFE          DAVIS WRIGHT TREMAINE, LLP
     LLP

4
     By:     *s/Mark S. Parris*                    By:     *s/John Goldmark*
5            Mark S. Parris (WSBA No. 18370)               John Goldmark (WSBA No. 40980)
             401 Union Street, Suite 3300                  MaryAnn Almeida (WSBA No. 49086)
6            Seattle, WA 98101                             920 Fifth Ave., Suite 3300
             Telephone: +1 206 839 4300                    Seattle, WA 98104
7            Facsimile: +1 206 839 4301                    Telephone: +1 206 622-3150
             mparris@orrick.com                            johngoldmark@dwt.com
8                                                          maryannalmeida@dwt.com

9    WEIL, GOTSHAL & MANGES, LLP                  SIDLEY AUSTIN LLP

10   By:     *s/Mark A. Perry*                     By:     *s/Chad S. Hummel*
             Mark A. Perry (*Pro Hac Vice*)                Chad S. Hummel (*Pro Hac Vice*)
11           2001 M. Street NW, Suite 600                  1999 Avenue of the Stars, 17th Fl.
             Washington, DC 20036                          Los Angeles, CA 90067
12           Telephone: +1 202 682 7000                    Telephone: +1 310 595 9500
             mark.perry@weil.com                           chummel@sidley.com
13
     By:     *s/Eric S. Hochstadt*
14           Eric S. Hochstadt (*Pro Hac Vice*)    By:     *s/Jonathan E. Nuechterlein*
             767 Fifth Ave.                                Jonathan E. Nuechterlein (*Pro Hac Vice*)
15           New York, NY 10153-0119                       *s/Benjamin M. Mundel*
             Telephone: +1 212 310 8000                    Benjamin M. Mundel (*Pro Hac Vice*)
16           eric.hochstadt@weil.com                       1501 K Street, N.W.
                                                           Washington, DC 20005
17   By:     *s/Brian G. Liegel*                           Telephone: +202 736 8000
             Brian G. Liegel (*Pro Hac Vice*)              jnuechterlein@sidley.com
18           1395 Brickell Ave., Suite 1200               bmundel@sidley.com
             Miami, FL 33131
19           Telephone: +1 305 577 3180
             brian.liegel@weil.com                 *Attorneys for Defendant Amazon.com, Inc.*
20
21   *Attorneys for Defendant Apple Inc.*

22

23

24

25

26

27

28

1

2 HAGENS BERMAN SOBOL SHAPIRO LLP

3

4 By: *s/Steve W. Berman*
    Steve W. Berman (WSBA #12536)

5    *s/Barbara A. Mahoney*
    Barbara A. Mahoney (WSBA #31845)

6    1301 Second Ave., Suite 2000
    Seattle, WA 98101

7    Telephone: +1 206 623 7292
    Facsimile: +1 206 623 0594

8    steve@hbsslaw.com
    barbaram@hbsslaw.com

9

10 By: *s/Ben Harrington*

11    Ben Harrington (*Pro Hac Vice*)
    *s/Benjamin J. Siegel*

12    Benjamin J. Siegel (*Pro Hac Vice*)
    715 Hearst Avenue, Suite 202

13    Berkeley, CA 94710
    Telephone: +1 510 725 3000

14    benh@hbsslaw.com
    bens@hbsslaw.com

15

16 *Attorneys for Plaintiff*

17

18         **ORDER**

19    The Court GRANTS the parties' stipulated motion.  Dkt. No. 82.  Defendants' opposition

20 to Plaintiff's motion (Dkt. No. 80) is due no later than March 21, 2024.  Plaintiff's reply is due no

21 later than April 1, 2024.  Because the briefing will be completed by April 1, 2024, the clerk is di-

22 rected to RE-NOTE the pending motion (Dkt. No. 80) for April 1, 2024.

23

24    Dated this 5th day of March, 2024.

25

26

27         Kymberly K. Evanson

28         United States District Judge