The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT AND DATA PRODUCTION** |

Plaintiff Steven Floyd and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively, the "Parties"), by and through their counsel, stipulate as follows:

1.  The Parties respectfully submit that good cause justifies a temporary suspension of the deadline for substantial completion of document and data productions, and the subsequent deadlines in the Court's class action scheduling order (Dkt. 68), because a motion to amend the complaint and multiple discovery disputes are pending and will not be resolved before the substantial completion deadline.

2.  Plaintiff filed a Motion to Amend the First Amended Complaint and to Intervene (Dkt. 80) on February 29, 2024. The motion seeks the Court's permission to add two named plaintiffs, Jonathan Ryan and Jolene Furdek, to the litigation. Defendants oppose the Motion (Dkt. 86).

3. The parties have met and conferred about the scope of discovery requests for many months, and they were able to reach agreements about many disputes without Court intervention. However, several disputes remain, and the Parties have asked the Court to resolve them. Plaintiff filed a joint statement concerning disputes related to Plaintiff's discovery requests on March 22, 2024 (Dkt. 89). Defendants filed a joint statement concerning disputes related to Defendants' discovery requests on March 26, 2024 (Dkt. 90).

4. The Court has indicated that it is available to hear argument on Plaintiff's Motion to Amend and all Parties' discovery disputes on April 30, 2024.

5. The current deadline for substantial completion of the production of documents and data is April 3, 2024.

6. Given the pending motion to amend and discovery dispute statements, the Parties agree that the substantial completion deadline and subsequent deadlines should be temporarily suspended so the Court can resolve these disputes.

7. The parties respectfully request that the Court suspend the deadlines in the class action scheduling order (Dkt. 68) pending its decision on Plaintiff's Motion to Amend and the Parties' discovery disputes, and that the Parties propose a revised schedule to the Court within 10 days of the Court's ruling on Plaintiff's Motion to Amend and/or the Parties' discovery disputes, whichever is later.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order, that:

1. The deadlines in the class action scheduling order (Dkt. 68) are temporarily suspended pending the Court's rulings on Plaintiff's Motion to Amend (Dkt. 80) and the Parties' discovery disputes (Dkts. 89 & 90).

2. The Parties are to jointly propose a new scheduling order (or if agreement is not reached, separate proposals accompanied by no more than 5 pages of briefing per side) within 10 days of the Court's ruling on Plaintiff's Motion to Amend and Intervene (Dkt. 80) and/or the Parties' discovery disputes (Dkts. 89 & 90), whichever is later.

IT IS SO STIPULATED.

DATED: April 2, 2024            HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
    Steve W. Berman, WSBA #12536
    /s/ Barbara A. Mahoney
    Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Ph: (206) 623-7292; Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Class*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Mark S. Parris
    Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA  98101
Telephone:  +1 206 839 4300
Facsimile:  +1 206 839 4301

WEIL GOTSHAL & MANGES, LLP

By: /s/ Mark A. Perry
    Mark A. Perry (*Pro Hac Vice*)
2001 M. Street NW, Suite 600
Washington, DC 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

By: /s/ Eric S. Hochstadt
    Eric S. Hochstadt (*Pro Hac Vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: 212 310 8000
eric.hochstadt@weil.com

By: /s/ Brian G. Liegel
    Brian G. Liegel (*Pro Hac Vice*)
brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for APPLE INC*.

By: /s/ John Goldmark
    John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
DAVIS WRIGHT TREMAINE, LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: johngoldmark@dwt.com
      maryannalmeida@dwt.com

|   |   |
|---|---|
| 1 | Chad S. Hummel (*pro hac vice*) |
|   | SIDLEY AUSTIN LLP |
| 2 | 1999 Avenue of the Stars, 17th Floor |
|   | Los Angeles, CA 90067 |
| 3 | Phone: (310) 595-9500 |
|   | Fax: (310) 595-9501 |
| 4 | Email: chummel@sidley.com |

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Email: jnuechterlein@sidley.com
   bmundel@sidley.com

*Attorneys for AMAZON.COM, INC.*

STIPULATED MOTION AND ORDER - 5
Case No. 2:22-cv-01599-KKE

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated this 3rd day of April 2024.

                              *Kymberly K. Evanson*
                              _____
                              Kymberly K. Evanson
                              United States District Judge