The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>Defendants. | No. 2:22-cv-01599-KKE<br><br>STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON DISCOVERY DISPUTES AND CASE SCHEDULE |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan ("Plaintiffs"), and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants"), hereby stipulate and agree to the following briefing schedule.

1. On May 6, 2024, the Court entered its Order requesting that the Parties confer regarding case schedule modification and outstanding discovery disputes and to file a stipulation or briefing schedule by no later than May 13, 2024.  Dkt. 98.

2. The Parties met and conferred on May 10, 2024, and agree and stipulate to the following briefing schedule regarding discovery disputes, subject to the Court's approval: Should either Party file a motion to compel: (i) the moving Party will file their motion on or before May 17, 2024, and will note the motion for June 17, 2024; (ii) any opposition to the motion will be

STIPULATED MOTION AND ORDER TO
SET BRIEFING SCHEDULE (2:22-cv-01599-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

due on June 7, 2024; and (iii) the moving Party's reply in support of their motion will be due on June 17, 2024.

3. The Parties agree and stipulate to the following procedure regarding the case schedule, subject to the Court's approval: on May 20, 2024, the Parties will file a joint statement setting out their respective positions on the case schedule. The joint statement shall be no more than ten double-spaced pages (five pages per side).

IT IS SO STIPULATED.

DATED this 13th day of May, 2024.

DAVIS WRIGHT TREMAINE LLP

By  /s/ John Goldmark
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Phone: (206) 622-3150
Fax: (206) 757-7700
E-mail: johngoldmark@dwt.com
             maryannalmeida@dwt.com

SIDLEY AUSTIN LLP

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Fax: 206-757-7700
E-mail: juechterlein@sidley.com
             bmundel@sidley.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOTION AND ORDER TO
SET BRIEFING SCHEDULE (2:22-cv-01599-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  */s/ Mark S. Parris*
    Mark S. Parris (WSBA No. 18370)
    401 Union Street, Suite 3300
    Seattle, WA 98101
    Phone: (206) 839-4300
    Fax: (206) 839-4301
    E-mail: mparris@orrick.com

WEIL GOTSHAL & MANGES, LLP

By  */s/ Mark A. Perry*
    Mark A. Perry (*pro hac vice*)
    2001 M. Street NW, Suite 600
    Washington, D.C. 20036
    Phone: (202) 682-7000
    Email: mark.perry@weil.com

By  */s/ Eric S. Hochstadt*
    Eric S. Hochstadt (*pro hac vice*)
    767 Fifth Ave.
    New York, NY 10153-0119
    Phone: (212) 310-8000
    E-mail: eric.hochstadt@weil.com

By  */s/ Brian G. Liegel*
    Brian G. Liegel (*pro hac vice*)
    1395 Brickell Avenue, Suite 1200
    Miami, FL 33131
    Phone: (305) 577-3180
    E-mail: Brian.liegel@weil.com

  *Attorneys for Apple Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
    Steve W. Berman, WSBA #12536
    */s/ Barbara A. Mahoney*
    Barbara A. Mahoney, WSBA #31845
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Phone: (206) 623-7292
    Fax: (206) 623-0594
    E-mail: steve@hbsslaw.com
            barbram@hbsslaw.com

STIPULATED MOTION AND ORDER TO
SET BRIEFING SCHEDULE (2:22-cv-01599-KKE) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
715 Hearts Avenue, Suite 300
Berkeley, CA 94710
Phone: (510) 725-3000
Fax: (510) 725-3001
E-mail: benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND ORDER TO
SET BRIEFING SCHEDULE (2:22-cv-01599-KKE) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 102.

IT IS SO ORDERED this 14th day of May, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO
SET BRIEFING SCHEDULE (2:22-cv-01599-KKE) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax