The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STEVEN FLOYD, et al., individually and on behalf of all other similarly situated,

Plaintiff,

v.

AMAZON.COM INC. and APPLE INC.,

Defendants.

Case No. 2:22-cv-01599 KKE

**DECLARATION OF BRIAN G. LIEGEL IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL**

I, Brian G. Liegel, hereby declare as follows:

1. I am an attorney with Weil, Gotshal & Manges LLP, pro hac vice counsel of record for Defendant Apple Inc. ("Apple"). I make this declaration in support of Apple's motion to compel.

2. Attached as Exhibit 1 is a true and correct copy of an email from me dated February 26, 2024, regarding availability for Mr. Floyd's deposition.

3. Attached as Exhibit 2 is a true and correct copy of a letter and Notice of Videotaped Deposition of Steven Floyd, dated May 8, 2024, from John Goldmark of Davis Wright Tremaine on behalf of Amazon to counsel for Plaintiff.

4. Attached as Exhibit 3 is a true and correct copy of an Amended Notice of Videotaped Deposition of Steven Floyd dated May 15, 2024, and served on that same date.



ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

5. Attached as exhibit 4 is a true and correct copy of a May 10, 2024 email from Ben Harrington, counsel for Amazon.com Inc. to counsel regarding a "Meet and confer re case schedule and discovery disputes."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 17th day of May, 2024 in Miami, Florida.

*s/Brian G. Liegel*
Brian G. Liegel

# EXHIBIT 1

**From:** Liegel, Brian
**To:** Ben Harrington; Mundel, Benjamin; Hochstadt, Eric; Black, Katie; Hardesty, Geneva; MacBride, Morgan; Goldmark, John; Dugan, Jon; Perry, Mark; mparris@orrick.com
**Cc:** Steve Berman; Ben Siegel; Meredith Simons; Hummel, Chad S.; Tutundjian, Anna
**Subject:** RE: Floyd - Second Amended Complaint
**Date:** Monday, February 26, 2024 6:40:21 PM
**Attachments:** image001.jpg
image002.png

---

Ben,

Thank you for your message. We disagree with your assessment of the merits of our opposition, but will leave that to briefing.

On timing, the parties have previously recognized that deviation from the standard briefing deadlines is warranted in this case. The additional time is also necessary to allow Defendants to file one consolidated opposition, which is more efficient for the parties and, importantly, the Court. In an effort to compromise, we'd request 21 days to oppose your motion (which is approximately a 10 day extension) and are amenable to you having the additional week to file a reply. Absent agreement, we will move the Court for 30 days to oppose.

We look forward to hearing from you soon about Mr. Floyd's availability for a deposition. As we are confident that you would consult with the sole class representative in advance of your filing a motion to amend, we expect to receive that information this week along with your motion. We reserve all rights and remedies with respect to this issue and if you cannot provide a deposition date we will have no choice but to issue a notice of deposition.

Best,

Brian

**Brian G. Liegel**
Counsel

Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
brian.liegel@weil.com
+1 305 577 3180 Direct
+1 305 374 7159 Fax

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Friday, February 23, 2024 8:45 PM
**To:** Liegel, Brian <Brian.Liegel@weil.com>; Mundel, Benjamin <bmundel@sidley.com>; Hochstadt, Eric <eric.hochstadt@weil.com>; Black, Katie <Katie.Black@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Goldmark, John <JohnGoldmark@dwt.com>; Dugan, Jon <jdugan@sidley.com>; Perry, Mark <Mark.Perry@weil.com>; mparris@orrick.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Meredith Simons <merediths@hbsslaw.com>; Hummel, Chad S. <chummel@sidley.com>; Tutundjian, Anna <atutundjian@sidley.com>
**Subject:** RE: Floyd - Second Amended Complaint

Brian: We will file the motion next week. We do not believe 30-days for defendants' response is necessary or appropriate given the circumstances. This is a third-Friday motion, meaning by default all briefing is to be completed within three weeks or less, and these are not complicated issues. Leave to amend is granted liberally and there is no sound basis to oppose amendment here. As a courtesy, we could agree to propose to the Court that defendants have an additional week for their opposition, with a commensurate extension for our reply, but cannot agree to extend the schedule further.

