UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>                Defendants. | CASE NO. C22-1599-KKE<br><br>AMENDED CASE SCHEDULING ORDER |

The parties have submitted a joint statement outlining their respective positions on an appropriate case schedule through class-certification briefing. Dkt. No. 108. The Court finds that the following case schedule appropriately accounts for the needs of this case and the scheduling variables it presents:

| Event | Date |
|---|---|
| Next production of documents/data | 6/21/2024 |
| Substantial completion of documents/data productions | 9/13/2024 |
| Fact discovery cutoff | 12/13/2024 |
| Class-certification motion and opening reports | 1/13/2025 |

CLASS ACTION SCHEDULING ORDER - 1

| | |
|---|---|
| Class-certification opposition and supporting reports | 3/13/2025 |
| Class-certification reply and reply reports | 5/30/2025 |

Dated this 24th day of May, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

CLASS ACTION SCHEDULING ORDER - 2