The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br>Defendants. | No. 2:22-cv-01599-KKE<br><br>STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan ("Plaintiffs"), and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants"), hereby stipulate and agree through counsel to the following briefing schedule.

1. On May 17, 2024, Apple filed a motion to compel discovery from Plaintiff Steven Floyd, and the opposition deadline is June 7, 2024. Dkts. 103 & 104.

2. In response to Apple's motion to compel, Plaintiffs intend to submit both an opposition and a cross-motion to withdraw Mr. Floyd as a class representative. Defendants intend to oppose the cross-motion.

3. Having conferred in accordance with this Court's Procedures for Civil Cases, which encourage a four-brief schedule on cross-motions, the Parties agree to the following briefing schedule and word limits for the cross motions:

- June 7, 2024: Plaintiffs' opposition to Apple's motion to compel and motion to withdraw (6,000 words)

- June 21, 2024: Defendants' opposition to motion to withdraw and Apple's reply on motion to compel (6,000 words)

- July 1, 2024: Plaintiffs' reply on motion to withdraw (3,000 words)

IT IS SO STIPULATED.

DATED this 7th day of June, 2024.

DAVIS WRIGHT TREMAINE LLP

By  /s/ John Goldmark
    John Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
E-mail: johngoldmark@dwt.com
       maryannalmeida@dwt.com

SIDLEY AUSTIN LLP

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Jon Dugan (*pro hac vice pending*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Fax: 206-757-7700
E-mail: juechterlein@sidley.com
       bmundel@sidley.com
       jdugan@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/ Mark S. Parris*
    Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:  +1 206 839 4300
Facsimile: +1 206 839 4301

WEIL GOTSHAL & MANGES, LLP

By */s/ Mark A. Perry*
    Mark A. Perry (*pro hac vice*)
2001 M. Street NW, Suite 600
Washington, D.C. 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

By */s/ Eric S. Hochstadt*
    Eric S. Hochstadt (*pro hac vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By */s/ Brian G. Liegel*
    Brian G. Liegel (*pro hac vice*)
Brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Apple Inc.*

|   |   |
|---|---|
| 1 |  |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | By  */s/ Steve W. Berman*  <br>      Steve W. Berman, WSBA #12536 |
| 4 |      */s/ Barbara A. Mahoney*  <br>      Barbara A. Mahoney, WSBA #31845 |

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
      Steve W. Berman, WSBA #12536
      */s/ Barbara A. Mahoney*
      Barbara A. Mahoney, WSBA #31845
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Ph: (206) 623-7292; Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbram@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
715 Hearts Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**ORDER**

The Court GRANTS the Parties' stipulated motion and ORDERS the following briefing schedule:

- Plaintiffs' opposition to Apple's motion to compel and motion to withdraw (6,000 words) is due no later than June 7, 2024.

- Defendants' opposition to motion to withdraw and Apple's reply on motion to compel (6,000 words) is due no later than June 21, 2024.

- Plaintiffs' reply on motion to withdraw (3,000 words) is due no later than July 1, 2024.

The clerk is directed to RE-NOTE Apple's motion to compel (Dkt. No. 104) for July 1, 2024.

IT IS SO ORDERED this 10th day of June, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge