The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFF STEVEN FLOYD'S DEADLINE TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION**<br><br>NOTE ON MOTION CALENDAR:<br>August 29, 2024 |

STIP. ORD. REGARDING STEVEN FLOYD'S
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE
011121-11/2753906 V1



# STIPULATION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan ("Plaintiffs"), and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants"), hereby stipulate and agree through counsel to the following.

1. On May 17, 2024, Apple filed a motion to compel discovery from Plaintiff Steven Floyd. Dkt. No. 104.

2. On August 16, 2024, the Court granted Apple's motion and ordered Mr. Floyd to respond to interrogatories and requests for production by August 30, 2024. Dkt. No. 132.

3. Following entry of the Court's Order, Mr. Floyd made contact with Plaintiffs' counsel, and Plaintiffs' counsel is attempting to coordinate with Mr. Floyd to comply with the Court's order.

4. Subject to the Court's approval, the parties have agreed to a two-week extension to give Mr. Floyd additional time to respond to interrogatories and requests for production.

5. This extension will make Mr. Floyd's responses to interrogatories and requests for production due on September 13, 2024, the same day as the deadline for the substantial completion of production of documents and data in this case.

6. Subject to reviewing Mr. Floyd's responses to interrogatories and production of documents, the parties do not anticipate that the extension will affect the Court's deadline of September 30, 2024, for Mr. Floyd's deposition.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| | | |
|---|---|---|
| 1 | DATED: August 29, 2024 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | By: */s/ Steve W. Berman*<br>     Steve W. Berman, WSBA #12536 |
| 5 | | By: */s/ Barbara A. Mahoney*<br>     Barbara A. Mahoney, WSBA #31845 |
| 6 | | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |
| 7 | | Ph: (206) 623-7292; Fax: (206) 623-0594<br>steve@hbsslaw.com<br>barbram@hbsslaw.com |
| 8 | | |
| 9 | | Ben M. Harrington (*pro hac vice*)<br>Benjamin J. Siegel (*pro hac vice*) |
| 10 | | 715 Hearts Avenue, Suite 300<br>Berkeley, CA 94710 |
| 11 | | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 12 | | benh@hbsslaw.com<br>bens@hbsslaw.com |
| 13 | | *Attorneys for Plaintiffs and the Proposed Class* |
| 14 | | DAVIS WRIGHT TREMAINE LLP |
| 15 | | By: */s/ John Goldmark* |
| 16 | | John Goldmark, WSBA #40980<br>MaryAnn Almeida, WSBA #49086 |
| 17 | | 920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610 |
| 18 | | Phone: (206) 622-3150<br>Fax: 206-757-7700 |
| 19 | | johngoldmark@dwt.com<br>maryannalmeida@dwt.com |
| 20 | | |
| 21 | | SIDLEY AUSTIN LLP |
| 22 | | Jonathan E. Nuechterlein (*pro hac vice*)<br>Benjamin M. Mundel (*pro hac vice*) |
| 23 | | Jon Dugan (*pro hac vice*)<br>1501 K Street, N.W. |
| 24 | | Washington, D.C. 20005<br>Phone: (202) 736-8000 |
| 25 | | Fax: (202) 736-8711<br>Fax: 206-757-7700 |
| 26 | | juechterlein@sidley.com<br>bmundel@sidley.com |
| 27 | | jdugan@sidley.com |
| 28 | | *Attorneys for Amazon.com, Inc.* |

STIP. ORD. REGARDING STEVEN FLOYD'S - 2
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

WEIL GOTSHAL & MANGES, LLP

By: */s/ Mark A. Perry*
Mark A. Perry (*pro hac vice*)
2001 M. Street NW, Suite 600
Washington, D.C. 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

By: */s/ Eric S. Hochstadt*
Eric S. Hochstadt (*pro hac vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By: */s/ Brian G. Liegel*
Brian G. Liegel (*pro hac vice*)
Brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Apple Inc.*

STIP. ORD. REGARDING STEVEN FLOYD'S - 3
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED: _____

_____
The Honorable Kymberly K. Evanson
UNITED STATES DISTRICT COURT JUDGE

STIP. ORD. REGARDING STEVEN FLOYD'S - 4
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE



**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Steve W. Berman*
Steve W. Berman

STIP. ORD. REGARDING STEVEN FLOYD'S - 5
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX