The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND ORDER REGARDING PLAINTIFF STEVEN FLOYD'S DEADLINE TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

STIP. ORD. REGARDING STEVEN FLOYD'S
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE
ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan ("Plaintiffs"), and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants"), hereby stipulate and agree through counsel to the following.

1. On May 17, 2024, Apple filed a motion to compel discovery from Plaintiff Steven Floyd. Dkt. No. 104.

2. On August 16, 2024, the Court granted Apple's motion and ordered Mr. Floyd to respond to interrogatories and requests for production by August 30, 2024. Dkt. No. 132.

3. Following entry of the Court's Order, Mr. Floyd made contact with Plaintiffs' counsel, and Plaintiffs' counsel is attempting to coordinate with Mr. Floyd to comply with the Court's order.

4. Subject to the Court's approval, the parties have agreed to a two-week extension to give Mr. Floyd additional time to respond to interrogatories and requests for production.

5. This extension will make Mr. Floyd's responses to interrogatories and requests for production due on September 13, 2024, the same day as the deadline for the substantial completion of production of documents and data in this case.

6. Subject to reviewing Mr. Floyd's responses to interrogatories and production of documents, the parties do not anticipate that the extension will affect the Court's deadline of September 30, 2024, for Mr. Floyd's deposition.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | DATED: August 29, 2024 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | By: /s/ Steve W. Berman<br>    Steve W. Berman, WSBA #12536 |
| 5 | | By: /s/ Barbara A. Mahoney<br>    Barbara A. Mahoney, WSBA #31845 |
| 6 | | 1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 |
| 7 | | Ph: (206) 623-7292; Fax: (206) 623-0594<br>steve@hbsslaw.com<br>barbram@hbsslaw.com |

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
715 Hearts Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ John Goldmark
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com


SIDLEY AUSTIN LLP

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Jon Dugan (*pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Fax: 206-757-7700
juechterlein@sidley.com
bmundel@sidley.com
jdugan@sidley.com

*Attorneys for Amazon.com, Inc.*

STIP. ORD. REGARDING STEVEN FLOYD'S - 2
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:  +1 206 839 4300
Facsimile: +1 206 839 4301

WEIL GOTSHAL & MANGES, LLP

By: */s/ Mark A. Perry*
Mark A. Perry (*pro hac vice*)
2001 M. Street NW, Suite 600
Washington, D.C. 20036
Telephone: +1 202 682 7000
mark.perry@weil.com

By: */s/ Eric S. Hochstadt*
Eric S. Hochstadt (*pro hac vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By: */s/ Brian G. Liegel*
Brian G. Liegel (*pro hac vice*)
Brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Apple Inc.*

STIP. ORD. REGARDING STEVEN FLOYD'S - 3
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE

**ORDER**

The parties' stipulated motion for extension (Dkt. No. 134) is GRANTED. Plaintiff Steven Floyd's responses to interrogatories and requests for production are due on September 13, 2024.

Dated this 29th day of August, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIP. ORD. REGARDING STEVEN FLOYD'S - 4
DEADLINE TO RESPOND TO DISCOVERY
Case No. 2:22-cv-01599-KKE