The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**DECLARATION OF BEN M. HARRINGTON IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS**<br><br>NOTED ON MOTION CALENDAR:<br>October 25, 2024 |

HARRINGTON DECL. ISO RESPONSE TO
DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS
Case No. 2:22-cv-01599-KKE
011121-11/2846342 V1



I, Ben M. Harrington, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the California Bar, and I have been admitted to this Court *pro hac vice*. I am a partner in the law firm Hagens Berman Sobol Shapiro LLP ("class counsel"), counsel to Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan, and the putative class in this matter. Based on personal knowledge or discussions with counsel in my firm about the matters stated herein, if called upon, I could and would competently testify thereto.

2. Class Counsel has sent ECF Nos. 152 and 153, Defendants' Motion for Discovery Sanctions and Declaration of Brian G. Liegel in Support of Defendants' Motion for Discovery Sanctions, respectively, to Mr. Steven Floyd via his personal email address, which Class Counsel previously used to communicate with Mr. Floyd and have also mailed these documents to Mr. Floyd's home address. Mr. Floyd has not responded to any of these communications. Class Counsel also attempted to have the documents personally served on Floyd. A process server made several attempts to serve these documents by hand delivery to Mr. Floyd at the home address Mr. Floyd provided to counsel, but these attempts have been unsuccessful.

3. Class Representatives Jolene Furdek and Jonathan Ryan have produced 9,699 documents totaling 37,103 pages, as well as responded to 6 interrogatories from Defendant Apple Inc. and 7 interrogatories from Defendant Amazon.com, Inc.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct. Executed this 21st day of October, 2024 at Berkeley, California.

BEN M. HARRINGTON

HARRINGTON DECL. ISO RESPONSE TO
DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS - 1
Case No. 2:22-cv-01599-KKE
011121-11/2846342 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a true and correct copy of the foregoing was served on Plaintiff Steven Floyd by email and U.S. Mail and transmitted to a process server for hand delivery. I further certify that a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

          */s/ Steve W. Berman*
          Steve W. Berman

HARRINGTON DECL. ISO RESPONSE TO
DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS - 2
Case No. 2:22-cv-01599-KKE
011121-11/2846342 V1

