UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>AMAZON.COM INC., et al.,<br><br>　　　　　Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTIONS TO SEAL |

Plaintiffs filed motions to seal portions of counsel's motion to withdraw and an exhibit attached to a declaration offered along with the reply brief, to avoid publicizing Plaintiff Steven Floyd's home address and/or phone number without his consent. Dkt. Nos. 139, 148. The motions to seal are unopposed (Dkt. No. 139 at 3, Dkt. No. 148 at 2) and comply with Local Rules W.D. Wash. LCR 5(g).

Accordingly, the Court GRANTS the motions to seal. Dkt. Nos. 139, 148. Plaintiffs' unredacted motion to withdraw (Dkt. No. 140) and the unredacted version of the exhibit attached to the Harrington declaration (Dkt. No. 151) shall remain under seal.

Dated this 25th day of October, 2024.

*Kymberly K Evanson*
———————————————
Kymberly K. Evanson
United States District Judge