The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>    Defendants. | Case No. 2:22-cv-01599-KKE<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME |

## **STIPULATION**

Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively, the "Parties"), by and through their counsel, stipulate as follows:

1.    Under the current schedule, fact discovery is set to close on December 13, 2024, with class certification briefing to follow. No case deadlines beyond class certification have been set.

2.    The Parties request a limited extension of the schedule to afford additional time for the completion of fact discovery. This extension takes into account schedules for witnesses who will be deposed and the year-end holidays.

3. Good cause exists for a modest extension because the Parties require additional time to complete fact discovery in an orderly manner and to accommodate witnesses' availability. The extension of fact discovery will require adjustment of the dates for class certification briefing, but no other dates have yet been set in this case.

4. The Parties propose the following extension:

| Event | Current Date | (+77 days) |
|---|---|---|
| Fact discovery cutoff | 12/13/2024 | 2/26/2025 |
| Class certification motion and supporting reports | 1/13/2025 | 3/28/2025 |
| Class certification opposition and supporting reports | 3/13/2025 | 5/30/2025 |
| Class certification reply and reply reports | 5/30/2025 | 8/15/2025 |

STIPULATED to and JOINTLY submitted this 1st day of November, 2024.

Attorneys for Plaintiffs and the Proposed Class

By: /s/ Steve W. Berman
Steve W. Berman, WSBA #12536
Barbara A. Mahoney, WSBA #31845
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Ph: (206) 623-7292; Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Ben Harrington (Pro Hac Vice)
Benjamin Siegel (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave, Suite 300
Berkeley, CA 94710
Ph: (510) 725-3000; Fax: (510) 725-3001
Email: benh@hbsslaw.com
Email: bens@hbsslaw.com

| | |
|---|---|
| Attorneys for AMAZON.COM, INC. | Attorneys for APPLE INC. |
| By: /s/ John Goldmark<br>John Goldmark, WSBA #40980<br>MaryAnn Almeida, WSBA #49086<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington, 98104<br>Phone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: johngoldmark@dwt.com<br>         maryannalmeida@dwt.com | By: /s/ Mark S. Parris<br>Mark S. Parris (WSBA No. 18370)<br>mparris@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>401 Union Street, Suite 3300<br>Seattle, WA  98101<br>Telephone:  +1 206 839 4300<br>Facsimile:  +1 206 839 4301 |
| By: /s/ Benjamin M. Mundel<br>Mark D. Hopson (pro hac vice)<br>Jonathan E. Nuechterlein (pro hac vice)<br>Benjamin M. Mundel (pro hac vice)<br>Jacquelyn E. Fradette (pro hac vice)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: jnuechterlein@sidley.com<br>         bmundel@sidley.com | Mark A. Perry (*pro hac vice*)<br>WEIL GOTSHAL & MANGES, LLP<br>2001 M. Street NW, Suite 600<br>Washington, DC 20036<br>Phone: (202) 682-7000<br>mark.perry@weil.com |
| | Eric S. Hochstadt (*pro hac vice*)<br>WEIL GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Phone: (212) 310-8000<br>eric.hochstadt@weil.com |
| | Brian G. Liegel (*pro hac vice*)<br>WEIL GOTSHAL & MANGES, LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Phone: (305) 577-3180<br>brian.liegel@weil.com |
| | Morgan D. MacBride (*pro hac vice*)<br>WEIL GOTSHAL & MANGES, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Phone: (650) 802-3044<br>morgan.macbride@weil.com |
| | *Attorneys for Apple Inc.* |

STIPULATED MOTION AND ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 3

## ORDER

Finding that the parties' stipulated motion is supported by good cause, the Court GRANTS the motion. Dkt. No. 163. The previous case deadlines are VACATED (Dkt. No. 111), and the parties shall now follow this schedule:

| Event | Deadline |
|---|---|
| Fact discovery cutoff | 2/26/2025 |
| Class certification motion and supporting reports | 3/28/2025 |
| Class certification opposition and supporting reports | 5/30/2025 |
| Class certification reply and reply reports | 8/15/2025 |

Dated this 5th day of November, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge