UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>          Plaintiff(s),<br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>          Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL |

Defendants filed an unopposed motion to seal portions of Exhibits A, D, and E attached to the declaration of Brian Liegel, to avoid publicizing email addresses for Plaintiffs Steven Floyd and Jolene Furdek, as well as a link to access documents designated confidential by Plaintiffs. Dkt. No. 171.

The motion to seal complies with Local Rules W.D. Wash. LCR 5(g). No means other than the sealing proposed by Defendants will protect the confidential information, the protection of which outweighs the public's right of access to court records. Accordingly, the Court GRANTS the motion to seal. Dkt. No. 171. The unredacted version of Brian Liegel's declaration (Dkt. No. 174) shall remain under seal.

Dated this 13th day of December, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL - 1