The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
Case No. 2:22-cv-01599-KKE

011121-11/2889488 V1



1  TO: CLERK OF THE COURT

2  AND TO: ALL COUNSEL OF RECORD

3  PLEASE TAKE NOTICE that Theodore Wojcik of Hagens Berman Sobol Shapiro LLP hereby appears in the above-entitled action on behalf of Plaintiffs, and requests that all further papers and pleadings, except original process, be served upon the undersigned at the address below stated.

Dated: December 18, 2024.

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: tedw@hbsslaw.com

*Attorneys for Plaintiffs*

NOTICE OF APPEARANCE - 1
Case No. 2:22-cv-01599-KKE
011121-11/2889488 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)

NOTICE OF APPEARANCE - 2
Case No. 2:22-cv-01599-KKE
011121-11/2889488 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX