The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>    Defendants. | Case No. 2:22-cv-01599-KKE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME<br><br>NOTE ON MOTION CALENDAR:<br>February 7, 2025 |

## STIPULATED MOTION

Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

1. Under the current schedule, fact discovery is set to close on February 26, 2025, with class certification briefing to follow. No case deadlines beyond class certification have been set.

2. The Parties request a limited extension of the schedule to afford additional time to complete fact discovery.

3. Good cause exists for a modest extension because the remaining fact and Rule 30(b)(6) depositions could only be scheduled after the current fact discovery deadline in order to

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

adjust for and accommodate witness availability. The extension will also allow the parties time to complete third party discovery. The extension of fact discovery will require adjustment of the dates for class certification briefing, but no other dates have yet been set in this case.

4. The Parties propose the following schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery cutoff | 2/26/2025 | 4/14/2025 |
| Class certification motion and supporting reports | 3/28/2025 | 5/14/2025 |
| Class certification opposition and supporting reports | 5/30/2025 | 8/14/2025 |
| Class certification reply and reply reports | 8/15/2025 | 11/14/2025 |

This schedule includes an adjustment of the cadence for class certification briefs because Defendants believe it will allow them sufficient time to depose any experts Plaintiffs may put forth in connection with their motion for class certification.

5. In order to streamline the remainder of fact discovery, Parties additionally stipulate and agree to the following limitations:

    a. For the Defendants' deposition of Plaintiffs, and Plaintiffs' depositions of Defendants, including both fact depositions pursuant to Fed. R. Civ. P. 30(b)(1) and corporate depositions pursuant to 30(b)(6), there will be a 7-hour maximum time limit for each witness's deposition, regardless of whether the witness is sitting in their individual capacity, corporate capacity, or both at the same time.

    b. The parties have stipulated that Plaintiffs may take twelve fact witness depositions, which are the currently scheduled up-to five fact witnesses per side and one Rule 30(b)(6) deposition per defendant.[1] The Defendants may designate an already scheduled fact witness deposition on some or all of the categories of the Rule 30(b)(6) notice. The Parties will

---

[1] Defendants reserve the right to challenge the appropriateness of the depositions currently noticed that have not yet occurred.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  not serve additional notices of Rule 30(b)(1) or Rule 30(b)(6) depositions. This limitation
2  applies only to party fact depositions and does not apply to expert depositions or third party
3  depositions. The Parties may only serve additional party fact depositions notices upon mutual
4  agreement of the Parties or following a motion showing good cause.

5      c. Each party has served the other Party (or Parties) with the written
6  discovery (e.g., requests for production, interrogatories, requests for admissions) that they intend
7  to serve at this time. However, there may be a need for limited written discovery to follow up on
8  issues raised during the Parties' 30(b)(6) deposition negotiations (such as serving requests for
9  written discovery that previously were topics for 30(b)(6) depositions), for new issues that might
10 arise during depositions, or for narrow "clean-up" discovery. Discovery should be served as
11 soon as possible after a Party identifies a need in order to facilitate timely meeting and conferring
12 on objections, the scope of responses, or the documents to be produced.

13     d. The Parties shall complete any third-party discovery by the updated
14 deadline to complete fact discovery.

16   STIPULATED to and JOINTLY submitted this 7th day of February, 2025.

    Attorneys for Plaintiffs and the Proposed Class

By: */s/ Steve W. Berman*
  Steve W. Berman, WSBA #12536
  Barbara A. Mahoney, WSBA #31845
  HAGENS BERMAN SOBOL SHAPIRO LLP
  1301 Second Avenue, Suite 2000
  Seattle, WA 98101
  Ph: (206) 623-7292; Fax: (206) 623-0594
  Email: steve@hbsslaw.com
  Email: barbaram@hbsslaw.com

  Ben Harrington (Pro Hac Vice)
  Benjamin Siegel (Pro Hac Vice)
  HAGENS BERMAN SOBOL SHAPIRO LLP

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|  |  |
|---|---|
| Attorneys for AMAZON.COM, INC.<br><br>By: */s/ John Goldmark*<br>    John Goldmark, WSBA #40980<br>    MaryAnn Almeida, WSBA #49086<br>    DAVIS WRIGHT TREMAINE LLP<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, Washington, 98104<br>    Phone: (206) 622-3150<br>    Fax: (206) 757-7700<br>    Email: johngoldmark@dwt.com<br>           maryannalmeida@dwt.com<br><br>By: */s/ Benjamin M. Mundel*<br>    Mark D. Hopson (pro hac vice)<br>    Benjamin M. Mundel (pro hac vice)<br>    Jacquelyn E. Fradette (pro hac vice)<br>    SIDLEY AUSTIN LLP<br>    1501 K Street, N.W.<br>    Washington, D.C. 20005<br>    Phone: (202) 736-8000<br>    Fax: (202) 736-8711<br>    Email: mhopson@sidley.com<br>           bmundel@sidley.com<br>           jfradette@sidley.com | 715 Hearst Ave, Suite 300<br>Berkeley, CA 94710<br>Ph: (510) 725-3000; Fax: (510) 725-3001<br>Email: benh@hbsslaw.com<br>Email: bens@hbsslaw.com<br><br>Attorneys for APPLE INC.<br><br>By: */s/ Mark S. Parris*<br>    Mark S. Parris (WSBA No. 18370)<br>    mparris@orrick.com<br>    ORRICK, HERRINGTON &<br>    SUTCLIFFE LLP<br>    401 Union Street, Suite 3300<br>    Seattle, WA 98101<br>    Telephone: +1 206 839 4300<br>    Facsimile: +1 206 839 4301<br><br>    Mark A. Perry (*pro hac vice*)<br>    WEIL GOTSHAL & MANGES, LLP<br>    2001 M. Street NW, Suite 600<br>    Washington, DC 20036<br>    Phone: (202) 682-7000<br>    mark.perry@weil.com<br><br>    Brian G. Liegel (*pro hac vice*)<br>    WEIL GOTSHAL & MANGES, LLP<br>    1395 Brickell Avenue, Suite 1200<br>    Miami, FL 33131<br>    Phone: (305) 577-3180<br>    brian.liegel@weil.com<br><br>    Morgan D. MacBride (*pro hac vice*)<br>    WEIL GOTSHAL & MANGES, LLP<br>    201 Redwood Shores Parkway<br>    Redwood Shores, CA 94065<br>    Phone: (650) 802-3044<br>    morgan.macbride@weil.com |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulated Motion, IT IS SO ORDERED.

Dated this \_\_\_\_day of February, 2025.

_____
Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax