The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation, <br><br> Defendants. | No. 2:22-cv-01599-KKE <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

The parties filed a statement of discovery dispute that references and attaches material designated Confidential or Highly Confidential according to the parties' protective order. Dkt. No. 182. Plaintiffs moved to provisionally file that statement and certain attachments under seal, and Defendant Amazon.com, Inc. responded to request that the Court maintain those documents under seal. Dkt. Nos. 181, 185. Plaintiffs also filed a redacted version of the statement on the public docket. Dkt. No. 183. Because the motion to seal complies with W.D. Wash. Local Civil Rule 5(g), the Court will grant it.

The Court may seal judicial records when a party provides a compelling reason to keep information out of the public view. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Amazon has met this burden by showing that the material referenced in or attached

to the discovery dispute statement is confidential and competitively sensitive, and that there is no less restrictive alternative to maintaining that information under seal. The Court finds that the need to protect that information outweighs the public right of access to court records, particularly because the Court's review of the redacted version of those documents on the public docket corroborates that Amazon's request to seal is appropriately tailored. *See* Dkt. No. 186 ¶ 11.

The motion to seal (Dkt. No. 181) is therefore GRANTED. The statement of discovery dispute and Exhibits B–G thereto (Dkt. No. 182) shall be maintained under seal.

DATED: February 11, 2025.

Kymberly K. Evanson
United States District Judge