The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME |

## STIPULATED MOTION

Plaintiffs Steven Floyd, Jolene Furdek, and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

1. Under the current schedule, fact discovery is set to close on February 26, 2025, with class certification briefing to follow. No case deadlines beyond class certification have been set.

2. The Parties request a limited extension of the schedule to afford additional time to complete fact discovery.

3. Good cause exists for a modest extension because the remaining fact and Rule 30(b)(6) depositions could only be scheduled after the current fact discovery deadline in order to

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME (CASE NO. 2:22-CV-01599-KKE) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

adjust for and accommodate witness availability. The extension will also allow the parties time to complete third party discovery. The extension of fact discovery will require adjustment of the dates for class certification briefing, but no other dates have yet been set in this case.

    4.    The Parties propose the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cutoff | 2/26/2025 | 4/14/2025 |
| Class certification motion and supporting reports | 3/28/2025 | 5/14/2025 |
| Class certification opposition and supporting reports | 5/30/2025 | 8/14/2025 |
| Class certification reply and reply reports | 8/15/2025 | 11/14/2025 |

This schedule includes an adjustment of the cadence for class certification briefs because Defendants believe it will allow them sufficient time to depose any experts Plaintiffs may put forth in connection with their motion for class certification.

    5.    In order to streamline the remainder of fact discovery, Parties additionally stipulate and agree to the following limitations:

    a. For the Defendants' deposition of Plaintiffs, and Plaintiffs' depositions of Defendants, including both fact depositions pursuant to Fed. R. Civ. P. 30(b)(1) and corporate depositions pursuant to 30(b)(6), there will be a 7-hour maximum time limit for each witness's deposition, regardless of whether the witness is sitting in their individual capacity, corporate capacity, or both at the same time.

    b. The parties have stipulated that Plaintiffs may take twelve fact witness depositions, which are the currently scheduled up-to five fact witnesses per side and one Rule 30(b)(6) deposition per defendant.[1] The Defendants may designate an already scheduled fact witness deposition on some or all of the categories of the Rule 30(b)(6) notice. The Parties will

---

[1] Defendants reserve the right to challenge the appropriateness of the depositions currently noticed that have not yet occurred.

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

not serve additional notices of Rule 30(b)(1) or Rule 30(b)(6) depositions.  This limitation applies only to party fact depositions and does not apply to expert depositions or third-party depositions.  The Parties may only serve additional party fact depositions notices upon mutual agreement of the Parties or following a motion showing good cause.

        c.   Each party has served the other Party (or Parties) with the written discovery (e.g., requests for production, interrogatories, requests for admissions) that they intend to serve at this time.  However, there may be a need for limited written discovery to follow up on issues raised during the Parties' 30(b)(6) deposition negotiations (such as serving requests for written discovery that previously were topics for 30(b)(6) depositions), for new issues that might arise during depositions, or for narrow "clean-up" discovery.  Discovery should be served as soon as possible after a Party identifies a need in order to facilitate timely meeting and conferring on objections, the scope of responses, or the documents to be produced.

        d.   The Parties shall complete any third-party discovery by the updated deadline to complete fact discovery.

STIPULATED to and JOINTLY submitted this 7th day of February, 2025.

Attorneys for Plaintiffs and the Proposed Class

By: /s/ Steve W. Berman
Steve W. Berman, WSBA #12536
Barbara A. Mahoney, WSBA #31845
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Ph: (206) 623-7292; Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: barbaram@hbsslaw.com

Ben Harrington (Pro Hac Vice)
Benjamin Siegel (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| Attorneys for AMAZON.COM, INC. | 715 Hearst Ave, Suite 300<br>Berkeley, CA 94710<br>Ph: (510) 725-3000; Fax: (510) 725-3001<br>Email: benh@hbsslaw.com<br>Email: bens@hbsslaw.com |

Attorneys for AMAZON.COM, INC.

By: /s/ John Goldmark
   John Goldmark, WSBA #40980
   MaryAnn Almeida, WSBA #49086
   DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
   Seattle, Washington, 98104
   Phone: (206) 622-3150
   Fax: (206) 757-7700
   Email: johngoldmark@dwt.com
         maryannalmeida@dwt.com

By: /s/ Benjamin M. Mundel
   Mark D. Hopson (pro hac vice)
   Benjamin M. Mundel (pro hac vice)
   Jacquelyn E. Fradette (pro hac vice)
   SIDLEY AUSTIN LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   Phone: (202) 736-8000
   Fax: (202) 736-8711
   Email: mhopson@sidley.com
         bmundel@sidley.com
         jfradette@sidley.com

Attorneys for APPLE INC.

By: /s/ Mark S. Parris
   Mark S. Parris (WSBA No. 18370)
   mparris@orrick.com
   ORRICK, HERRINGTON &
   SUTCLIFFE LLP
   401 Union Street, Suite 3300
   Seattle, WA 98101
   Telephone: +1 206 839 4300
   Facsimile: +1 206 839 4301

   Mark A. Perry (pro hac vice)
   WEIL GOTSHAL & MANGES, LLP
   2001 M. Street NW, Suite 600
   Washington, DC 20036
   Phone: (202) 682-7000
   mark.perry@weil.com

   Brian G. Liegel (pro hac vice)
   WEIL GOTSHAL & MANGES, LLP
   1395 Brickell Avenue, Suite 1200
   Miami, FL 33131
   Phone: (305) 577-3180
   brian.liegel@weil.com

   Morgan D. MacBride (pro hac vice)
   WEIL GOTSHAL & MANGES, LLP
   201 Redwood Shores Parkway
   Redwood Shores, CA 94065
   Phone: (650) 802-3044
   morgan.macbride@weil.com

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

The parties' stipulated motion is GRANTED. Dkt. No. 189. The previous case schedule is VACATED (Dkt. No. 167), and the case shall now conform to the following schedule:

| Event | Deadline |
| --- | --- |
| Fact discovery cutoff | 4/14/2025 |
| Class certification motion and supporting reports | 5/14/2025 |
| Class certification opposition and supporting reports | 8/14/2025 |
| Class certification reply and reply reports | 11/14/2025 |

Dated this 11th day of February, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME
(CASE NO. 2:22-CV-01599-KKE) – 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax