UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>                Plaintiff(s),<br>  v.<br><br>AMAZON.COM INC., et al.,<br><br>                Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER ON DISCOVERY DISPUTE |

After conducting an *in camera* review of documents submitted by Defendant Amazon.com Inc., as related to the parties' discovery dispute (Dkt. No. 182), the Court finds that the documents at issue are not global in nature, and therefore need not be produced to Plaintiffs under the Court's prior order. *See* Dkt. No. 138; Dkt. No. 194 at 2–3.

Dated this 28th day of February, 2025.

                                                  Kymberly K. Evanson
                                                  United States District Judge