The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,

Defendants.

Case No. 2:22-cv-01599-KKE

**NOTICE OF INTENT TO REACTIVATE HAGENS BERMAN SOBOL SHAPIRO LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN FLOYD (DKT. NO 140)**

NOTICE OF INTENT TO REACTIVATE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN FLOYD
Case No. 2:22-cv-01599-KKE
011121-11/3104647 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to the Court's Order on Defendants' Motion to Compel (Dkt. No. 196), Hagens Berman Sobol Shapiro LLP hereby provides notice of its intent to reactive Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd (Dkt. No 140).

DATED: March 14, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By /s/ Theodore Wojcik
Theodore Wojcik (WSBA No. 55553)
By /s/ Meredith Simons
Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF INTENT TO REACTIVATE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN FLOYD - 1
Case No. 2:22-cv-01599-KKE
011121-11/3104647 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX



**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I caused a true and correct copy of the foregoing to be served via email on all counsel of record.

          */s/ Steve W. Berman*
          Steve W. Berman

NOTICE OF INTENT TO REACTIVATE MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF STEVEN FLOYD - 2
Case No. 2:22-cv-01599-KKE
011121-11/3104647 V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX