UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., | CASE NO. C22-1599-KKE |
| Plaintiff(s), | ORDER TO PROVIDE DOCUMENTS FOR *IN CAMERA* REVIEW |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The parties have notified the Court of their intent to reactivate motions previously terminated, specifically Plaintiffs' counsel's motion to withdraw representation of Plaintiff Steven Floyd, and Defendants' motion for discovery sanctions against Floyd. Dkt. Nos. 197, 198. As the Court previously explained, an *in camera* review of privileged communications is necessary for the Court to resolve the reactivated motions. *See* Dkt. No. 196 at 7–8.

Accordingly, Plaintiffs' counsel is ORDERED to provide the Court copies of the following communications as described on the privilege log (Dkt. No. 174 at 5–17): entries 27, 28, 30, 31, 32, 33, 35, 37, 39, 41–46, 55, 56, 58, 60, 61, 64, 65, 68, 71, 72, 75, 76, 79, 80. Plaintiffs' counsel shall, no later than March 20, 2025, email an electronic copy of the documents to the courtroom deputy at Diyana_Staples@wawd.uscourts.gov and provide a courtesy hard copy to chambers (clearly marked "*in camera* review" to avoid inadvertent filing on the docket by Clerk's office staff).

The clerk is directed to REACTIVATE the previously terminated motions (Dkt. Nos. 140, 152) and RE-NOTE them for March 20, 2025.

Dated this 18th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO PROVIDE DOCUMENTS FOR IN CAMERA REVIEW - 2