The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, AND JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**DECLARATION OF JON DUGAN IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

I, Jon Dugan, declare as follows:

1. I am an attorney admitted to practice law in the District of Columbia and Virginia. I am a member in good standing of the District of Columbia and Virginia bars. This Court has granted me *pro hac vice* status for this matter. I submit this declaration in support of Defendants' Motion for Attorneys' Fees and Costs. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am Of Counsel at the law firm Redgrave LLP ("Redgrave"), which focuses on Information Law, including eDiscovery, information governance, records and information management, and other discovery issues. Redgrave has extensive experience with discovery matters. In 2025, Chambers and Partners ranked Redgrave LLP at the highest level (Band 1) in its Global Guide for the E-Discovery and Information Governance category for the fifth consecutive year. Additional information regarding the Firm and its professionals may be found on the Firm's website, located at https://www.redgravellp.com/.

3. My practice at Redgrave focuses on representing clients in litigation and regulatory matters, including sophisticated antitrust class actions. I have seven years of practice experience, including a two-year clerkship for the Honorable Chief Judge Martin K. Reidinger of the United States District Court for the Western District of North Carolina. I previously worked as an Associate and as a Managing Associate at Sidley Austin LLP, where my practice was similar and focused on commercial litigations, regulatory inquiries, and other large-scale eDiscovery matters. I received my Juris Doctor *with honors* from the University of North Carolina School of Law in 2018 and graduated from James Madison University with a Bachelor of Arts degree in both Political Science and History in 2014.

4. I have represented Amazon.com, Inc. ("Amazon") in this case since July 2023. I previously represented Amazon in this case while employed as a Managing Associate at Sidley Austin. In October 2024, I left Sidley Austin to become Of Counsel at Redgrave. Thereafter, Amazon retained Redgrave in addition to Sidley Austin as counsel in this case to assist with

DECLARATION OF JON DUGAN ISO MOTION FOR
COSTS AND ATTORNEYS' FEES (2:22-CV-01599-KKE) - 1

issues related to discovery, including negotiations, document preservation and collection, data work, document review, privilege logging, and productions.

5. I am familiar with this litigation and the fees and expenses incurred by Redgrave LLP in this litigation, including the fees and expenses incurred in connection with Defendants' Motion to Compel (Dkt. 104) and Defendants' Motion for Discovery Sanctions (Dkt. 152). Over the last year, I have personally expended time and resources related to the Motion to Compel and the Motion for Sanctions. The briefing on the Motion to Compel and the Motion for Sanctions often involved novel questions or interpretations of law, which required more time and attention than other, more routine briefing.

6. I kept time contemporaneously with tasks performed related to the Motion to Compel and the Motion for Sanctions. That includes time spent drafting briefs, researching law, reviewing Plaintiffs' filings, and attending hearings. In total, Redgrave incurred 12.5 hours and $8,842 in total fees in connection with the Motion to Compel and the Motion for Sanctions. *See* Fanning Decl. ¶ 11 (stating that DWT's hourly rate for J. Dugan's time in 2024 would have been $690 and $760 in 2025).

7. The record of my time spent related to the tasks and activities for which Amazon seeks recovery is reflected in **Exhibit A**. Redgrave retains supporting documentation for such costs and expenses, which were tabulated in the ordinary course of business.

8. In my professional judgment and opinion, the time spent by Redgrave related to the Motion to Compel and the Motion for Sanctions was necessary and essential to litigating those disputes. I have carefully reviewed the time and costs incurred by Redgrave for which Amazon seeks reimbursement and confirm that the time and expenses were necessarily incurred.

9. In connection with this fee motion, Amazon is requesting an hourly rate for Redgrave LLP's lawyers based upon the rates regularly charged by Davis Wright Tremaine for work in this District. Fanning Decl. ¶¶ 11.

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 2nd day of May, 2025, in Washington, D.C.

*s/ Jon Dugan*
Jon Dugan

# Exhibit A

| Worked Date | Timekeeper | Title | Worked Hours | Worked Amount |
|---:|---|---|---:|---:|
| | | | 12.5 | $8,842.00 |
| 10/16/2024 | Dugan, Jon | Of Counsel | 0.6 | $414.00 |
| 10/22/2024 | Dugan, Jon | Of Counsel | 0.5 | $345.00 |
| 10/23/2024 | Dugan, Jon | Of Counsel | 0.5 | $345.00 |
| 11/5/2024 | Dugan, Jon | Of Counsel | 2 | $1,380.00 |
| 11/5/2024 | Dugan, Jon | Of Counsel | 0.3 | $207.00 |
| 11/6/2024 | Dugan, Jon | Of Counsel | 0.5 | $345.00 |
| 11/12/2024 | Dugan, Jon | Of Counsel | 0.4 | $276.00 |
| 11/13/2024 | Dugan, Jon | Of Counsel | 2 | $1,380.00 |
| 11/17/2024 | Dugan, Jon | Of Counsel | 0.40 | $276.00 |
| 11/18/2024 | Dugan, Jon | Of Counsel | 0.60 | $414.00 |
| 11/19/2024 | Dugan, Jon | Of Counsel | 0.30 | $207.00 |
| 11/21/2024 | Dugan, Jon | Of Counsel | 0.50 | $345.00 |
| 11/26/2024 | Dugan, Jon | Of Counsel | 0.30 | $207.00 |
| 12/18/2024 | Dugan, Jon | Of Counsel | 0.50 | $345.00 |
| 2/3/2025 | Dugan, Jon | Of Counsel | 0.60 | $456.00 |
| 2/4/2025 | Dugan, Jon | Of Counsel | 0.60 | $456.00 |
| 2/6/2025 | Dugan, Jon | Of Counsel | 0.80 | $608.00 |
| 2/6/2025 | Dugan, Jon | Of Counsel | 0.40 | $304.00 |
| 4/11/2025 | Dugan, Jon | Of Counsel | 0.70 | $532.00 |