UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., | CASE NO. C22-1599-KKE |
| Plaintiff(s), | ORDER DISMISSING CLAIMS OF PLAINTIFF STEVEN FLOYD |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The Court previously ordered Plaintiff Steven Floyd to show cause why his claims should not be dismissed with prejudice, no later than May 2, 2025. Dkt. No. 203. Floyd did not file a response. The Court therefore DISMISSES Floyd's claims in this action with prejudice. This action MOOTS Floyd's counsel's motion to withdraw their representation of Floyd, as Floyd is no longer participating in this action, and the Clerk is therefore directed to terminate that motion (Dkt. No. 140).

Dated this 6th day of May, 2025.

Kymberly K. Evanson
United States District Judge