The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND ORDER REGARDING SEALING OF CLASS CERTIFICATION BRIEFING** |

The Parties have met and conferred with respect to the upcoming briefing on class certification, and anticipate that their briefs, declarations, exhibits, and expert reports will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential-Attorneys' Eyes Only by either a Party or Non-Party. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, and Non-Parties, pursuant to LCR 7(d)(1) and 10(g), the Parties and their respective counsel hereby stipulate and agree to the following procedure for filing and sealing in connection with the class certification briefing, subject to the Court's approval.

1. Pursuant to LCR 5(g)(2), each Party will provisionally file under seal its class certification briefs (including any opening, response, and reply briefs), expert declarations or reports, exhibits, and all other evidence and declarations on which that Party relies (collectively, "Class Certification Papers") which contain material designated Confidential or Highly Confidential-Attorneys' Eyes Only by any Party or Non-Party.

2. Within four weeks of filing, pursuant to LCR 5(g), the Parties, and any necessary Non-Parties, will meet and confer and, as appropriate, file (1) public versions of their Class Certification Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3). The schedule for filing any such public versions of the Parties' Class Certification Papers and corresponding motion(s) to seal shall be as follows:

| FILING | DATE |
|---|---|
| Motion for class certification and supporting expert reports | May 14, 2025 |
| Filing of public versions of class certification papers and corresponding motion(s) to seal | June 11, 2025 |
| Opposition to motion for class certification and supporting expert reports | August 14, 2025 |

STIP. MOT. & ORDER
RE SEALING OF CLASS CERT. BRIEFING - 1
Case No. 2:22-cv-01599-KKE
011121-11/3193047 V1

| Filing | Date |
|---|---|
| Filing of public versions of opposition to class certification and corresponding motion(s) to seal | September 11, 2025 |
| Reply in support of motion for class certification and reply expert reports | November 14, 2025 |
| Filing of public versions of class certification papers and corresponding motion(s) to seal | December 12, 2025 |

3. The Party or Non-Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' class certification briefing.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: May 5, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
   Steve W. Berman (WSBA No. 12536)
By /s/ Theodore Wojcik
   Theodore Wojcik (WSBA No. 55553)
By /s/ Meredith Simons
   Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com


SIDLEY AUSTIN LLP

Jonathan E. Nuechterlein (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Jon Dugan (*pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
Fax: 206-757-7700
juechterlein@sidley.com
bmundel@sidley.com
jdugan@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

|   |   |
|---|---|
| 1 | WEIL GOTSHAL & MANGES, LLP |
| 2 | By: */s/ Mark A. Perry* |
|   | Mark A. Perry (*pro hac vice*) |
| 3 | 2001 M. Street NW, Suite 600 |
|   | Washington, D.C. 20036 |
| 4 | Telephone: +1 202 682 7000 |
|   | mark.perry@weil.com |

By: */s/ Eric S. Hochstadt*
Eric S. Hochstadt (*pro hac vice*)
767 Fifth Ave.
New York, NY 10153-0119
Telephone: +1 212 310 8000
eric.hochstadt@weil.com

By: */s/ Brian G. Liegel*
Brian G. Liegel (*pro hac vice*)
Brian.liegel@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: +1 305 577 3180

*Attorneys for Apple Inc.*

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 215.

Dated this 7th day of May, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge