UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., <br><br> Plaintiff(s), <br> v. <br><br> AMAZON.COM INC., et al., <br><br> Defendant(s). | CASE NO. C22-1599-KKE <br><br> ORDER ON BRIEFING FOR MOTION FOR RECONSIDERATION |

Defendant Apple Inc. filed a motion for reconsideration and requested oral argument on the motion. Dkt. No. 221. Plaintiffs may file an opposition brief no later than June 2, 2025, and Apple may file a reply brief no later than June 9, 2025.

The clerk is directed to RE-NOTE the motion for reconsideration (Dkt. No. 221) for June 9, 2025. The courtroom deputy shall contact the parties to schedule oral argument.

Dated this 19th day of May, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge