1
2
3
4
5
6

The Honorable Kymberly K. Evanson

7
8
9

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**NOTE ON MOTION CALENDAR:**<br>May 23, 2025 |



Counsel for Plaintiffs respectfully offer this response to Defendants' motion for fees and costs.

Plaintiffs' counsel will not oppose payment of the fees and costs Defendants have requested.

We respect the Court's judgment and concerns and, with hindsight, recognize the situation could have been handled better. Plaintiffs' counsel will redouble their efforts to ensure that this case is conducted with the highest degree of professionalism by all involved. The Court should take confidence, based on the reputation Plaintiffs' counsel have built through nearly forty years of practice, which includes many complicated class actions in this district and throughout the nation, that this will be done.

DATED: May 19, 2025                    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman (WSBA No. 12536)
By: /s/ *Theodore Wojcik*
    Theodore Wojcik (WSBA No. 55553)
By: /s/ *Meredith Simons*
    Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

RESPONSE TO MOTION FOR
ATTORNEYS' FEES AND COSTS - 1
Case No. 2:22-cv-01599-KKE
010923-11/3199049 V2

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1 | I certify that this brief contains 105 words, in compliance with the Local Civil Rules.

/s/ *Steve W. Berman*
Steve W. Berman

RESPONSE TO MOTION FOR
ATTORNEYS' FEES AND COSTS - 2
Case No. 2:22-cv-01599-KKE
010923-11/3199049 V2

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

/s/ Steve W. Berman
Steve W. Berman

RESPONSE TO MOTION FOR
ATTORNEYS' FEES AND COSTS - 3
Case No. 2:22-cv-01599-KKE
010923-11/3199049 V2

