The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS** |

On April 10, 2025, the Court found that Defendants are entitled to request an award of attorney's fees and expenses, to be paid by former Plaintiff Steven Floyd's counsel, incurred in bringing the motion to compel (Dkt. No. 104) and the motion for discovery sanctions (Dkt. No. 152). Dkt. No. 203 at 7. Defendants filed a motion for fees and expenses, which Floyd's counsel does not oppose. *See* Dkt. Nos. 208, 223.

Finding that the fees and expenses requested by Defendants are reasonable and not opposed by Floyd's counsel, the Court GRANTS Defendants' motion. Dkt. No. 208.

Accordingly, under Federal Rule of Civil Procedure 37(a)(5) and the Court's prior order (Dkt. No. 203), Defendant Amazon.com, Inc. is AWARDED $79,034.50 in attorney's fees and costs and Defendant Apple Inc. is AWARDED $144,001 in attorney's fees and costs.

DATED this 20th day of May, 2025.

Kymberly K. Evanson
United States District Judge