The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>    Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND ORDER SETTING PROCESS FOR SEALING CONFIDENTIAL MATERIALS** |

STIPULATED MOTION AND [PROPOSED] ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:22-cv-01599-KKE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Parties and their respective counsel stipulate and request that the Court order as follows:

1. On May 14, 2025, Plaintiffs filed under provisional seal Plaintiffs' Motion for Class Certification (Dkt. 218). Plaintiffs attached to and discussed in their Motion for Class Certification certain documents Amazon and Apple had designated Confidential under the Protective Order in this case.

2. Amazon and Apple intend to request for the Court to maintain sealing for materials submitted by Plaintiffs, under the procedure set forth in LCR 5(g)(1)(A).

3. The Parties anticipate that further briefing on Plaintiffs' Motion for Class Certification may likewise reference Amazon and Apple's confidential materials.

4. In the interest of efficiency and judicial economy, the Parties stipulate and jointly propose that Amazon and Apple submit a single joint brief to support the sealing of any materials for which they intend to seek continued sealing in connection with the briefing on Plaintiffs' Motion for Class Certification, rather than separate sealing papers for each brief filed. Amazon and Apple's consolidated response will clearly identify each docket entry to which it pertains.

5. Pursuant to LCR 5(g)(2), Plaintiffs, Amazon and Apple will provisionally file under seal those portions of any briefing, declarations, exhibits, and all other evidence which may contain material designated Confidential or Highly Confidential.

6. Following the completion of briefing, the Parties will meet and confer regarding sealing. Amazon and Apple's response regarding sealing, and any proposed redactions, will be due four weeks after briefing on Plaintiffs' Motion for Class Certification is completed.

1  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

3  DATED this 9th day of June, 2025.   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
    Steve W. Berman (WSBA No. 12536)
By: /s/ Theodore Wojcik
    Theodore Wojcik (WSBA No. 55553)
By: /s/ Meredith Simons
    Meredith Simons (WSBA No. 62622)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    steve@hbsslaw.com
    tedw@hbsslaw.com
    merediths@hbsslaw.com

    Ben Harrington (pro hac vice)
    Benjamin Siegel (pro hac vice)
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    benh@hbsslaw.com
    bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: /s/ John Goldmark
    John Goldmark, WSBA #40980
    MaryAnn Almeida, WSBA #49086
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    johngoldmark@dwt.com
    maryannalmeida@dwt.com

SIDLEY AUSTIN LLP

By: /s/ Benjamin M. Mundel
    Benjamin M. Mundel (pro hac vice)
    Jacquelyn Fradette (pro hac vice)
    Mark D. Hopson (pro hac vice)
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000

STIPULATED MOTION AND ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:22-cv-01599-KKE) - 2

Washington, D.C. 20005
Telephone: (202) 736-8000
bmundel@sidley.com
jfradette@sidley.com
mhopson@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 839-4300
mparris@orrick.com

Eric Hochstadt (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
ehochstadt@orrick.com

O'MELVENY & MYERS LLP

By: */s/ Anna Pletcher*
Anna Pletcher (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8994
apletcher@omm.com

Benjamin Bradshaw (*pro hac vice*)
Sergei Zaslavsky (*pro hac vice*)
1625 Eye Street N.W.
Washington, DC 20006
Telephone: (202) 383-5300
bbradshaw@omm.com
szaslavsky@omm.com

*Attorneys for Apple, Inc.*

STIPULATED MOTION AND ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:22-cv-01599-KKE) - 3

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated: June 10, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge