UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>AMAZON.COM INC., et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER TO PROVIDE DOCUMENTS FOR *IN CAMERA* REVIEW |

At the oral argument on Defendant's motion for reconsideration (Dkt. Nos. 221, 233), the parties discussed whether dismissed Plaintiff Steven Floyd's motion for leave to amend the complaint was diligently filed on February 29, 2024, or whether Floyd's communications in fall 2023 should have led counsel to seek out additional named plaintiffs earlier than they did. Plaintiffs' counsel offered to provide additional communications for *in camera* review, to assist the Court with resolving this question presented in Defendant's motion, and the Court finds that review of Floyd's communications with counsel between September 22, 2023, and January 11, 2024, would be helpful.

Accordingly, Plaintiffs' counsel is ORDERED to provide the Court copies of the following communications as described on the privilege log (Dkt. No. 174 at 5–17): entries 2, 3, 5–11, 13–15, 20–25, 27–28. Plaintiffs' counsel shall, no later than June 20, 2025, email an electronic copy of these documents to the courtroom deputy at Diyana_Staples@wawd.uscourts.gov and provide

ORDER TO PROVIDE DOCUMENTS FOR IN CAMERA REVIEW - 1

a courtesy hard copy to chambers (clearly marked "*in camera* review" to avoid inadvertent filing on the docket by Clerk's office staff). The clerk is directed to RE-NOTE Defendant's motion for reconsideration (Dkt. No. 221) for June 20, 2025.

Dated this 17th day of June, 2025.

Kymberly K. Evanson
United States District Judge