The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**NOTICE OF APPEARANCE**<br><br>*CLERK'S ACTION REQUIRED* |

TO:  THE CLERK OF THE COURT

AND TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Emily Parsons of Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610, appears as counsel for Defendant Amazon.com, Inc. in the above-entitled action. Emily Parsons works in association with John Goldmark and MaryAnn T. Almeida of Davis Wright Tremaine LLP. Copies of all future papers and pleadings in this matter, except original process, shall be served upon all attorneys of record.

///

NOTICE OF APPEARANCE
(2:22-CV-01599-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this 2nd day of July, 2025.

2

3                                              DAVIS WRIGHTTREMAINE LLP
                                               Attorneys for Amazon.com, Inc.
4

5                                              By s/ *Emily Parsons*
                                                  Emily Parsons, WSBA #57061
                                                  920 Fifth Avenue, Suite 3300
6                                                 Seattle, WA  98104
                                                  Telephone:  206.622-3150
7                                                 Email:  emilyparsons@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
(2:22-CV-01599-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax