The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>        Defendants. | No. 2:22-cv-01599-KKE<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS AND SETTING SCHEDULE FOR BRIEFING MOTIONS TO EXCLUDE EXPERT TESTIMONY** |

The Court **GRANTS** the Parties' Joint Stipulated Motion for Leave to File Overlength Briefs and Setting Schedule for Briefing Motions to Exclude Expert Testimony. Dkt. No. 242. It is hereby **ORDERED** that the Parties shall file outstanding briefs regarding Plaintiffs' Motion for Class Certification within the following word limits:

| | |
|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 12,600 words |
| Plaintiffs' Reply in Support of Their Motion for Class Certification | 6,300 words |

ORDER
Case No. 2:22-cv-01599-KKE

1

It is hereby **ORDERED** that the Parties shall file briefs relating to impending *Daubert* motions within the following word limits for each brief:

| | |
|---|---|
| *Daubert* Motions | 6,000 words |
| Oppositions to *Daubert* Motions | 6,000 words |
| Replies in Support of *Daubert* Motions | 3,000 words |

It is hereby **ORDERED** that the Parties shall file briefs relating to impending *Daubert* motions pursuant to the following schedule:

| | |
|---|---|
| Defendants' *Daubert* Motions | August 14, 2025 |
| Plaintiffs' Opposition to Defendants' *Daubert* Motions | November 14, 2025 |
| Plaintiffs' *Daubert* Motion(s) | November 14, 2025 |
| Defendants' Reply in Support of Their *Daubert* Motions | December 22, 2025 |
| Defendants' Opposition to Plaintiffs' *Daubert* Motion(s) | January 9, 2026 |
| Plaintiffs' Reply in Support of Their *Daubert* Motion(s) | February 6, 2026 |

Dated: August 11, 2025.

Kymberly K. Evanson
United States District Judge

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By /s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
By /s/ *Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
By /s/ *Meredith Simons*
Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/ *Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

Eric Hochstadt
ehochstadt@orrick.com
51 West 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

**O'MELVENY & MYERS LLP**

Anna T. Pletcher (admitted *pro hac vice*)
apletcher@omm.com
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Benjamin Bradshaw (admitted *pro hac vice*)
bbradshaw@omm.com
Sergei Zaslavsky (admitted *pro hac vice*)
szaslavsky@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Apple Inc.*

**DAVIS WRIGHT TREMAINE LLP**

John A. Goldmark (WSBA No. 40980)
MaryAnn Almeida (WSBA No. 49086)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
JohnGoldmark@dwt.com
MaryAnnAlmeida@dwt.com

**SIDLEY AUSTIN LLP**

Chad Hummel (admitted *pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Phone: (310) 595-9500
Facsimile: (310) 595-9501
chummel@sidley.com

Jonathan Nuechterlein (admitted *pro hac vice*)
Benjamin Mundel (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
bmundel@sidley.com
nuechterlein@sidley.com

*Attorneys for Amazon.com Inc.*