# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>　　　　　　　　　Plaintiff(s),<br>　v.<br><br>AMAZON.COM INC., et al.,<br><br>　　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C22-1599-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Court GRANTS Defendant's motion for reconsideration (Dkt. No. 221) and as a result, DISMISSES this action with prejudice as to Steven Floyd (as already effected), and without prejudice to claims brought by any remaining putative class members.

　　Dated September 29, 2025.

　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk