The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>     Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME**<br><br>NOTE ON MOTION CALENDAR:<br>October 9, 2025 |

## STIPULATED MOTION

Plaintiffs Jolene Furdek and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

1. On September 29, 2025, the Court granted Apple's motion for reconsideration and entered judgment in this action. *See* ECF Nos. 250, 251.

2. Under Local Rule 7(h), the deadline for Plaintiffs to file a motion for reconsideration of the Court's September 29 order is October 13, 2025. Plaintiffs request a two-week extension of this deadline, to October 27, 2025.[1]

---

[1] Plaintiffs' proposed extension aligns the deadline under Local Rule 7(h) with the deadline for Plaintiffs to file a motion to alter or amend a judgement under Federal Rule 59.

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING TIME – 1
(CASE NO. 2:22-CV-01599-KKE)



3. The deadline for Defendants to file motions for fees and costs are October 13 and 20, respectively. Defendants request a two-week extension of these deadlines, to October 27 and November 3, respectively.

4. The Parties agree and stipulate to the following amended deadlines, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' motion for reconsideration | 10/13/2025 | 10/27/2025 |
| Defendants' motion(s) for fees | 10/13/2025 | 10/27/2025 |
| Defendants' motion(s) for costs | 10/20/2025 | 11/3/2025 |

5. Good cause exists for a modest extension of these deadlines in light of intervening religious holidays and to provide the parties time to fully brief their respective motions.

STIPULATED to and JOINTLY submitted this 9th day of October, 2025.

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Theodore Wojcik*
   Theodore Wojcik (WSBA No. 55553)
By /s/ *Meredith Simons*
   Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING TIME – 2
(CASE NO. 2:22-CV-01599-KKE)



Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com


SIDLEY AUSTIN LLP

By: */s/ Benjamin M. Mundel*
Benjamin M. Mundel (pro hac vice)
Jacquelyn Fradette (pro hac vice)
Mark D. Hopson (pro hac vice)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Washington, D.C. 20005
Telephone: (202) 736-8000
bmundel@sidley.com
jfradette@sidley.com
mhopson@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING TIME – 3
(CASE NO. 2:22-CV-01599-KKE)



Eric Hochstadt (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
ehochstadt@orrick.com

O'MELVENY & MYERS LLP

By: */s/ Anna Pletcher*
Anna Pletcher (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8994
apletcher@omm.com

Benjamin Bradshaw (*pro hac vice*)
Sergei Zaslavsky (*pro hac vice*)
1625 Eye Street N.W.
Washington, DC 20006
Telephone: (202) 383-5300
bbradshaw@omm.com
szaslavsky@omm.com

*Attorneys for Apple Inc.*

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING TIME – 4
(CASE NO. 2:22-CV-01599-KKE)



**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated this _____ day of October, 2025.

                                                    _____
                                                  Kymberly K. Evanson
                                                  UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING TIME – 5
(CASE NO. 2:22-CV-01599-KKE)

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX