UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., <br><br> Plaintiff(s), <br> v. <br><br> AMAZON.COM INC., et al., <br><br> Defendant(s). | CASE NO. C22-1599-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES |

The parties agree to extend certain deadlines. Dkt. No. 252. The Court finds good cause for the extension and therefore GRANTS the stipulated motion. The Court extends the deadlines to file these motions as follows:

| | |
|---|---|
| Plaintiffs' motion for reconsideration: | 10/27/2025 |
| Defendants' motion(s) for fees: | 10/27/2025 |
| Defendants' motion(s) for costs | 11/3/2025 |

Dated this 9th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES - 1