1
2
3
4
5
6
7

The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK, and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME**<br><br>**NOTE ON MOTION CALENDAR:**<br>October 23, 2025 |

STIPULATED MOT.
EXTENDING TIME
NO. 2:22-CV-01599-KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

Plaintiffs Jolene Furdek and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and with Plaintiffs, "the Parties"), by and through counsel, stipulate as follows:

1. On September 29, 2025, the Court granted Apple Inc.'s Motion for Reconsideration and entered judgment in this action. *See* ECF Nos. 250, 251.

2. On October 9, 2025, the Court entered an Order granting a stipulation extending the deadline for Defendants' Motion(s) for Fees to October 27, 2025. See ECF No. 253. In the same Order, the Court extended the deadline for Defendants' Motion(s) for Costs to November 3, 2025, and extended the deadline for Plaintiffs' Motion for Reconsideration to October 27, 2025. *Id.*

3. The Parties stipulate to the following amended schedule for briefing Defendants' upcoming Motion(s) for Fees and Motion(s) for Costs, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Motion(s) for Fees and Motion(s) for Costs | October 27, 2025 for Fees; November 3, 2025 for Costs | November 3, 2025 |
| Plaintiffs' Opposition(s) to Defendants' Motion(s) for Fees | November 11, 2025 | December 2, 2025 |
| Plaintiffs' Opposition(s) to Defendants' Motion(s) for Costs | November 18, 2025 | December 2, 2025 |
| Defendants' Reply or Replies in Support of their Motion(s) for Fees | November 17, 2025 | December 8, 2025 |
| Defendants' Reply or Replies in Support of their Motion(s) for Costs | November 24, 2025 | December 8, 2025 |

4. Good cause exists for these modest extensions. They will bring the deadlines associated with Defendants' Motion(s) for Fees in line with the deadlines associated with

STIPULATED MOT. EXTENDING TIME
NO. 2:22-CV-01599-KKE

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

Defendants' Motion(s) for Costs, and they will grant the Parties sufficient time to fully brief the Motions in light of the Thanksgiving holiday. These extensions do not affect any other deadlines in this action.

STIPULATED to and JOINTLY submitted this 23rd day of October 2025.

| | |
|---|---|
| **HAGENS BERMAN SOBEL SHAPIRO LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| /s/ *Steve W. Berman* <br> Steve W. Berman (WSBA No. 12536) <br> /s/ *Theodore Wojcik* <br> Theodore Wojcik (WSBA No. 55553) <br> /s/ *Meredith Simons* <br> Meredith Simons (WSBA No. 62622) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> tedw@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Ben Harrington (pro hac vice) <br> Benjamin J. Siegel (pro hac vice) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> benh@hbsslaw.com <br> bens@hbsslaw.com <br><br> *Attorneys for Plaintiffs and the Proposed Class* | /s/ *Mark S. Parris* <br> Mark S. Parris (WSBA No. 18370) <br> mparris@orrick.com <br> 401 Union Street, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: +1 206 839 4300 <br> Facsimile: +1 206 839 4301 <br><br> Eric Hochstadt (admitted *pro hac vice*) <br> ehochstadt@orrick.com <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone: +1 212 506 5000 <br> Facsimile: +1 212 506 5151 <br><br> **O'MELVENY & MYERS LLP** <br><br> /s/ *Anna T. Pletcher* <br> Anna T. Pletcher (admitted *pro hac vice*) <br> apletcher@omm.com <br> Two Embarcadero Center <br> San Francisco, CA 94111 <br> Telephone: +1 415 984 8700 <br> Facsimile: +1 415 984 8701 <br><br> Benjamin Bradshaw (admitted *pro hac vice*) <br> bbradshaw@omm.com <br> Sergei Zaslavsky (admitted *pro hac vice*) <br> szaslavsky@omm.com <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone: +1 202 383 5300 <br> Facsimile: +1 202 383 5414 <br><br> *Attorneys for Apple Inc.* |

**DAVIS WRIGHT TREMAINE**

/s/ *John Goldmark*
John Goldmark (WSBA No. 40980)
MaryAnn Almeida (WSBA No. 49086)
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com

**SIDLEY AUSTIN**

/s/ *Benjamin M. Mundel*
Benjamin M. Mundel (admitted *pro hac vice*)
Mark D. Hopson (admitted *pro hac vice*)
Jacqueline E. Fradette (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
jfradette@sidley.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOT.
EXTENDING TIME
NO. 2:22-CV-01599-KKE

3

ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

**[PROPOSED] ORDER**

The Court finds good cause exists and hereby **GRANTS** the Parties' Stipulated Motion Extending Time.  The following schedule hereby governs the Parties' briefing on Defendants' Motion(s) for Fees and Costs:

- Defendants' Motion(s) for Fees and Motion(s) for Costs: November 3, 2025
- Plaintiffs' Opposition(s) to Defendants' Motion(s) for Fees and Motion(s) for Costs: December 2, 2025
- Defendants' Reply or Replies in Support of their Motion(s) for Fees and Motion(s) for Costs: December 8, 2025

**SO ORDERED.**

Dated: _____

_____
The Honorable Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

STIPULATED MOT. EXTENDING TIME
NO. 2:22-CV-01599-KKE

4

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON  98101-2668
+1 206 839 4300