The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**DECLARATION OF BEN M. HARRINGTON IN SUPPORT OF PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(e) & 60(b)**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 17, 2025 |

HARRINGTON DECL. IN SUPP. OF PLS.' MOT. TO ALTER OR
AMEND J. AND RELIEF UNDER RULES 59(E) AND 60(B)
Case No. 2:22-cv-01599-KKE



I, BEN M. HARRINGTON, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the California Bar, and I have been admitted to this Court pro hac vice. I am a partner in the law firm Hagens Berman Sobol Shapiro LLP ("Class Counsel") and Counsel for Plaintiffs Jolene Furdek and Jonathan Ryan in the above-captioned action. I make this Declaration in Support of Plaintiffs' Motion to Alter or Amend Judgment and For Relief Therefrom Pursuant to Rules 59(e) & 60(b). Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a privileged and confidential February 26, 2024 email from myself to Steven Floyd, which is being submitted for *in camera* review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2025 at Berkeley, California.

            */s/ Ben M. Harrington*
            BEN M. HARRINGTON

HARRINGTON DECL. IN SUPP. OF PLS.' MOT. TO ALTER OR AMEND J. AND RELIEF UNDER RULES 59(E) AND 60(B) - 1
Case No. 2:22-cv-01599-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, a true and correct copy of the foregoing was served on all counsel of record via email.

            */s/ Steve W. Berman*
            Steve W. Berman

HARRINGTON DECL. IN SUPP. OF PLS.' MOT. TO ALTER OR AMEND J. AND RELIEF UNDER RULES 59(E) AND 60(B) - 2
Case No. 2:22-cv-01599-KKE

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX