The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated, | Case No. 2:22-cv-01599-KKE |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR *IN CAMERA* REVIEW** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation, | **NOTE ON MOTION CALENDAR: November 17, 2025** |
| Defendants. | |

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1    Plaintiffs respectfully move for the entry of an Order for the Court to review *in camera*

2  Exhibit 1 to the Declaration of Ben M. Harrington in Support of Plaintiffs' Motion to Alter or

3  Amend Judgment and For Relief Therefrom Pursuant to Rules 59(e) & 60(b) (hereinafter

4  "Harrington Declaration"), which comprises confidential attorney-client communications

5  protected by the attorney-client privilege.

6    The attorney-client privilege "protects confidential communications between attorneys

7  and clients, which are made for the purpose of giving legal advice." *U.S. v. Richey*, 632 F.3d

8  559, 566 (9th Cir. 2011) (citing *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981)). "A

9  district court may conduct an *in camera* inspection of alleged confidential communications to

10  determine whether the attorney-client privilege applies." *Clarke v. Am. Com. Nat'l Bank*, 974

11  F.2d 127, 129 (9th Cir. 1992) (emphasis added). The "proper procedure for asserting the

12  attorney-client privilege as to particular documents" is for the party asserting the privilege to

13  "submit them *in camera* for the court's inspection, providing an explanation of how the

14  information fits within the privilege." *In re Grand Jury Witness (Salas)*, 695 F.2d 359, 362 (9th

15  Cir. 1982). Consistent with this, the Court previously ordered Plaintiffs' counsel to provide it

16  with copies of certain communications on Plaintiffs' privilege log in order to resolve arguments

17  related to Apple's motion for reconsideration. *See* Dkt. 221, 234.

18    Exhibit 1 to the Harrington Declaration is an email communication between counsel for

19  plaintiffs in this matter, and Steven Floyd, which was previously described on Plaintiffs'

20  privilege log (see Dkt. 174) at entry 38, but which has not been requested by the Court for *in*

21  *camera* review. This email is protected by the attorney client privilege and requires *in camera*

22  inspection by the Court to preserve that privilege. For the reasons set forth in their accompanying

23  Motion to Alter or Amend Judgment and For Relief Therefrom Pursuant to Rules 59(e) & 60(b),

24  Plaintiffs respectfully submit that Exhibit 1 supports reconsideration of this Court's order

25  granting Apple's motion for reconsideration (Dkt. 250). Production is thus justified pursuant to

26  Washington Rules of Professional Conduct ("WRPC") Rule 1.6(b)(5), which states that

27  information relating to the representation of a client may be revealed to that extent that a lawyer

28  reasonably believe it is necessary "to respond to allegations in any proceeding concerning the

1    lawyer's representation of the client."[1] *In camera* submission is appropriate under Comment 16

2    to WRPC Rule 1.6, pursuant to which disclosure of a privileged communication "should be made

3    in a manner that limits access to the information to the tribunal or other persons having a need to

4    know it and appropriate protective orders or other arrangements should be sought by the lawyer

5    to the fullest extent practicable." WRPC 1.6, cmt. 16.

6         For the foregoing reasons, Plaintiffs respectfully request that this motion be granted and

7    that this Court enter the accompanying Order authorizing the *in camera* submission of Exhibit 1

8    to the Harrington Declaration.

9

10    DATED: October 27, 2025           Respectfully submitted,

11                         HAGENS BERMAN SOBOL SHAPIRO LLP

12
                     By  */s/ Steve W. Berman*

13                          Steve W. Berman (WSBA No. 12536)

14                     By  */s/ Theodore Wojcik*
                      Theodore Wojcik (WSBA No. 55553)

15                     By  */s/ Meredith Simons*
                      Meredith Simons (WSBA No. 62622)

16                         1301 Second Avenue, Suite 2000

17                         Seattle, WA  98101
                     Telephone: (206) 623-7292

18                         Facsimile:  (206) 623-0594

19                         steve@hbsslaw.com
                     tedw@hbsslaw.com

20                         merediths@hbsslaw.com

21

22

23

24

25

26       [1] The court also has not requested *in camera* submission of, or reviewed, post-September 2024 communications listed on Plaintiffs' privilege log. However, Plaintiffs do not believe those

27    are material to the Court's analysis and, pursuant to WRPC 1.6, have not submitted them *in camera*.  If the Court directs us to submit them, we of course will.

28



Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

I certify that this brief contains 539 words, in compliance with the Local Civil Rules.

/s/ *Steve W. Berman*
Steve W. Berman

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1

## <u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on October 27, 2025, a true and correct copy of the foregoing was

3 filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

4

5                                      */s/ Steve W. Berman*
                                     Steve W. Berman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX