1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, AND JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**DECLARATION OF SAMANTHA LIU IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES AND COSTS** |

DECLARATION OF SAMANTHA LIU ISO JOINT MOTION
FOR ATTORNEYS' FEES AND COSTS
(2:22-CV-01599-KKE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

**DECLARATION OF SAMANTHA LIU**

I, Samantha Liu, declare as follows:

3

4

1. I am the Chief Financial Officer at Davis Wright Tremaine LLP ("DWT"). I make this declaration from personal knowledge and review of the files and records in this matter.

5

6

7

8

9

10

11

12

13

14

15

16

17

2. As part of my job, I manage the process of setting billing rates for DWT personnel and deciding which charges to pass on to clients. I evaluate our rates and policies against the rates and policies of other law firms—particularly those of comparable size, expertise, reputation and location. To do this, I rely principally upon annual survey data compiled independently by one of the big four accounting firms (the "Survey"). The most recent compilations available to DWT are dated June 2025, and I reviewed those most recent compilations in connection with preparing this declaration. As reflected in the Survey compilations, the billing rates for 2024 for attorneys at DWT were generally at or below the median of the range of 19 other firms with either headquarters or branch offices in Seattle and reflective of rates that are localized to the Puget Sound area legal marketplace. Similarly, the billing rates for 2025 for attorneys at DWT were generally at or below the median of the range of 19 other firms with either headquarters or branch offices in Seattle and reflective of rates that are localized to the Puget Sound area legal marketplace.

18

19

20

21

22

3. DWT's billing rates were $855 per hour in 2024 and $940 in 2025 for the work of John Goldmark, an experienced litigator and partner who graduated from law school in 2008. In 2024, the median rate for partners of Mr. Goldmark's tenure was $932, with the first quartile rate at $1,160. In 2025, the median rate for attorneys of Mr. Goldmark's tenure was $1,188, with the first quartile rate at $1,488.

23

24

25

26

4. DWT's billing rates were $755 in 2024 and $830 in 2025 for the work of MaryAnn Almeida, who graduated from law school in 2014. In 2024, the median rate for attorneys of Ms. Almeida's tenure was $1,022, with the first quartile rate at $1,172. In 2025, the median rate for attorneys of Ms. Almeida's tenure was $980, with the first quartile rate at $1,264.

27

DECLARATION OF SAMANTH LIU ISO JOINT MOTION
ATTORNEYS' FEES AND COSTS
(2:22-CV-01599-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

5.    DWT's billing rates were $625 in 2024 and $690 in 2025 for the work of Emily Parsons, an associate who graduated from law school in 2020.  In 2024, the median rate for attorneys of Ms. Parsons's tenure was $691, with the first quartile rate at $900. In 2025, the median rate for attorneys of Ms. Parsons's tenure was $850, with the first quartile rate at $1,110.

6.    DWT's billing rates were $590 in 2024 and $650 in 2025 for the work of Joby Celoza, an associate who graduated from law school in 2020.  In 2024, the median rate for attorneys of Mr. Celoza's tenure was $691, with the first quartile rate at $900. In 2025, the median rate for attorneys of Mr. Celoza's tenure was $850, with the first quartile rate at $1,110.

7.    DWT billing rates would have been $1,095 in 2024 and $1,230 in 2025 for the work of Rick Beckner, a partner in Sidley's Supreme Court and Appellate and Telecommunications groups who graduated from Georgetown University Law Center in 1994. The median rate for partners of Mr. Beckner's tenure was $1,029 for 2024, with the first quartile rate at $1,368. The median rate for partners of Mr. Beckner's tenure was $1,191 for 2025, with the first quartile rate at $1,625.

8.    DWT billing rates would have been $1,070 in 2024 and $1,200 in 2025 for the work of Jonathan Neuchterlein, a partner in Sidley's Supreme Court and Appellate and Telecommunications groups who graduated from Yale Law School in 1990. The median rate for partners of Mr. Neuchterlein's tenure was $975 for 2024, with the first quartile rate at $1,399. The median rate for partners of Mr. Neuchterlein's tenure was $1,191 for 2025, with the first quartile rate at $1,625.

