The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599 KKE<br><br>**DECLARATION OF BRIAN G. LIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

I, Brian G. Liegel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner at the law firm Weil, Gotshal & Manges LLP ("Weil"), one of the counsel of record for Defendant Apple Inc. ("Apple") in this case.  I am admitted to appear before this Court *pro hac vice*.  I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

2.      Weil has served as counsel of record on behalf of Apple for the Floyd litigation. Weil entered into a retention agreement with Apple in connection with the Floyd litigation. Apple agreed to pay all of Weil's costs, fees, and expenses incurred in connection with the present suit.

3.      I was personally involved in Apple's defense in litigation and am familiar with the work performed by Weil on behalf of Apple in this litigation.  Further, I personally reviewed

LIEGEL DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR COSTS AND
ATTORNEYS' FEES :  2:22-cv-01599 KKE

1   the time entries detailing the work performed by Weil on behalf of Apple in this litigation.

2       4.      **Qualifications.** The Weil attorneys involved in the work described herein were

3   myself, Eric Hochstadt, Morgan MacBride, Daniel Baquet, and Kathryn Buggs.

4       Eric Hochstadt was until recently a partner in Weil's Antitrust group. He is admitted in

5   New York and New Jersey, and he served as a law clerk for the Honorable Loretta A. Preska in

6   the Southern District of New York. Eric has over 20 years of experience in complex antitrust

7   litigation and has been named one of the 500 "Leading Litigators in America" by *Lawdragon*.

8       I am a partner, effective January 1, 2025, in Weil's Complex Commercial Litigation and

9   Appeals and Strategic Counseling groups. Prior to January 1, 2025, I was counsel at Weil.  I am

10  admitted to practice in Florida, as well as numerous federal jurisdictions. I have been recognized

11  as a top Florida lawyer under 40, consistently included in the list of *Best Lawyers: Ones to*

12  *Watch*, and recognized by *Lawdragon* on its "X – The Next Generation" list. I am a 2015

13  graduate of the Georgetown University Law Center and served as a law clerk for the Honorable

14  Adalberto Jordan of the Eleventh Circuit Court of Appeals.

15      Morgan MacBride is counsel in Weil's Complex Commercial Litigation group. He is

16  admitted in California and graduated with honors from Northwestern University's Pritzker

17  School of Law in 2014. He has nearly a decade of experience in complex litigation matters,

18  including multiple prior and ongoing engagements with Apple.

19      Daniel Baquet is an associate in Weil's Antitrust group. He is admitted to practice in the

20  District of Columbia and is a 2020 graduate of the University of Virginia School of Law.

21      Kathryn Buggs is an associate in Weil's Antitrust group.  She is admitted to practice in

22  the District of Columbia and is a 2023 graduate of the University of Michigan Law School.

23      5.      **Total Amount of Attorneys' Fees Incurred**. Weil was responsible for taking

24  and defending depositions on behalf of Apple in this litigation.  The depositions of the named

25  Plaintiffs, Apple personnel, and Amazon personnel occurred on the following dates:

26      Apple Depositions:  Scott Bastian (November 1, 2024), Matt Schulz (December 20,

27      2024), Angela Ehrich (January 24, 2024), Zita Cassizzi (April 2, 2025), Doug Beck

28

(April 11, 2025)

Named Plaintiffs: Jolene Furdek (November 22, 2024), Jonathan Ryan (February 21, 2025)

Amazon Depositions: John Brown (January 9, 2025), Tim Fincham (January 16, 2025), Kristine Chan (January 30, 2025), Steve Downer (March 21, 2025), Jeff Wilkie (April 10, 2025)

As set forth below, the total time Weil spent in connection with these taking or defending these depositions on the day of the deposition was 134 hours. Additionally, Weil attorneys spent 106.5 hours preparing deposition outlines for these depositions. For purposes of this fee motion, Apple is seeking only a portion of the fees for Weil attorneys based on rates that would be charged by Orrick, Herrington & Sutcliffe, Apple's local counsel in this litigation. Those rates are set forth in the Declaration of Mark Parris, submitted in connection with Apple's prior Motion for Costs and Attorneys' Fees at Docket No. 214. Accordingly, while the total amount Apple incurred was greater, Apple seeks reimbursement for Weil's fees in the amount of $155,568.00.

