The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**DEFENDANTS' NOTICE RE: PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT [DKT. 256]**<br><br>*[CLERK'S ACTION REQUIRED]* |

On October 27, 2025, Hagens Berman filed a motion styled as a "Motion to Alter or Amend Judgment and for Relief Therefrom Pursuant to Rules 59(e) & 60(b)" and noted it for November 17, 2025, 21 days after filing. Dkt. 256. Hagens Berman's motion is noted for the wrong date. The motion asks the Court to reconsider its September 29 order under Federal Rules of Civil Procedure 59(e) and 60(b)(6). Courts in this District apply LCR 7(h) when considering such motions. Fed. R. Civ. P. 83; LCR 7(h). *See, e.g.*, *Banken v. Driscoll*, 2025 WL 3035984, at *1 (W.D. Wash. Oct. 30, 2025) (Evanson, J.) (applying LCR 7(h) when adjudicating Federal Rule 59(e) motion); *Johnson v. Santos*, 2025 WL 1519126, at *1 (W.D. Wash. May 28, 2025) (similar); *Alexander v. Wells Fargo, Bank, N.A.*, 2016 WL 4543229, at *1 (W.D. Wash. Jan. 28,

DEFENDANTS' NOTICE RE: PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT (2:22-CV-01599-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2016 ("Local Rule 7(h) is the functional equivalent of a motion to alter or amend a judgment under Fed. R. Civ. P. 59(e)"). Under LCR 7(h)(2), the motion should have been "noted for consideration the day it [wa]s filed." Defendants thus respectfully ask the Clerk to re-note the motion for October 27, 2025, as a same-day motion.

Defendants' understanding is that no response is due (or permitted) unless requested by the Court, which may resolve Hagens Berman's motion without further briefing. *See* LCR 7(h)(3) ("No response to a motion for reconsideration shall be filed unless requested by the court."); *Johnson*, 2025 WL 1519126, at *1 (denying Rule 59(e) and 60(b) motion without briefing); *Banken*, 2025 WL 3035984, at *1 (same).

Should the Court request a response, however, Defendants would be pleased to explain, among other things, that: (1) Furdek and Ryan's "new evidence" flunks the Rule 59(e) standard several times over; (2) Furdek and Ryan don't even try to satisfy Rule 60(b)(6)'s "extraordinary circumstances" standard, *BLOM Bank SAL v. Honickman*, 605 U.S. 204, 206 (2025); and (3) they can't show any basis for reconsideration because their motion rests on evidence Hagens Berman undisputedly had, but failed to previously bring to the Court's attention, LCR 7(h) (requiring "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence"). Defendants respectfully request 30 days to respond based on these procedural and other deficiencies.

If the Court is inclined to consider the "new" evidence and new expert reports, Defendants respectfully request a conference to discuss an appropriate discovery schedule in advance of their opposition.

DEFENDANTS' NOTICE RE: PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT (2:22-CV-01599-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 5th day of November, 2025.

| | |
|---|---|
| **DAVIS WRIGHT TREMAINE LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| */s/ John Goldmark* | |
| John Goldmark (WSBA No. 40980) | */s/ Mark S. Parris* |
| MaryAnn Almeida (WSBA No. 49086) | Mark S. Parris (WSBA No. 18370) |
| Emily Parsons (WSBA No. 57061) | 401 Union Street, Suite 3300 |
| 920 Fifth Avenue, Suite 3300 | Seattle, WA 98101 |
| Seattle, Washington, 98104 | Telephone: (206) 839-4300 |
| Telephone: (206) 622-3150 | mparris@orrick.com |
| johngoldmark@dwt.com | |
| maryannalmeida@dwt.com | Eric Hochstadt (*pro hac vice*) |
| emailyparsons@dwt.com | 51 West 52nd Street |
| | New York, NY 10019 |
| **SIDLEY AUSTIN LLP** | Telephone: (212) 506-5000 |
| | ehochstadt@orrick.com |
| */s/ Benjamin M. Mundel* | |
| Mark D. Hopson (*pro hac vice*) | **O'MELVENY & MYERS LLP** |
| Benjamin M. Mundel (*pro hac vice*) | |
| Jacqueline E. Fradette (*pro hac vice*) | */s/ Anna T. Pletcher* |
| 1501 K Street, N.W. | Anna T. Pletcher (*pro hac vice*) |
| Washington, D.C. 20005 | Two Embarcadero Center |
| Telephone: (202) 736-8000 | San Francisco, CA 94111 |
| mhopson@sidley.com | Telephone: (415) 984-8700 |
| bmundel@sidley.com | apletcher@omm.com |
| jfradette@sidley.com | |
| | Benjamin Bradshaw (*pro hac vice*) |
| *Attorneys for Amazon.com, Inc.* | Sergei Zaslavsky (*pro hac vice*) |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 383-5300 |
| | bbradshaw@omm.com |
| | szaslavsky@omm.com |
| | |
| | *Attorneys for Apple Inc.* |

DEFENDANTS' NOTICE RE: PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT (2:22-CV-01599-KKE) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax