UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., | CASE NO. C22-1599-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court STAYS briefing on Plaintiffs' motion for *in camera* review of material submitted in support of Plaintiffs' Rule 59/60 motion. Dkt. No. 261. The Court will re-note the motion for *in camera* review after resolving the discovery issue discussed in a previous order. *See* Dkt. No. 273.

Dated this 12th day of November, 2025.

Ravi Subramanian
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1