The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and APPLE INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME** |

## **STIPULATED MOTION**

Plaintiffs Jolene Furdek and Jonathan Ryan and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their counsel, stipulate as follows:

1.　On Monday, November 10, 2025, the Court ordered the Parties to file a joint discovery dispute statement by Friday, November 14, 2025, identifying the scope of discovery Defendants request related to Plaintiffs' Rule 59/60 motion and Plaintiffs' position on providing it. *See* ECF No. 273 at 2.

2.　The Parties believe that there is good cause for a modest extension of the November 14th deadline to permit them to meet and confer meaningfully about Defendants' discovery requests before filing the discovery dispute statement, particularly in light of the

federal holiday on November 11, 2025. The Parties hope that a modest extension will conserve judicial resources and promote efficiency by potentially narrowing the areas of dispute to be presented to the Court.

3. Therefore, the Parties agree and stipulate that the deadline for the Parties to file a joint discovery dispute statement be extended by two business days, from Friday, November 14, 2025, to Tuesday, November 18, 2025.

STIPULATED to and JOINTLY submitted this 13th day of November, 2025.

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Steve W. Berman*
   Steve W. Berman (WSBA No. 12536)
By /s/ *Theodore Wojcik*
   Theodore Wojcik (WSBA No. 55553)
By /s/ *Meredith Simons*
   Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com
merediths@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND
ORDER EXTENDING TIME – 2
(CASE NO. 2:22-CV-01599-KKE)

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
John Goldmark, WSBA #40980
MaryAnn Almeida, WSBA #49086
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: 206-757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com


SIDLEY AUSTIN LLP

By: */s/ Benjamin M. Mundel*
Benjamin M. Mundel (pro hac vice)
Jacquelyn Fradette (pro hac vice)
Mark D. Hopson (pro hac vice)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Washington, D.C. 20005
Telephone: (202) 736-8000
bmundel@sidley.com
jfradette@sidley.com
mhopson@sidley.com

*Attorneys for Amazon.com, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Mark S. Parris*
Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

Eric Hochstadt (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
ehochstadt@orrick.com

O'MELVENY & MYERS LLP

By: */s/ Anna Pletcher*
Anna Pletcher (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8994
apletcher@omm.com

STIPULATED MOTION AND
ORDER EXTENDING TIME – 3
(CASE NO. 2:22-CV-01599-KKE)

1
2  Benjamin Bradshaw (*pro hac vice*)
   Sergei Zaslavsky (*pro hac vice*)
3  1625 Eye Street N.W.
   Washington, DC 20006
4  Telephone: (202) 383-5300
   bbradshaw@omm.com
5  szaslavsky@omm.com

6  *Attorneys for Apple Inc.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND
ORDER EXTENDING TIME – 4
(CASE NO. 2:22-CV-01599-KKE)

**ORDER**

The parties' stipulated motion is GRANTED. Dkt. No. 275. The parties' deadline to file a joint statement (Dkt. No. 273) is extended to November 18, 2025.

Dated this 13th day of November, 2025.

_____
Kymberly K. Evanson
United States District Judge