The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, on behalf of himself and all others similarly situated, | Case No. 2:22-cv-01599-KKE |
| Plaintiff(s), | **STIPULATED MOTION AND [PROPOSED] ORDER TO STAY BRIEFING DEADLINES** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation, | **NOTE ON MOTION CALENDAR:** November 24, 2025 |
| Defendants. | |

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

Plaintiffs[1] Jolene Furdek and Jonathan Ryan (together, "Plaintiffs") and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and with Plaintiffs, "the Parties"), by and through counsel, stipulate as follows:

1. On September 29, 2025, the Court granted Apple Inc.'s Motion for Reconsideration and entered judgment in this action. *See* ECF Nos. 250, 251.

2. On October 24, 2025, the Court entered an Order granting a stipulation extending the deadline for Defendants' Motion(s) for Fees and Motion(s) for Costs to November 3, 2025. *See* ECF No. 255. In the same Order, the Court extended the deadline for Plaintiffs' Opposition(s) to Defendants' Motion(s) for Fees and Motion(s) for Costs to December 2, 2025, and extended Defendants' Replies to these motions to December 8, 2025. *Id.*

3. On October 27, 2025, Plaintiffs filed a Motion to Alter Judgment and for Relief Therefrom Pursuant to Rules 59(e) and 60(b) ("Rule 59/60 Motion"). *See* ECF No. 256.

4. On November 3, 2025, Defendants filed a Joint Motion for Attorneys' Fees and Costs. *See* ECF No. 262.

5. On November 5, 2025, Defendants filed a Notice regarding Plaintiffs' Rule 59/60 Motion, requesting a conference to discuss an appropriate discovery schedule in advance of their opposition. *See* ECF No. 271.

6. On November 10, 2025, the Court issued an Order staying the briefing of Plaintiffs' Rule 59/60 Motion until the Court could resolve the discovery issue outlined in Defendants' Notice. *See* ECF No. 273. The Court requested that parties file a joint discovery statement.

7. On November 18, 2025, the Parties filed a Joint Discovery Dispute Statement, outlining positions on discovery related to Plaintiffs' Rule 59/60 Motion. *See* ECF No. 277.

---

[1] Defendants do not stipulate that either Jolene Furdek or Jonathan Ryan are properly considered Plaintiffs in this matter, but accept this characterization for purposes of this stipulation.

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

8. The Parties believe that there is good cause to stay the briefing deadlines for Defendants' Motions for Fees and Costs until resolution of Plaintiffs' Rule 59/60 Motion. Good cause exists because the disposition of Plaintiffs' Rule 59/60 Motion would likely inform the Court's consideration of Defendants' Motions for Fees and Costs. Defendants may also wish to amend their Motions for Fees and Costs pending the outcome of Plaintiffs' Rule 59/60 Motion.[2]

9. The Parties stipulate to staying all briefing deadlines for Defendants' Motions for Fees and Costs, subject to the Court's approval, which currently include:

| Event | Current Deadline |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion for Fees | December 2, 2025 |
| Plaintiffs' Opposition to Defendants' Motion for Costs | December 2, 2025 |
| Defendants' Reply or Replies in Support of their Motion for Fees | December 8, 2025 |
| Defendants' Reply or Replies in Support of their Motion for Costs | December 8, 2025 |

10. Within seven days of the entry of a final decision and order on Plaintiffs' Rule 59/60 Motion, the Parties will meet and confer and, within the same seven day period, submit a proposed schedule to the Court for completing briefing on Defendants' Motions for Fees and Costs (either stipulated or through joint submission if contested).

11. STIPULATED to and JOINTLY submitted this 24th day of November 2025.

---

[2] Plaintiffs do not currently stipulate to the permissibility of Defendants amending their Motions for Fees and Costs in such a manner, but do not object to staying the deadlines and will confer with Defendants to determine whether agreement can be reached on procedures for further briefing.

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300

| | |
|---|---|
| **HAGENS BERMAN SOBEL SHAPIRO LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| /s/ *Steve W. Berman* <br> Steve W. Berman (WSBA No. 12536) <br> /s/ *Theodora Wojcik* <br> Theodora Wojcik (WSBA No. 55553) <br> /s/ *Meredith Simons* <br> Meredith Simons (WSBA No. 62622) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone:  (206) 623-7292 <br> Facsimile:   (206) 623-0594 <br> steve@hbsslaw.com <br> tedw@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Ben Harrington (pro hac vice) <br> Benjamin J. Siegel (pro hac vice) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> benh@hbsslaw.com <br> bens@hbsslaw.com <br><br> *Attorneys for Plaintiffs and the Proposed Class* | /s/ *Mark S. Parris* <br> Mark S. Parris (WSBA No. 18370) <br> mparris@orrick.com <br> 401 Union Street, Suite 3300 <br> Seattle, WA 98101 <br> Telephone:  +1 206 839 4300 <br> Facsimile:  +1 206 839 4301 <br><br> Eric Hochstadt (admitted *pro hac vice*) <br> ehochstadt@orrick.com <br> 51 West 52nd Street <br> New York, NY 10019 <br> Telephone: +1 212 506 5000 <br> Facsimile: +1 212 506 5151 <br><br> **O'MELVENY & MYERS LLP** <br><br> /s/ *Anna T. Pletcher* <br> Anna T. Pletcher (admitted *pro hac vice*) <br> apletcher@omm.com <br> Two Embarcadero Center <br> San Francisco, CA 94111 <br> Telephone: +1 415 984 8700 <br> Facsimile: +1 415 984 8701 <br><br> Benjamin Bradshaw (admitted *pro hac vice*) <br> bbradshaw@omm.com <br> Sergei Zaslavsky (admitted *pro hac vice*) <br> szaslavsky@omm.com <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Telephone: +1 202 383 5300 <br> Facsimile: +1 202 383 5414 <br><br> *Attorneys for Apple Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**DAVIS WRIGHT TREMAINE**

/s/ *John Goldmakr*
John Goldmark (WSBA No. 40980)
MaryAnn Almeida (WSBA No. 49086)
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com

**SIDLEY AUSTIN**

/s/ *Benjamin M. Mundel*
Benjamin M. Mundel (admitted *pro hac vice*)
Mark D. Hopson (admitted *pro hac vice*)
Jacqueline E. Fradette (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
jfradette@sidley.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

4

ORRICK, HERRINGTON &
SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON  98101-2668
+1 206 839 4300

## [PROPOSED] ORDER

The Court finds good cause exists and hereby **GRANTS** the Parties' Stipulated Motion To Stay Briefing Deadlines. Deadlines for briefing on Defendants' Motion(s) for Fees and Costs are STAYED, including:

- Plaintiffs' Opposition(s) to Defendants' Motion for Fees and Motion for Costs
- Defendants' Reply or Replies in Support of their Motion for Fees and Motion for Costs

Within seven days of the entry of a final decision and order on Plaintiffs' Rule 59/60 Motion, the Parties shall meet and confer and, within the same seven day period, submit a proposed schedule to the Court for completing briefing on Defendants' Motions for Fees and Costs (either stipulated or through joint submission if contested).

**SO ORDERED.**

Dated: _____

_____
The Honorable Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

STIPULATED MOT. TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

5

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 UNION STREET, SUITE 3300
SEATTLE, WASHINGTON 98101-2668
+1 206 839 4300