The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM., INC., and APPLE INC.,<br><br>Defendants. | Case No.: 2:22-cv-01599-KKE<br><br>NOTICE OF LIMITED APPEARANCE FOR PLAINTIFFS' POST-JUDGMENT PROCEEDINGS<br><br>***(Clerk's Action Required)*** |

PLEASE TAKE NOTICE that David J. Elkanich of Buchalter, A Professional Corporation, hereby enters a limited appearance for Plaintiffs for post-judgment briefing and proceedings in the above-captioned matter. Hagens Berman Sobol Shapiro LLP remains as counsel for Plaintiffs. Mr. Elkanich hereby requests that he be included in all further pleadings, notices, documents, or other papers herein, exclusive of original process, be served upon the undersigned attorneys of record at the address listed below.

/ / /

/ / /

/ / /

/ / /

NOTICE OF LIMITED APPEARANCE FOR PLAINTIFFS' POST-JUDGMENT PROCEEDINGS- 1
Case No.: 2:22-cv-01599-KKE

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: 206-319-7052

1    DATED this 1st day of December, 2025.

BUCHALTER
A Professional Corporation

*s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956
Email: delkanich@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Phone: 206-319-7052

*Attorneys for Plaintiffs*

NOTICE OF LIMITED APPEARANCE FOR PLAINTIFFS' POST-JUDGMENT PROCEEDINGS- 2
Case No.: 2:22-cv-01599-KKE

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: 206-319-7052

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF LIMITED APPEARANCE FOR PLAINTIFFS' POST-JUDGMENT PROCEEDINGS by the method(s) indicated on the date set forth below on the following parties:

| | |
|---|---|
| Steve W. Berman (WSBA No. 12536)<br>Theodore Wojcik (WSBA No. 55553)<br>Meredith Simons (WSBA No. 62622)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>tedw@hbsslaw.com<br>merediths@hbsslaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | Ben Harrington (*pro hac vice*)<br>Benjamin J. Siegel (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>benh@hbsslaw.com<br>bens@hbsslaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |
| John Goldmark (WSBA No. 40980)<br>MaryAnn Almeida (WSBA No. 49086)<br>**DAVIS WRIGHT TREMAINE**<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA, 98104<br>Phone: (206) 622-3150<br>johngoldmark@dwt.com<br>maryannalmeida@dwt.com<br><br>*Attorneys for Amazon.com, Inc.* | Mark D. Hopson (pro hac vice)<br>Benjamin M. Mundel (pro hac vice)<br>Jacqueline E. Fradette (pro hac vice)<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 736-8000<br>mhopson@sidley.com<br>bmundel@sidley.com<br>jfradette@sidley.com<br><br>*Attorneys for Amazon.com, Inc.* |

CERTIFICATE OF SERVICE - 1

BUCHALTER
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101
Telephone:  206-319-7052

| | |
|---|---|
| Mark S. Parris (WSBA No. 18370)<br>401 Union Street, Suite 3300<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Seattle, WA 98101<br>Phone: (206) 839-4300<br>mparris@orrick.com<br><br>Eric Hochstadt<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019<br>Phone: (212) 506-5000<br>ehochstadt@orrick.com<br><br>*Attorneys for Apple Inc.* | Anna T. Pletcher (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center<br>San Francisco, CA 94111<br>Phone: (415) 984-8700<br>apletcher@omm.com<br><br>Benjamin Bradshaw (*pro hac vice*)<br>Sergei Zaslavsky (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Phone: (202) 383-5300<br>bbradshaw@omm.com<br>szaslavsky@omm.com<br><br>*Attorneys for Apple Inc.* |

by ☐ mailing; ☒ e-mailing; ☒ CM/ECF electronic service at the party's email address as recorded on the date of service in the court's eFiling system.

DATED this 1st day of December, 2025.

*s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956

CERTIFICATE OF SERVICE - 1