UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al.,<br><br>                Plaintiff(s),<br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>                Defendant(s). | CASE NO. C22-1599-KKE<br><br>ORDER ON JOINT DISCOVERY DISPUTE STATEMENT |

      The parties filed a joint statement on a discovery dispute, and the Court held a conference to discuss the matter on December 2, 2025. Dkt. Nos. 277, 278, 282. As explained during the conference, the Court ORDERS Plaintiffs to produce to Defendants all written communications listed on the privilege log (Dkt. No. 174) that were provided to Plaintiffs' experts. *See* Fed. R. Civ. P. 26(a)(2)(B). By providing these communications to their experts, Plaintiffs waived the privilege that previously protected them. *See, e.g.*, *PacifiCorp v. Nw. Pipeline GP*, 879 F. Supp. 2d 1171, 1214–15 (D. Or. 2012) (granting a motion to compel "all documents generated or seen by" non-reporting expert witnesses that relate to the subject of their expert opinions, because the designation of them as experts waives "all applicable privileges and protections for items they considered that relate to the topic of their testimony").

ORDER ON JOINT DISCOVERY DISPUTE STATEMENT - 1

Defendants must provide these communications no later than December 5, 2025. Because they are no longer privileged, the Court will not impose the restrictions requested by Plaintiffs on their use or treatment. *See* Dkt. No. 277 at 4.

No later than December 12, 2025, the parties shall meet and confer regarding the need for depositions and any impact on a briefing schedule for Plaintiffs' Rule 59/60 motion (Dkt. No. 256) and file a joint status report and/or a stipulated motion for a scheduling order.

Dated this 2nd day of December, 2025.

Kymberly K. Evanson
United States District Judge