As for Mr. Floyd, he has not informed us of any intention to withdraw as a class representative. But as we explained, we have been unable to connect with him recently and are working diligently to regain contact to determine how Mr. Floyd wishes to proceed. We last communicated with Mr. Floyd on January 16, 2024 (and, again, it was not a withdrawal). We provide this information for purposes of transparency, but defendants are not entitled to further probe our communications with clients. Our motion to amend will include all details the court needs to determine whether amendment is appropriate, including as to the timeline of our communications.

Regarding your request for a deposition, we do not believe defendants can insist on deposing Mr. Floyd in advance of any hearing on our motion to amend. We will provide dates for any deposition once we hear from Mr. Floyd. And as for documents, Defendants do not have grounds to demand that Mr. Floyd produce materials in advance of the substantial completion deadline, particularly when defendants have not produced a single document and discovery parameters remain to be negotiated.

Thanks,

Ben

--
**Ben Harrington** | Hagens Berman Sobol Shapiro LLP | (510) 725-3034

---

**From:** Liegel, Brian <Brian.Liegel@weil.com>
**Sent:** Thursday, February 22, 2024 6:23 PM
**To:** Mundel, Benjamin <bmundel@sidley.com>; Ben Harrington <benh@hbsslaw.com>; Hochstadt, Eric <eric.hochstadt@weil.com>; Black, Katie <Katie.Black@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Goldmark, John <JohnGoldmark@dwt.com>; Dugan, Jon <jdugan@sidley.com>; Perry, Mark <Mark.Perry@weil.com>; mparris@orrick.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Meredith Simons <merediths@hbsslaw.com>; Hummel, Chad S. <chummel@sidley.com>; Tutundjian, Anna <atutundjian@sidley.com>
**Subject:** RE: Floyd - Second Amended Complaint

Ben –

I am writing on behalf of both Defendants. Defendants will oppose your motion to amend. We would like to set a briefing schedule and request 30 days to file our opposition. Please let us know when you intend to file the motion, and how long you'd like to file a reply.

Given your representations that Mr. Floyd "has become difficult to reach" and that there are questions over whether Mr. Floyd will continue to serve as the only class representative in this case, we are concerned that Mr. Floyd has not been participating in this litigation and, as such, there is no plaintiff currently pursuing this action against Defendants. We have the following questions:

1. Prior to February 13, 2024, the date you sent the request to amend, when is the last time Mr. Floyd responded to either an email or call from you?
2. Have you been in contact with Mr. Floyd since then? If so, when?
3. When did you first contact Ms. Furdek?
4. When did you first contact Mr. Ryan?
5. Please provide date(s) that Mr. Floyd is available for deposition. We would like to take his deposition prior to a hearing on the motion to amend. Additionally, please confirm that you will produce responsive documents at least 7 days prior to his deposition.

Defendants reserve all rights and remedies.

Best,

Brian

**Brian G. Liegel**
Counsel

Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
brian.liegel@weil.com
+1 305 577 3180 Direct
+1 305 374 7159 Fax

---

**From:** Mundel, Benjamin <bmundel@sidley.com>
**Sent:** Friday, February 16, 2024 8:20 AM
**To:** Ben Harrington <benh@hbsslaw.com>; Liegel, Brian <Brian.Liegel@weil.com>; Hochstadt, Eric <eric.hochstadt@weil.com>; Black, Katie <Katie.Black@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Goldmark, John <JohnGoldmark@dwt.com>; Dugan, Jon <jdugan@sidley.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Meredith Simons <merediths@hbsslaw.com>; Hummel, Chad S. <chummel@sidley.com>; Tutundjian, Anna <atutundjian@sidley.com>
**Subject:** RE: Floyd - Second Amended Complaint

Ben,

Defendants need time to confer with their clients and determine our position on this motion. We will get back to you on Tuesday of next week.