9.    DWT billing rates would have been $1,095 in 2024 and $1,195 in 2025 for the work of Eamon Joyce, a partner in Sidley's Supreme Court, Appellate, and Litigation Strategies practice group, who graduated from University of Pennsylvania law school in 2002. The median rate for partners of Mr. Joyce's tenure was $957 for 2024, with the first quartile rate at $1,305. The median rate for partners of Mr. Joyce's tenure was $1,205 for 2025, with the first quartile rate at $1,530.

DECLARATION OF SAMANTH LIU ISO JOINT MOTION
ATTORNEYS' FEES AND COSTS
(2:22-CV-01599-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

10.    DWT billing rates would have been $995 in 2024 and $1,095 in 2025 for the work of Josh Fougere, a Sidley partner and member of the Supreme Court, Appellate, and Litigation Strategies practice group who graduated from Columbia Law School in 2009. The median rate for partners of Mr. Fougere's tenure was $910 for 2024, with the first quartile rate at $1,258. The median rate for partners of Mr. Fougere's tenure was $1,144 for 2025, with the first quartile rate at $1,377.

11.    DWT billing rates would have been $950 in 2024 and $1,045 in 2025 for the work of Mark Hopson, a *Chambers* recognized Sidley partner who graduated from law school in 1984. The median rate for partners of Mr. Hopson's tenure was $1,157 for 2024, with the first quartile rate at $1,372. The median rate for partners of Mr. Hopson's tenure was $1,437 for 2025, with the first quartile rate at $1,557.

12.    DWT billing rates would have been $880 in 2024 and $970 in 2025 for the work of Benjamin M. Mundel, a Sidley partner who graduated law school in 2012.  The median rate for partners of Mr. Mundel's tenure was $910 for 2024, with the first quartile rate at $1,258. The median rate for partners of Mr. Mundel's tenure was $1,150 for 2025, with the first quartile rate at $1,392.

13.    DWT billing rates would have been $830 in 2024 and $915 in 2025 for the work of Jacquelyn Fradette, a Sidley partner who graduated from law school in 2014.  The median rate for partners of Ms. Fradette's tenure was $870 for 2024, with the first quartile rate at $1,142. The median rate for partners of Ms. Fradette's tenure was $1,150 for 2025, with the first quartile rate at $1,392.

14.    DWT billing rates would have been $795 in 2024 and $875 in 2025 for the work of Anna Tutundjian, a Sidley senior managing associate in Sidley's Commercial Litigation and Disputes practice group who graduated from Harvard Law School in 2015. The median rate for associates of Ms. Tutundjian's tenure was $863 for 2024, with the first quartile rate at $1,100.

DECLARATION OF SAMANTH LIU ISO JOINT MOTION
ATTORNEYS' FEES AND COSTS
(2:22-CV-01599-KKE) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  The median rate for attorneys of Ms. Tutundjian's tenure was $1,145 for 2025, with the first

2  quartile rate at $1,270.

3      15.    DWT billing rates would have been $715 in 2024 and $785 in 2025 for the work

4  of Peter Bruland, a Sidley senior managing associate who graduated from law school in 2017.

5  The median rate for associates of Mr. Bruland's tenure was $818 for 2024, with the first quartile

6  rate at $1,068. The median rate for attorneys of Mr. Bruland's tenure was $974 for 2025, with

7  the first quartile rate at $1,225.

8      16.    DWT billing rates would have been $660 in 2024 and $725 in 2025 for the work

9  of Jeremy Rozansky, a Sidley senior managing associate who graduated from law school in

10 2019.  The median rate for associates of Rozansky's tenure was $681 for 2024, with the first

11 quartile rate at $1,012. The median rate for attorneys of Mr. Rozansky's tenure was $929 for

12 2025, with the first quartile rate at $1,168.

13     17.    DWT billing rates would have been $625 in 2024 and $700 in 2025 for the work

14 of Jacob Steinberg-Otter, a Sidley managing associate who graduated from law school in 2021.

15 The median rate for associates of Mr. Steinberg-Otter's tenure was $725 for 2024, with the first

16 quartile rate at $822. The median rate for attorneys of Mr. Steinberg-Otter's tenure was $899 for

17 2025, with the first quartile rate at $1,051.