The below chart is an accurate account of the hours worked by counsel for Apple in regard to taking and defending these depositions, including only work on the day of each deposition and work drafting deposition outlines. This does not include travel time, prep meetings, or other work related to the depositions. If necessary, I can submit descriptions of each entry for *in camera* review.

| Date | Timekeeper | Title | Law School Graduation Year | Hours | Local Rate | Local Billed |
|------|-----------|-------|---------------------------|-------|-----------|--------------|
| 11/1/2024 | Hochstadt, Eric | Partner | 2003 | 9 | $750 | $6,750.00 |
| 12/20/2024 | Hochstadt, Eric | Partner | 2003 | 9 | $750 | $6,750.00 |
| 1/24/2025 | Hochstadt, Eric | Partner | 2003 | 9.5 | $750 | $7,125.00 |

| 10/15/2024 | Liegel, Brian | Counsel | 2015 | 1.5 | $695 | $1,042.50 |
|---|---|---|---|---|---|---|
| 10/16/2024 | Liegel, Brian | Counsel | 2015 | 1.3 | $695 | $903.50 |
| 10/18/2024 | Liegel, Brian | Counsel | 2015 | 1.7 | $695 | $1,181.50 |
| 11/19/2024 | Liegel, Brian | Counsel | 2015 | 1.4 | $695 | $973.00 |
| 11/21/2024 | Liegel, Brian | Counsel | 2015 | 1.4 | $695 | $973.00 |
| 11/22/2024 | Liegel, Brian | Counsel | 2015 | 8.9 | $695 | $6,185.50 |
| 1/9/2025 | Liegel, Brian | Partner | 2015 | 8.3 | $695 | $5,768.50 |
| 1/16/2025 | Liegel, Brian | Partner | 2015 | 6.9 | $695 | $4,795.50 |
| 1/28/2025 | Liegel, Brian | Partner | 2015 | 1.2 | $695 | $834.00 |
| 2/17/2025 | Liegel, Brian | Partner | 2015 | 1.6 | $695 | $1,112.00 |
| 2/20/2025 | Liegel, Brian | Partner | 2015 | 2.7 | $695 | $1,876.50 |
| 2/21/2025 | Liegel, Brian | Partner | 2015 | 7.5 | $695 | $5,212.50 |
| 3/21/2025 | Liegel, Brian | Partner | 2015 | 8.1 | $695 | $5,629.50 |
| 4/2/2025 | Liegel, Brian | Partner | 2015 | 10.1 | $695 | $7,019.50 |
| 4/11/2025 | Liegel, Brian | Partner | 2015 | 8 | $695 | $5,560.00 |
| 10/22/2024 | MacBride, Morgan | Counsel | 2014 | 1.7 | $695 | $1,181.50 |
| 10/28/2024 | MacBride, Morgan | Counsel | 2014 | 2.3 | $695 | $1,598.50 |
| 11/1/2024 | MacBride, Morgan | Counsel | 2014 | 8.3 | $695 | $5,768.50 |

| 12/20/2024 | MacBride, Morgan | Counsel | 2014 | 8.9 | $695 | $6,185.50 |
|---|---|---|---|---|---|---|
| 1/24/2025 | MacBride, Morgan | Counsel | 2014 | 9.9 | $695 | $6,880.50 |
| 1/30/2025 | MacBride, Morgan | Counsel | 2014 | 7.4 | $695 | $5,143.00 |
| 4/10/2025 | MacBride, Morgan | Counsel | 2014 | 6.9 | $695 | $4,795.50 |
| 10/17/2024 | Baquet, Daniel | Associate | 2020 | 2.6 | $585 | $1,521.00 |
| 12/9/2024 | Baquet, Daniel | Associate | 2020 | 2.4 | $585 | $1,404.00 |
| 12/11/2024 | Baquet, Daniel | Associate | 2020 | 3.4 | $585 | $1,989.00 |
| 12/12/2024 | Baquet, Daniel | Associate | 2020 | 2.3 | $585 | $1,345.50 |
| 12/16/2024 | Baquet, Daniel | Associate | 2020 | 3.8 | $585 | $2,223.00 |
| 12/17/2024 | Baquet, Daniel | Associate | 2020 | 4.3 | $585 | $2,515.50 |
| 12/18/2024 | Baquet, Daniel | Associate | 2020 | 6.8 | $585 | $3,978.00 |
| 12/19/2024 | Baquet, Daniel | Associate | 2020 | 3.1 | $585 | $1,813.50 |
| 12/20/2024 | Baquet, Daniel | Associate | 2020 | 7.2 | $585 | $4,212.00 |
| 12/30/2024 | Baquet, Daniel | Associate | 2020 | 2.7 | $585 | $1,579.50 |
| 12/31/2024 | Baquet, Daniel | Associate | 2020 | 3.9 | $585 | $2,281.50 |
| 1/10/2025 | Baquet, Daniel | Associate | 2020 | 2.8 | $585 | $1,638.00 |
| 1/13/2025 | Baquet, Daniel | Associate | 2020 | 2.6 | $585 | $1,521.00 |
| 2/3/2025 | Baquet, Daniel | Associate | 2020 | 1.4 | $585 | $819.00 |