**BENJAMIN M. MUNDEL**

**SIDLEY AUSTIN LLP**
+1 202 736 8157
bmundel@sidley.com

---

**From:** Ben Harrington <benh@hbsslaw.com>
**Sent:** Tuesday, February 13, 2024 7:39 PM
**To:** Liegel, Brian <Brian.Liegel@weil.com>; Hochstadt, Eric <eric.hochstadt@weil.com>; Black, Katie <Katie.Black@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Goldmark, John <JohnGoldmark@dwt.com>; Mundel, Benjamin <bmundel@sidley.com>; Dugan, Jon <jdugan@sidley.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>; Meredith Simons <merediths@hbsslaw.com>
**Subject:** Floyd - Second Amended Complaint

Counsel—We intend to seek leave to file a Second Amended Complaint and ask that Defendants confirm by this Friday (2/16) whether they consent to the amendment. The Second Amended Complaint will include additional class representatives, omit Plaintiffs' per se allegations (which were dismissed), but not otherwise alter the claims asserted in the First Amended Complaint. A draft of the Second Amended Complaint is attached here (along with a redline).

To avoid any disruption to the case schedule, we are prepared to treat all of Defendants' existing discovery requests as having been propounded on Plaintiffs added to the Second Amended Complaint, and the new Plaintiffs will adopt the responses and objections Mr. Floyd has already provided. The new Plaintiffs also will be prepared to meet the existing substantial completion deadline for document productions and otherwise adhere to the existing case schedule.

For purposes of transparency, we also advise Defendants that while Mr. Floyd has not withdrawn as a class representative, he has become difficult to reach. We are working diligently to determine whether Mr. Floyd wishes to continue to serve as a class representative, and that he is fully capable of doing so. If for any reason Mr. Floyd needs to withdraw, we will promptly advise Defendants and take appropriate steps. In the meantime, we can continue discussing search protocols and parameters for any documents Mr. Floyd will produce, with the understanding that those same parameters would (absent unique circumstances) also apply to the additional class representatives identified in the Second Amended

Complaint.

Best,

Ben

--
**Ben Harrington** | **Partner**

Hagens Berman Logo

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3034
benh@hbsslaw.com

News | Cases | Twitter | Facebook

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

**************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**************************************************************************************************

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# EXHIBIT 2

Davis Wright Tremaine LLP

Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610

**John Goldmark**
206-757-8068 tel
206-757-7068 fax

johngoldmark@dwt.com

May 8, 2024

Ben Harrington (benh@hbsslaw.com)
Benjamin Siegel (bens@hbsslaw.com)
Hagens Berman Sobol Shapiro LLP

Re: *Floyd et al., v. Amazon.com, Inc. and Apple Inc.*, Case No. 2:22-cv-01599-KKE (WDWA)
Amazon's Notice of Deposition of Plaintiff Steven Floyd

Counsel:

Please find attached Amazon's Notice of Videotaped Deposition of named plaintiff, Steven Floyd, presently noticed for Tuesday, May 28, 2024. Amazon expects that Mr. Floyd will answer interrogatories and produce responsive documents to Amazon's outstanding discovery requests by Tuesday, May 18, 2024, or at least 10 days before the deposition.

We look forward to your prompt confirmation of Mr. Floyd's availability.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

John Goldmark

Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC. and APPLE INC.,

Defendants.

No. 2:22-cv-01599-KKE

**NOTICE OF VIDEOTAPED DEPOSITION OF STEVEN FLOYD**

TO: **PLAINTIFF STEVEN FLOYD AND HIS COUNSEL OF RECORD**

AND TO: **DEFENDANT APPLE INC. AND ITS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30, Defendant Amazon.com, Inc. will take the deposition upon oral examination of Plaintiff Steven Floyd at 9:00 a.m. (PST) on Tuesday, May 28, 2024, at the offices of Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610, or at such other date, time, and location, as may be determined and mutually agreed upon by counsel for the parties, before a duly qualified acting notary public authorized to administer oaths.

The deposition will be recorded by video, audio, and stenographic means. If the deposition is not completed on the date set forth above, the deposition will be continued day-to-



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

day thereafter, excluding weekends and holidays, until completed, unless otherwise agreed by counsel or ordered by the Court.