18     18.    DWT billing rates would have been $625 in 2024 and $700 in 2025 for the work

19 of Noah Fitzgerel, a Sidley managing associate who graduated from law school in 2021.  The

20 median rate for associates of Mr. Fitzgerel's tenure was $725 for 2024, with the first quartile rate

21 at $822. The median rate for attorneys of Mr. Fitzgerel's tenure was $899 for 2025, with the first

22 quartile rate at $1,051.

23     19.    DWT billing rates would have been $585 in 2024 and $655 in 2025 for the work

24 of Kimberly Quick, a Sidley associate who graduated from law school in 2022.  The median rate

25 for associates of Ms. Quick's tenure was $672 for 2024, with the first quartile rate at $775. The

26

27 DECLARATION OF SAMANTH LIU ISO JOINT MOTION
   ATTORNEYS' FEES AND COSTS
   (2:22-CV-01599-KKE) - 4

median rate for attorneys of Ms. Quick's tenure was $790 for 2025, with the first quartile rate at $945.

20.    DWT billing rates would have been $580 in 2024 and $635 in 2025 for the work of Sasha Bryski, a Sidley associate who graduated from law school in 2024.  The median and first quartile rates for associates of Ms. Bryski's tenure was unavailable to DWT for 2024. The median rate for attorneys of Ms. Bryski's tenure was $650 for 2025, with the first quartile rate at $736.

21.    DWT billing rates would have been $580 in 2024 and $635 in 2025 for the work of Ismael Farooqui, a Sidley associate who graduated from law school in 2024.  The median and first quartile rates for associates of Mr. Farooqui's tenure was unavailable to DWT for 2024. The median rate for attorneys of Ms. Mr. Farooqui's tenure was $650 for 2025, with the first quartile rate at $736.

22.    DWT billing rates would have been $380 in 2024 and $420 in 2025 for the work of Dexter Pagdilao, a Sidley experienced paralegal.  The median rate for experienced paralegals was $378 for 2024, with the first quartile rate at $425. The median rate for paralegals was $412 for 2025, with the first quartile rate at $468.

23.    DWT billing rates would have been $380 in 2024 and $420 in 2025 for the work of Danielle Devillier, a Sidley paralegal.  The median rate for experienced paralegals was $378 for 2024, with the first quartile rate at $425.  The median rate for paralegals was $412 for 2025, with the first quartile rate at $468.

24.    DWT billing rates would have been $380 in 2024 and $420 in 2025 for the work of Lydia Sidrys, a Sidley paralegal.  The median rate for paralegals was $378 for 2024, with the first quartile rate at $425.  The median rate for paralegals was $412 for 2025, with the first quartile rate at $468.

25.    DWT billing rates would have been $690 in 2024 and $760 in 2025 for the work of Jon Dugan, a senior managing associate at Sidley Austin LLP ("Sidley") who left to become

DECLARATION OF SAMANTH LIU ISO JOINT MOTION
ATTORNEYS' FEES AND COSTS
(2:22-CV-01599-KKE) - 5

1  an Of Counsel attorney at Redgrave LLP in late 2024. Mr. Dugan graduated from law school in

2  2018. The median rate for Of Counsel of Mr. Dugan's tenure was $722 for 2024, with the first

3  quartile rate at $1,107. The median rate for attorneys of Mr. Dugan's tenure was $1,280 for

4  2025, with the first quartile rate unavailable to DWT.

5

6     I declare under penalty of perjury under the laws of the State of Washington that the

7  foregoing is true and correct to the best of my knowledge and belief.

8

9     EXECUTED this 3rd day of November, 2025, in Kansas City, Missouri.

10

11     s/ _____
       Samantha Liu

12     Samantha Liu

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DECLARATION OF SAMANTH LIU ISO JOINT MOTION
    ATTORNEYS' FEES AND COSTS
    (2:22-CV-01599-KKE) - 6

                                   Davis Wright Tremaine LLP
                                        LAW OFFICES
                                   920 Fifth Avenue, Suite 3300
                                     Seattle, WA 98104-1610
                              206.622.3150 main · 206.757.7700 fax