| 2/7/2025 | Baquet, Daniel | Associate | 2020 | 2.3 | $585 | $1,345.50 |
|---|---|---|---|---|---|---|
| 2/8/2025 | Baquet, Daniel | Associate | 2020 | 1.5 | $585 | $877.50 |
| 2/13/2025 | Baquet, Daniel | Associate | 2020 | 2.6 | $585 | $1,521.00 |
| 2/14/2025 | Baquet, Daniel | Associate | 2020 | 3.9 | $585 | $2,281.50 |
| 2/18/2025 | Baquet, Daniel | Associate | 2020 | 8.8 | $585 | $5,148.00 |
| 2/20/2025 | Baquet, Daniel | Associate | 2020 | 4 | $585 | $2,340.00 |
| 2/21/2025 | Baquet, Daniel | Associate | 2020 | 7.3 | $585 | $4,270.50 |
| 2/18/2025 | Buggs, Kathryn | Associate | 2023 | 3.6 | $445 | $1,602.00 |
| 2/19/2025 | Buggs, Kathryn | Associate | 2023 | 3.3 | $445 | $1,468.50 |
| 2/20/2025 | Buggs, Kathryn | Associate | 2023 | 2.5 | $445 | $1,112.50 |
| 2/21/2025 | Buggs, Kathryn | Associate | 2023 | 1.3 | $445 | $578.50 |
| 2/25/2025 | Buggs, Kathryn | Associate | 2023 | 4.4 | $445 | $1,958.00 |
| 2/26/2025 | Buggs, Kathryn | Associate | 2023 | 2.2 | $445 | $979.00 |

6.      **Reasonableness of Fees.**  In my experience, the time incurred by Weil, Gotshal & Manges in connection with the depositions was reasonable given the professional qualifications of the billers as evidenced above and the important issues presented in this nationwide antitrust case. This amount represents *only* the time spent by Weil attorneys on the day of each deposition and time spent drafting deposition outlines, and does not include time spent during separate witness preparation sessions or reviewing documents to prepare for deposition.

In addition, Apple is requesting hourly rates for attorneys that are reasonable based on

prevailing rates in this District, and which represent an amount less than the actual amount of attorneys' fees Apple incurred for the work on these Motions.  In connection with this fee motion, Apple is seeking only a portion of the fees for Weil attorneys based on rates that would be charged by Orrick, Herrington & Sutcliffe, Apple's local counsel in this litigation. Additionally, as explained in the Declaration of Brian Fanning, previously submitted in connection with the prior Motion for Attorneys' Fees, Dkt. 210, I understand that these rates are consistent with those charged by Davis Wright Tremaine, Amazon's local counsel in this litigation, and further supported by a market survey of the Puget Sound area legal marketplace. I also understand that these rates are consistent with those that have been approved in this District in other large litigations.