DATED this 8th day of May, 2024

DAVIS WRIGHT TREMAINE LLP

By: *s/ John Goldmark*
John Goldmark, WSBA No. 40980
920 Fifth Ave., Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8068
Email: johngoldmark@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be served, as indicated below, on the following counsel of record:

| | |
|---|---|
| *Attorneys for Plaintiff Steven Floyd*<br><br>Steve Berman, WSBA No. 12536<br>Barbara Mahoney, WSBA No. 31845<br>Hagens Berman Sobol Shapiro LLP (WA)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com<br>Email: barbaram@hbsslaw.com<br><br>Ben M. Harrington (*pro hac vice*)<br>Benjamin J. Siegel (*pro hac vice*)<br>Hagens Berman Sobol Shapiro LLP (CA)<br>715 Hearts Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Email: benh@hbsslaw.com<br>Email: bens@hbsslaw.com | ☐ U.S. MAIL<br>☐ HAND DELIVERED<br>☐ OVERNIGHT MAIL<br>☐ FACSIMILE<br>X ELECTRONIC MAIL |
| *Attorneys for Plaintiffs Steven Floyd Jolene Furdek, and Jonathan Ryan*<br><br>Steve Berman, WSBA No. 12536<br>Barbara Mahoney, WSBA No. 31845<br>Hagens Berman Sobol Shapiro LLP (WA)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com<br>Email: barbaram@hbsslaw.com | ☐ U.S. MAIL<br>☐ HAND DELIVERED<br>☐ OVERNIGHT MAIL<br>☐ FACSIMILE<br>X ELECTRONIC MAIL |
| *Attorneys for Co-Defendant Apple Inc.*<br><br>Brian Liegel<br>Weil Gotshal & Manges LLP (Miami)<br>1395 Brickwell Ave, Ste. 1200<br>Miami, FL 33131<br>Telephone: 305-577-3180<br>Email: brian.liegel@weil.com<br><br>Eric Shaun Hochstadt<br>Weil Gotshal & Manges LLP (NY) | ☐ U.S. MAIL<br>☐ HAND DELIVERED<br>☐ OVERNIGHT MAIL<br>☐ FACSIMILE<br>X ELECTRONIC MAIL |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

767 5th Ave
New York, NY 10153
Telephone: 212-310-8538
Email: eric.hochstadt@weil.com

Mark Andrew Perry
Weil Gotshal & Manges LLP (DC)
2001 M St. NW, STE 600
Washington, DC 20036
Telephone: 202-682-7000
Email: mark.perry@weil.com

Mark Steven Parris
Orrick Herrington & Sutcliffe LLP (SEA)
401 Union St., Ste 3300
Seattle, WA 98101
Telephone: 206-839-4300
Email: mparris@orrick.com

DATED this 8th day of May, 2024.

DAVIS WRIGHT TREMAINE LLP

By: *s/ John Goldmark*
John Goldmark, WSBA No. 40980



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT 3

Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STEVEN FLOYD et al., individually and on behalf of all other similarly situated,

Plaintiff,

v.

AMAZON.COM INC. and APPLE INC.,

Defendants.

Case No. 2:22-cv-01599 KKE

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEVEN FLOYD**

TO: **PLAINTIFF STEVEN FLOYD AND HIS COUNSEL OF RECORD**

AND TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Defendants Amazon.com, Inc., and Apple Inc. will take the deposition of upon oral examination of Plaintiff Steven Floyd at 9:00 a.m. (PST) on Tuesday, May 28, 2024, at the offices of Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610, or at such other date, time, and location, as may be determined and mutually agreed upon by counsel for the parties, before a duly qualified acting notary public authorized to administer oaths.

The deposition will be recorded by video, audio, and stenographic means. If the deposition is not completed on the date set forth above, the deposition will be continued day-to-



Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

day thereafter, excluding weekends and holidays, until completed, unless otherwise agreed by counsel or ordered by the Court.

DATED this 15th day of May, 2024.

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: /s/ *Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

WEIL GOTSHAL & MANGES, LLP

*/s/ Mark A. Perry*
Mark A. Perry (*Pro Hac Vice*)
2001 M. Street NW, Suite 600
Washington, DC 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

*/s/ Eric S. Hochstadt*
Eric S. Hochstadt (*Pro Hac Vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By: /s/ *Brian G. Liegel*
Brian G. Liegel (Pro Hac Vice)
brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Apple Inc.*

By */s/ John Goldmark* (by authorization)
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
DAVIS WRIGHT TREMAINE, LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: johngoldmark@dwt.com
maryannalmeida@dwt.com

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Email: jnuechterlein@sidley.com
bmundel@sidley.com

*Attorneys for Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be served by electronic mail, on the following counsel of record:

*Attorneys for Plaintiff Steven Floyd*

Steve Berman, WSBA No. 12536
Barbara Mahoney, WSBA No. 31845
Hagens Berman Sobol Shapiro LLP (WA)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
Hagens Berman Sobol Shapiro LLP (CA)
715 Hearts Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: benh@hbsslaw.com
Email: bens@hbsslaw.com

*Attorneys for Plaintiffs Steven Floyd Jolene Furdek, and Jonathan Ryan*

Steve Berman, WSBA No. 12536
Barbara Mahoney, WSBA No. 31845
Hagens Berman Sobol Shapiro LLP (WA)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

*s/Aaron P. Brecher*
Aaron P. Brecher

# EXHIBIT 4

**From:** Ben Harrington
**To:** Dugan, Jon; Meredith Simons; Liegel, Brian; Hardesty, Geneva; MacBride, Morgan; Mundel, Benjamin; johngoldmark@dwt.com; maryannalmeida@dwt.com
**Cc:** Steve Berman; Ben Siegel
**Subject:** RE: Floyd v. Apple/Amazon - Meet and confer re case schedule and discovery disputes
**Date:** Friday, May 10, 2024 1:08:22 PM

Counsel: We look forward to speaking today. In advance, below is plaintiffs' proposal for the case schedule. If defendants have other dates in mind, we'd be grateful if you could share them in advance of the call so we can make the best use of the time.

We also received the 5/28 deposition notice for Mr. Floyd, who has not responded to our outreach regarding scheduling (or otherwise). If Mr. Floyd reengages, we will let you know. In the event that Mr. Floyd does not reengage in time to meet his discovery obligations (including under the schedule we propose), we will seek to withdraw him as a class representative, either by stipulation or motion.

Best,

Ben

**Plaintiffs' Proposed Schedule**:

| EVENT | PROPOSED NEW DATE |
|---|---|
| Substantial completion of documents and data | 6/15/2024 |
| Fact discovery cutoff | 5/1/2025 |
| Class Certification motion and opening reports | 12/17/2024 |
| Class Certification opposition and supporting reports | 2/24/2025 |
| Class Certification reply on supporting reports | 4/7/2025 |

--
**Ben Harrington** | Hagens Berman Sobol Shapiro LLP | (510) 725-3034

**From:** Dugan, Jon <jdugan@sidley.com>
**Sent:** Tuesday, May 7, 2024 5:41 PM
**To:** Meredith Simons <merediths@hbsslaw.com>; Liegel, Brian <Brian.Liegel@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Mundel, Benjamin <bmundel@sidley.com>; johngoldmark@dwt.com; maryannalmeida@dwt.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>
**Subject:** RE: Floyd v. Apple/Amazon - Meet and confer re case schedule and discovery disputes

Hi Meredith,

Defendants can be available on Friday at 2 pm ET. We will circulate an invite if that works for you.

**JON DUGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8085
jdugan@sidley.com

---

**From:** Meredith Simons <mrediths@hbsslaw.com>
**Sent:** Monday, May 6, 2024 7:40 PM
**To:** Liegel, Brian <Brian.Liegel@weil.com>; Hardesty, Geneva <Geneva.Hardesty@weil.com>; MacBride, Morgan <Morgan.MacBride@weil.com>; Dugan, Jon <jdugan@sidley.com>; Mundel, Benjamin <bmundel@sidley.com>; johngoldmark@dwt.com; maryannalmeida@dwt.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Ben Harrington <benh@hbsslaw.com>; Ben Siegel <bens@hbsslaw.com>
**Subject:** Floyd v. Apple/Amazon - Meet and confer re case schedule and discovery disputes

Hi all,

The court has ordered us to confer and submit either a stipulation or a briefing schedule regarding the case schedule and Defendants' discovery issues (ECF No. 90) by May 13. Plaintiffs are generally available from noon to 7 pm EST on Thursday and Friday of this week. Please let us know some times in those windows that would work for a conference.

Thanks,
Meredith

--
**Meredith Simons** | **Associate**

Hagens Berman Logo

Hagens Berman Sobol Shapiro LLP
Seattle, WA
(206) 268-9305
mrediths@hbsslaw.com

News | Cases | Twitter | Facebook

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its

content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************