7.    **Costs.**  In connection with defending this litigation, Weil also incurred the following costs relating to court reporter and deposition videographer services, as well as a process server for third party subpoenas, which were then charged to Apple at cost.

| Date | Payee | Description | Amount |
|------|-------|-------------|--------|
| 9/19/2024 | Capitol Process Services, Inc. | Process Service | $125.00 |
| 9/19/2024 | Capitol Process Services, Inc. | Process Service | $182.37 |
| 9/19/2024 | Capitol Process Services, Inc. | Process Service | $300.00 |
| 9/19/2024 | Capitol Process Services, Inc. | Process Service | $262.00 |
| 10/14/2024 | Capitol Process Services, Inc. | Process Service | $158.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $508.50 |

| | | | |
|---|---|---|---|
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/25/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 10/31/2024 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 11/5/2024 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 11/5/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 11/5/2024 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 11/5/2024 | Capitol Process Services, Inc. | Process Service | $281.25 |
| 11/13/2024 | Capitol Process Services, Inc. | Process Service | $258.75 |
| 11/26/2024 | Capitol Process Services, Inc. | Process Service | $358.75 |
| 11/26/2024 | Capitol Process Services, Inc. | Process Service | $508.50 |
| 11/26/2024 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 11/26/2024 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 11/27/2024 | Capitol Process Services, Inc. | Process Service | $308.50 |
| 11/27/2024 | Capitol Process Services, Inc. | Process Service | $358.75 |
| 11/27/2024 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 11/27/2024 | Capitol Process Services, Inc. | Process Service | $508.50 |
| 12/20/2024 | Capitol Process Services, Inc. | Process Service | $558.50 |
| 1/8/2025 | Capitol Process Services, Inc. | Process Service | $283.50 |
| 1/16/2025 | Capitol Process Services, Inc. | Process Service | $259.25 |
| 1/22/2025 | Capitol Process Services, Inc. | Process Service | $284.00 |
| 1/25/2025 | Capitol Process Services, Inc. | Process Service | $284.25 |
| 1/27/2025 | Capitol Process Services, Inc. | Process Service | $284.00 |
| 2/19/2025 | Capitol Process Services, Inc. | Process Service | $559.00 |
| 3/8/2025 | Capitol Process Services, Inc. | Process Service | $258.75 |

| | | | |
|---|---|---|---|
| 3/16/2025 | Capitol Process Services, Inc. | Process Service | $283.75 |
| 3/19/2025 | Capitol Process Services, Inc. | Process Service | $283.50 |
| 3/27/2025 | Capitol Process Services, Inc. | Process Service | $258.50 |
| 4/23/2025 | Capitol Process Services, Inc. | Process Service | $233.75 |
| 11/19/2024 | Veritext, LLC | Court Reporting | $2,763.35 |
| 11/27/2024 | Veritext, LLC | Court Reporting | $2,734.54 |
| 12/31/2024 | Veritext, LLC | Court Reporting | $3,190.63 |
| 1/27/2025 | Veritext, LLC | Court Reporting | $1,089.79 |
| 1/29/2025 | Veritext, LLC | Court Reporting | $1,038.81 |
| 2/11/2025 | Veritext, LLC | Court Reporting | $1,640.37 |
| 2/17/2025 | Veritext, LLC | Court Reporting | $858.79 |
| 2/28/2025 | Veritext, LLC | Court Reporting | $5,109.48 |
| 3/10/2025 | Veritext, LLC | Court Reporting | $698.82 |
| 3/12/2025 | Veritext, LLC | Court Reporting | $681.24 |
| 4/7/2025 | Veritext, LLC | Court Reporting | $1,349.50 |
| 4/18/2025 | Veritext, LLC | Court Reporting | $961.87 |
| 4/23/2025 | Veritext, LLC | Court Reporting | $1,784.48 |
| 4/25/2025 | Veritext, LLC | Court Reporting | $1,665.02 |
| 2/17/2025 | Veritext, LLC | Video/Deposition Tapes | $88.00 |
| 3/5/2025 | Veritext, LLC | Video/Deposition Tapes | $839.74 |
| 3/12/2025 | Veritext, LLC | Video/Deposition Tapes | $345.00 |
| 3/24/2025 | Veritext, LLC | Video/Deposition Tapes | $345.00 |

Accordingly, the total amount of costs incurred was $39,396.80. In my experience, this amount is reasonable in that it reflects standard rates charged by a national court reporting service (Veritext) and process server (Capitol Process Services, Inc.). It is also notable that Apple incurred other costs, including for travel and document review, which it is not seeking

1    through this application.

2

3           Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

4    and correct.

5

6           SIGNED this 3rd day of November, 2025

7                                          By: _____

8                                               Brian Liegel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28