The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STEVEN FLOYD, et al., individually and on behalf of all other similarly situated,

Plaintiff,

v.

AMAZON.COM INC. and APPLE INC.,

Defendants.

Case No. 2:22-cv-01599 KKE

**SUPPLEMENTAL DECLARATION OF MARK S. PARRIS IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES**

I, Mark S. Parris, hereby declare as follows:

1.    I am a partner at Orrick, Herrington & Sutcliffe LLP ("Orrick"), local counsel for Apple Inc. ("Apple") in this action. I am over the age of 18 and competent to testify to the facts below.

2.    This declaration supplements and amends my November 3, 2025 declaration in support of Apple's motion for costs and attorneys' fees (Dkt. 267) based on the Court's November 17, 2025 directive on the docket to specify all costs and provide invoices for all requested charges.

3.    This supplemental declaration and attachments provide additional documentation regarding costs incurred by Apple during this litigation for court reporter and deposition services, court hearing transcript fees, and process server fees for third-party subpoenas.

PARRIS SUPPLEMENTAL DECLARATION
IN SUPPORT OF DEFENDANTS' MOTION
FOR COSTS AND ATTORNEYS'
FEES: 2:22-cv-01599 KKE

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

4.    Attached as **Exhibit A** are the following invoices for court reporting and hearing transcript services in this matter:

| Costs | | | |
|-------|--|--|--|
| **Date** | **Vendor/Cost** | **Billed Amount** | **Reimbursement Amt** |
| 11/14/2023 | Sheri Schelbert, Court Reporter Hearing Transcript | $240.00 | $240.00 |
| 05/07/2024 | Nancy Bauer, Court Reporter Hearing Transcript | $288.90 | $288.90 |
| 08/09/2024 | Debbie Zurn, Court Reporter | $372.00 | $372.00 |
| 11/18/2024 | Marci Chatelain, Court Reporter Hearing Transcript | $204.75 | $204.75 |
| 02/07/2025 | Nancy Bauer, Court Reporter Hearing Transcript | $234.00 | $234.00 |
| 04/23/2025 | Veritext, LLC Deposition Transcript – Douglas Beck | $3,279.01 | $3,279.01 |
| 06/17/2025 | Debbie Zurn, Court Reporter Hearing Transcript | $181.35 | $181.35 |
| **Total** | | | **$4,800.01** |

5.    Attached as **Exhibit B** are the following invoices for process servers for third-party subpoenas:

| Costs | | | |
|-------|--|--|--|
| **Date** | **Vendor/Cost** | **Billed Amount** | **Reimbursement Amt** |
| 09/09/2024 | Brandywine Process Servers Serve Ingram Micro | $325.00 | $325.00 |
| 09/16/2024 | Court Support Inc. Serve Datavision | $374.60 | $374.60 |
| 09/19/2024 | USA Legal Network Serve Counterpoint | $219.80 | $219.80 |
| 9/19/2024 | Brandywine Process Servers Serve Stackline d/b/a Fuelcomm | $108.00 | $108.00 |
| 10/03/2024 | Court Support Inc. Serve Adorama and Datavision | $911.52 | $911.52 |
| 10/08/2024 | Brandywine Process Servers Serve Ingram Micro | $148.00 | $148.00 |
| 10/08/2024 | Brandywine Process Servers Serve Stackline | $207.00 | $207.00 |

| 12/02/2024 | Washington Legal Messengers, Inc. Serve Canalys.com | $434.60 | $434.40 |
| 04/02/2025 | USA Legal Network Serve Counterpoint | $221.00 | $221.00 |
| 04/03/2025 | Court Support Inc. Serve Datavision and Adorama | $544.40 | $544.40 |
| **Total** | | | **$3,493.72** |

6.      Attached as **Exhibit C** is the following invoice for a court fee related to a motion to compel related to a third-party subpoena:

| Costs | | | |
|---|---|---|---|
| Date | Vendor/Cost | Billed Amount | Reimbursement Amt |
| 03/25/2025 | USDC, District of Columbia Court Filing Fee – Motion to Compel | $52.00 | $52.00 |
| **Total** | | | **$52.00** |

7.      The costs associated with this case and included in **Exhibits A, B, and C** were necessary and related to this case. They include court fees, deposition and hearing transcription fees, and process service fees. The total requested costs ($8,345.73) are lower than the $9,007.93 requested in my November 3 declaration. Apple withdraws its request to recover the cost of *pro hac vice* applications.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED this 3rd day of December, 2025, in Seattle, Washington

By: */s/Mark S. Parris*_____
     Mark S. Parris

PARRIS SUPPLEMENTAL DECLARATION
IN SUPPORT OF DEFENDANTS' MOTION
FOR COSTS AND ATTORNEYS'
FEES:  2:22-cv-01599 KKE

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

# EXHIBIT A

# EXHIBIT A

| Costs | | | |
|---|---|---|---|
| **Date** | **Vendor/Cost** | **Billed Amount** | **Reimbursement Amt** |
| 11/14/2023 | Sheri Schelbert, Court Reporter<br>Hearing Transcript | $240.00 | $176.00 |
| 05/07/2024 | Nancy Bauer, Court Reporter<br>Hearing Transcript | $288.90 | $237.60 |
| 08/09/2024 | Debbie Zurn, Court Reporter | $372.00 | $272.80 |
| 11/18/2024 | Marci Chatelain, Court Reporter<br>Hearing Transcript | $204.75 | $154.00 |
| 02/07/2025 | Nancy Bauer, Court Reporter<br>Hearing Transcript | $234.00 | $176.00 |
| 04/23/2025 | Veritext, LLC<br>Deposition Transcript – Douglas Beck | $3,279.01 | $3,279.01 |
| 2025 06 17 | Debbie Zurn, Court Reporter<br>Hearing Transcript | $181.35 | $136.40 |
| **Total** | | | **$4,431.81** |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Western District of Washington

Invoice No.: 20250813

Leslie Peterson
Orrick Herrington & Sutcliffe
701 Fifth Avenue
Suite 5600
Seattle, WA 98104

**MAKE CHECKS PAYABLE TO:**

Debbie Zurn
RMR, CRR, CBC
700 Stewart Street
Suite 17205
Seattle, WA 98101
(206) 370-8504
debbie_zurn@wawd.uscourts.gov
Tax ID: ▓▓▓▓▓▓

| | | |
|---|---|---|
| __ CRIMINAL    X CIVIL | DATE ORDERED: 06-17-2025 | DATE DELIVERED: 06-23-2025 |

In the matter of: C22-1599-KKE, Floyd v Amazon.com

Reporter's Transcript of Proceedings, hearing held 6/16/25

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 31 | 5.85 | 181.35 | | | | | | | 181.35 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 181.35 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 181.35 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Debbie Zurn | DATE: 06-17-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Western District of Washington

| INVOICE 135 | |
|---|---|

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Leslie Peterson<br>Orrick Herrington & Sutcliffe<br>401 Union St.<br>Suite 3300<br>Seattle, WA 98101 | Sheri L. Schelbert, RMR, CRR<br>Official Court Reporter<br>P.O. Box 1195<br>Tacoma, WA 98401<br>Sheri_Schelbert@wawd.uscourts.gov |

| \_\_ CRIMINAL    ☒ CIVIL | DATE ORDERED:<br>11-14-2023 | DATE DELIVERED:<br>11-17-2023 |
|---|---|---|

**In the matter of:** C22-1599-KKE, Floyd v Amazon

Transcript of proceeding held on 11/8/2023 (3-day)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 40 | 6.00 | 240.00 | | | | | | | 240.00 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 240.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 240.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>s:/Sheri Schelbert | DATE:<br>11-18-2023 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Western District of Washington

INVOICE 20241558

Mark Parris
Orrick, Herrington & Sutcliffe
401 Union Street, Suite 3300
Seattle, WA 98101

**MAKE CHECKS PAYABLE TO:**

Nancy L Bauer, CCR, RPR
Federal Official Court Reporter
1907 1st Avenue, #46
Seattle, WA 98101
(206) 370-8506
nancy_bauer@wawd.uscourts.gov
Tax ID: ████████

| | CRIMINAL | X CIVIL | DATE ORDERED: 05-07-2024 | DATE DELIVERED: 05-13-2024 |
|---|---|---|---|---|

In the matter of: C22-01599-KKE, Floyd v Amazon.com, et al.

April 30, 2024, discovery conference and oral argument, re: motion to amend complaint

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 54 | 5.35 | 288.90 | | | | | | | 288.90 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | | | **Subtotal** | 288.90 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 288.90 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Nancy L. Bauer | DATE: 05-13-2024 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Western District of Washington

INVOICE 20240748

| | |
|---|---|
| Leslie Peterson<br>Orrick Herrington & Sutcliffe<br>701 Fifth Avenue<br>Suite 5600<br>Seattle, WA 98104 | **MAKE CHECKS PAYABLE TO:**<br>Debbie Zurn<br>RMR, CRR, CBC<br>700 Stewart Street<br>Suite 17205<br>Seattle, WA 98101<br>(206) 370-8504<br>debbie_zurn@wawd.uscourts.gov<br>Tax ID: █████████ |

| __ CRIMINAL    X CIVIL | DATE ORDERED:<br>08-09-2024 | DATE DELIVERED:<br>08-12-2024 |
|---|---|---|

**In the matter of:** C22-01599-KKE, Floyd v Amazon

Reporter's Transcript of Proceedings, hearin gheld 8/7/24

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | 62 | 6.00 | 372.00 | | | | | | | 372.00 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 372.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 372.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>**Debbie Zurn** | DATE:<br>08-12-2024 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Western District of Washington

INVOICE 20240226

| | |
|---|---|
| Orrick<br>Seattle, WA | **MAKE CHECKS PAYABLE TO:**<br>MARCI E.C. CHATELAIN, RPR, RMR, CRR, CRC<br>Official Court Reporter<br>7014 62nd Avenue East<br>Puyallup, WA 98371<br>(206) 370-8509<br>marci_chatelain@wawd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL    X CIVIL | DATE ORDERED:  11-18-2024 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** CV22-01599-KKE, Floyd v Amazon.com, Inc., et al.

November 5, 2024 Zoom Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 35 | 5.85 | 204.75 | | | | | | | 204.75 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 204.75 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 204.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>*Marci Chatelain* | DATE:<br>11-18-2024 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Western District of Washington

INVOICE 20251626

| | |
|---|---|
| Aaron Brecher<br>Orrick, Herrington & Sutcliffe<br>401 Union Street, Suite 3300<br>Seattle, WA 98101 | **MAKE CHECKS PAYABLE TO:**<br>Nancy L Bauer, CCR, RPR<br>Federal Official Court Reporter<br>1907 1st Avenue, #46<br>Seattle, WA 98101<br>(206) 370-8506<br>nancy_bauer@wawd.uscourts.gov<br>Tax ID: ███████ |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>02-07-2025 | DATE DELIVERED:<br>02-12-2025 |
|---|---|---|

**In the matter of:** C22-01599, Floyd v Amazon, et al.

February 6, 2025, motions hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 40 | 5.85 | 234.00 | | | | | | | 234.00 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 234.00 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 234.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Nancy L. Bauer | DATE:<br>02-12-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: ████████



| Bill To: | Eric Hochstadt | | |
| --- | --- | --- | --- |
| | Orrick Herrington & Sutcliffe | **Invoice #:** | **8262290** |
| | 51 West 52nd Street | **Invoice Date:** | **4/23/2025** |
| | New York, NY, 10019 | **Balance Due:** | **$3,279.01** |

| **Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 7297825    |    Job Date: 4/11/2025    |    Delivery: Daily

| | |
| --- | --- |
| Location: | New York, NY |
| Billing Atty: | Eric Hochstadt |
| Scheduling Atty: | Benjamin J. Siegel | Hagens Berman Sobol Shapiro, LLP |

| **Witness: Douglas Beck** | **Amount** |
| --- | --- |
| Transcript Services | $2,591.61 |
| Rough Draft | $487.90 |
| Exhibits | $71.50 |
| Logistics, Processing & Electronic Files | $128.00 |

| Notes: | **Invoice Total:** | **$3,279.01** |
| --- | --- | --- |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,279.01** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
| --- | --- | --- |
| Veritext | **A/C Name:**Veritext | **Invoice #:  8262290** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  4/23/2025** |
| Chicago IL 60694-1303 | **Account No:**██3454 **ABA:**██████0288 | **Balance Due:  $3,279.01** |
| Fed. Tax ID: ████████ | **Swift:** ████US44 | |

Pay by Credit Card: www.veritext.com

27168

# EXHIBIT B

# EXHIBIT B

| Costs | | | |
|---|---|---|---|
| **Date** | **Vendor/Cost** | **Billed Amount** | **Reimbursement Amt** |
| 09/09/2024 | Brandywine Process Servers<br>Serve Ingram Micro | $325.00 | $325.00 |
| 09/16/2024 | Court Support Inc.<br>Serve Datavision | $374.60 | $374.60 |
| 09/19/2024 | USA Legal Network<br>Serve Counterpoint | $219.80 | $219.80 |
| 9/19/2024 | Brandywine Process Servers<br>Serve Stackline d/b/a Fuelcomm | $108.00 | $108.00 |
| 10/03/2024 | Court Support Inc.<br>Serve Adorama and Datavision | $911.52 | $911.52 |
| 10/08/2024 | Brandywine Process Servers<br>Serve Ingram Micro | $148.00 | $148.00 |
| 10/08/2024 | Brandywine Process Servers<br>Serve Stackline | $207.00 | $207.00 |
| 12/02/2024 | Washington Legal Messengers, Inc.<br>Serve Canalys.com | $434.60 | $434.40 |
| 04/02/2025 | USA Legal Network<br>Serve Counterpoint | $221.00 | $221.00 |
| 04/03/2025 | Court Support Inc.<br>Serve Datavision and Adorama | $544.40 | $544.40 |
| **Total** | | | **$3,493.72** |

**BRANDYWINE PROCESS SERVERS, LTD.**
PO BOX 1360
Wilmington, DE 19899
+13024752600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
ORRICK
51 W 52ND ST
NEW YORK, NY 10019

**INVOICE #** 17706C
**DATE** 09/09/2024
**DUE DATE** 10/09/2024
**TERMS** Net 30

| DATE | CASE CAPTION | AMOUNT |
|------|--------------|--------|
| 09/09/2024 | STEVEN FLOYD    V    AMAZON.COM | |
| | INGRAM MICRO TO PRODUCE | 89.00 |
| | INGRAM MICRO TO TESTIFY | 59.00 |
| | WITNESS FEE ADVANCED | 108.00 |
| | CHECK ADV FEE | 10.00 |
| | RUSH FEE | 59.00 |
| | C/M 7446-2121 | |

**BALANCE DUE** **$325.00**

TAX ID # ▮▮▮▮▮

# Court Support, Inc.

265 Post Ave #150, Westbury, NY 11590

113629812

Phone 516-742-7455 -- FAX 516-742-7484

service@courtsupportinc.com

Invoice Date: 9/16/2024

Invoice #: 1490091

Orrick, Herrington & Sutcliffe, LLP - NY
51 West 52nd Street
New York, NY 10019-6142

Attn: Lamont Joseph

**TOTAL INVOICE AMOUNT DUE**

$374.60

All payments are due upon receipt of Invoice.

---

**Job #:** 1490091    **Your #:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,
**Case No.** 2:22-cv-01599 KKD
**Documents:** Subpoena to Produce Documents, Information, or Objects

**Recipient:**
DATAVISION C/O JAMES
**Person Served:**
Fernando Velizqus
55 WEST 39TH STREET, NEW YORK, NY 10018

**Date Received:**
9/13/2024
**Completed:**
9/16/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH Service Fee @ 55 W. 39th St., New York, NY | 1 | $248.00 | $248.00 |
| | | Job Total Due = | $248.00 |

---

**Job #:** 1490092    **Your #:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,
**Case No.** 2:22-cv-01599 KKD
**Documents:** Subpoena to Testify at a Deposition in a Civil Action and

**Recipient:**
DATAVISION C/O JAMES
**Person Served:**
Fernando Velizqus
55 WEST 39th street, NEW YORK, NY 10018

**Date Received:**
9/13/2024
**Completed:**
9/16/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service @ Same Location | 1 | $78.00 | $78.00 |
| Witness Fee | 1 | $40.00 | $40.00 |
| Check Handling Fee | 1 | $3.00 | $3.00 |
| Copy Cost | 20 | $0.28 | $5.60 |
| Client File No. | 1 | $0.00 | $0.00 |
| | | Job Total Due = | $126.60 |

---

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$374.60** |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | **$374.60** |

# USA Legal Network

DETAIL OF DELIVERIES

9/16/2024 - 9/30/2024

**Account: 778**          **ORRICK HERRINGTON**

| Date/Time Ticket/Caller Ref/Control | From | To | Charges | Qty | Amt |
|---|---|---|---|---|---|
| 9/19/2024 11:53 AM 1201269 Arvizu-Nelson, Leticia 7446-2121 /23695 2:22-cv-01599 KKD | ORRICK HERRINGTON 405 HOWARD STREET SAN FRANCISCO 94111 United States 9/19/2024 1:56 PM | Counterpoint 3450 Cahuenga Blvd. W 608 LOS ANGELES, CA 90068 BUSINESS United States Sung Kyoon Lee 9/19/2024 1:34 PM | *SPECIAL* LAS – LOS ANGELES SPECIAL SERVE 40 PAGES CHK#23557 CHK CHG | $219.80 SVCPRO $108.00 WIT | 189.00 20.00 108.00 10.80 |

Service of depo/production subpoenas on
Sung Kyoon Lee

Total:  327.80

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | | |
|---|---|---|
| STEVEN FLOYD, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:22-cv-01599 KKD |
| | ) | |
| AMAZON.COM INC. and APPLE INC., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Stackline d/b/a Fuelcomm Inc.

*(Name of person to whom this subpoena is directed)*

&#9635; *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Orrick, Herrington & Sutcliffe LLP | Date and Time: September 30, 2024 at 10:00 am |
|---|---|
| 401 Union Street, Suite 3300, Seattle, WA 98101 | |
| OR Electronically | |

□ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  Sept. 6, 2024

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *M512* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Apple Inc. _____ , who issues or requests this subpoena, are:

Mark Parris, Orrick, Herrington & Sutcliffe LLP, 401 Union St., Suite 3300, Seattle, WA 98101, mparris@orrick.com (206) 839-4300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:22-CV-01599 KKE

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   STACKLINE d/b/a FUELCOMM INC.

on *(date)*  ____09/19/2024____ .

                                                                            STACKLINE

☑ I served the subpoena by delivering a copy to the named individual as follows:   dba FUELCOMM INC.

  C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801

  ACCEPTED: ROBIN HUTT-BANKS (MANAGING AGENT)  on *(date)*   ____09/19/2024____ ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   ____108.00____ .

My fees are $  _____   for travel and $  _____   for services, for a total of $   ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:   ____09/19/2024____

                                                 *Server's signature*

              GILBERT DEL VALLE     PROCESS SERVER

                            *Printed name and title*

              BRANDYWINE PROCESS SERVERS, LTD.
                            PO BOX 1360
                       WILMINGTON, DE 19899
                            302-475-2600

                             *Server's address*

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ON 09/19/2024 AT 10:30 AM

COURT SUPPORT INC.
265 POST AVENUE, SUITE 150
WESTBURY, NY 11590
516-742-7455

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 10/02/24 | Time 13:52:35 |
| Method of Payment | MasterCard | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX6771 | |
| | | |
| Order ID | 1489792 | |
| Approval Code | 087898 | |
| **Amount** | **$911.52** | |

Thank you for your business!

Customer Copy

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590
113629812

Phone 516-**742-7455** -- FAX 516-742-7484
service@courtsupportinc.com



# PAID

Invoice Date: 9/12/2024
Invoice #: 1489789

Orrick, Herrington & Sutcliffe, LLP - NY
51 West 52nd Street
New York, NY 10019-6142

Attn: Lamont Joseph

**TOTAL INVOICE AMOUNT DUE**

$0.00

All payments are due upon receipt of Invoice.

---

**Job #:** 1489789    **Your #:**    **Recipient:** ADORAMA C/O EUGENE    **Date Received:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,    **Person Served:** Aron Schenker    **Completed:** 9/9/2024
**Case No.** 2:22-cv-01599 KKD
**Documents:** Subpoena to Produce Documents, Information, or Objects    42 WEST 18TH STREET, NEW YORK, NY 10011

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH Service Fee @ 42 W. 18th St., New York, NY | 1 | $248.00 | $248.00 |

Job Total Due = $0.00

10/2/2024    Payment Check #    CC    $-248.00

Job Total Recd = -$248.00

---

**Job #:** 1489790    **Your #:**    **Recipient:** ADORAMA C/O EUGENE    **Date Received:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,    **Person Served:** Aron Schenker    **Completed:** 9/9/2024
**Case No.** 2:22-cv-01599 KKD
**Documents:** Subpoena to Testify at a Deposition in a Civil Action and    42 WEST 18TH STREET, NEW YORK, NY 10011

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service @ Same Location | 1 | $78.00 | $78.00 |
| Witness Fee | 1 | $108.00 | $108.00 |
| Check Handling Fee | 1 | $10.00 | $10.00 |

Job Total Due = $0.00

10/2/2024    Payment Check #    CC    $-196.00

Job Total Recd = -$196.00

---

**Page 1**

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590                    Phone 516-742-7455 -- FAX 516-742-7484
113629812                                                                      service@courtsupportinc.com

Invoice For: ORRICK, HERRINGTON & SUTCLIFFE, LLP - NY

**Job #:** 1489791      **Your #:**                  **Recipient:**                       **Date Received:**
**Plaintiff:** STEVEN FLOYD, et al.,              DATAVISION C/O RYAN DAVID
**Defendant:** AMAZON.COM INC. and APPLE INC.,    **Person Served:**               **Completed:**
**Case No.** 2:22-cv-01599 KKD                     Ryan David Martin                    9/10/2024
**Documents:** Subpoena to Produce Documents, Information, or Objects    THE LIMITED LIABILITY COMPANY, 3597 MILBURN AVE.,

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH Service Fee @ 3597 Milburn Ave, Baldwin, NY | 1 | $248.00 | $248.00 |

|  |  | Job Total Due = | $0.00 |
|---|---|---|---|
| 10/2/2024 | Payment Check #    CC |  | $-248.00 |
|  |  | Job Total Recd = | -$248.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Job #:** 1489792      **Your #:**                  **Recipient:**                       **Date Received:**
**Plaintiff:** STEVEN FLOYD, et al.,              DATAVISION C/O RYAN DAVID
**Defendant:** AMAZON.COM INC. and APPLE INC.,    **Person Served:**               **Completed:**
**Case No.** 2:22-cv-01599 KKD                     Ryan David Martin                    9/10/2024
**Documents:** Subpoena to Testify at a Deposition in a Civil Action and    THE LIMITED LIABILITY COMPANY, 3597 MILBURN AVE.,

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service @ Same Location | 1 | $78.00 | $78.00 |
| Witness Fee | 1 | $108.00 | $108.00 |
| Check Handling Fee | 1 | $10.00 | $10.00 |
| Copy Cost | 84 | $0.28 | $23.52 |
| C/M 7446-2121 | 1 | $0.00 | $0.00 |

|  |  | Job Total Due = | $0.00 |
|---|---|---|---|
| 10/2/2024 | Payment Check #    CC |  | $-219.52 |
|  |  | Job Total Recd = | -$219.52 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **TOTAL INVOICE CHARGES:** | **$911.52** |
|---|---|
| **TOTAL INVOICE PAYMENTS:** | **-$911.52** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |

**BRANDYWINE PROCESS SERVERS, LTD.**
PO BOX 1360
Wilmington, DE 19899
+13024752600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
ORRICK
51 W 52ND ST
NEW YORK, NY 10019

**INVOICE #** 18220C
**DATE** 10/08/2024
**DUE DATE** 11/07/2024
**TERMS** Net 30

| DATE | CASE CAPTION | | | AMOUNT |
|------|--------------|---|---|--------|
| 10/08/2024 | STEVEN FLOYD | V | AMAZON.COM INC | |
| | INGRAM MICRO | | | 89.00 |
| | RUSH FEE | | | 59.00 |

BALANCE DUE

**$148.00**

TAX ID # 51-0267938

23

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| STEVEN FLOYD, et al. | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.  2:22-cv-01599 KKD |
| | ) |
| AMAZON.COM INC. and APPLE INC., | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Ingram Micro

*(Name of person to whom this subpoena is directed)*

   ☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Orrick, Herrington & Sutcliffe LLP<br>    2050 Main St.,Suite 1100<br>    Irvine, CA 92614 OR Electronically | Date and Time:  October 21, 2024, 10:00 am |
|---|---|

   ❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  October 7, 2024

          *CLERK OF COURT*

                                         OR

                   *Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
   Apple Inc._____ , who issues or requests this subpoena, are:

Mark Parris, Orrick, Herrington & Sutcliffe LLP, 401 Union St., Suite 3300, Seattle, WA 98101, mparris@orrick.com (206) 839-4300

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    2:22-CV-01599 KKD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    INGRAM MICRO    .

on *(date)*    10/08/2024

☒ I served the subpoena by delivering a copy to the named person as follows:    INGRAM MICRO

C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801

ACCEPTED: ROBIN HUTT-BANKS (MANAGING AGENT) AT 2:45 PM    on *(date)*    10/08/2024    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                    for travel and $                    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    10/08/2024

_____
*Server's signature*

GILBERT DEL VALLE        PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360,
WILMINGTON, DE 19899
_____
*Server's address*

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO
PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A;

**BRANDYWINE PROCESS SERVERS, LTD.**
PO BOX 1360
Wilmington, DE  19899
+13024752600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
ORRICK
51 W 52ND ST
NEW YORK, NY  10019

**INVOICE #** 18014C
**DATE** 09/26/2024
**DUE DATE** 10/26/2024
**TERMS** Net 30

| DATE | CASE CAPTION | AMOUNT |
|---|---|---|
| 09/26/2024 | STEVEN FLOYD     V     AMAZON.COM | |
| | STACKLINE TO PRODUCE | 89.00 |
| | STACKLINE TO TESIFY | 59.00 |
| | RUSH FEE | 59.00 |

BALANCE DUE     **$207.00**

# Washington Legal Messengers, Inc.
## 2225 Fourth Ave Suite B
## Seattle, WA 98121

| DATE | INVOICE # |
|---|---|
| 12/2/2024 | 380733 |

BILL TO:

Orrick Herrington & Sutcliffe LLP
401 Union St, Ste 3300,
Seattle, WA 98101

| Requested By: | Case | | Job # | Client Number |
|---|---|---|---|---|
| Leslie Peterson | Floyd v. Amazon | | | 7446.2121 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rush Out of State Forwarding On:<br>Canalys.com, Inc.<br>C/O Marcy Ryan<br>404 Northwest 10th Avenue, Suite 200<br>Portland, Oregon | | 150.00 | 150.00 |
| Service Fee Of: | | 284.60 | 284.60 |

**TOTAL**   $434.60

USA Legal Network

DETAIL OF DELIVERIES

4/1/2025 - 4/15/2025

| Account:  778 | ORRICK HERRINGTON | | | | |
|---|---|---|---|---|---|
| Date/Time | | | | | |
| Ticket/Caller | | | | | |
| Ref/Control | From | To | Charges | Qty | Amt |
| 4/2/2025 3:12 PM | ORRICK HERRINGTON | Counterpoint | *SPECIAL* | | |
| 1211930 | 405 HOWARD STREET | 3450 Cahuenga Blvd. W. #608 | LAS - LOS | | |
| Christine Kizziah | SAN FRANCISCO 94111 | LOS ANGELES, CA 90068 BUSINESS | ANGELES | | |
| 7446-2121/20355   SVCPRO | United States | United States | SPECIAL | | 189.00 |
| 2:22-cv-01599 KKD | 4/2/2025 10:33 AM | Cindy Choi 4/2/2025 10:27 AM | SERVE | | |
| | | | 34 PAGES | 1.00 | 17.00 |
| | | | MAILING | | 15.00 |
| | Serve production subpoena on Counterpoint | | | Total: | 221.00 |

COURT SUPPORT INC.
265 POST AVENUE, SUITE 150
WESTBURY, NY 11590
516-742-7455

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 06/09/25 | Time 13:41:35 |
| Method of Payment | MasterCard | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX6771 | |

| | |
|---|---|
| Order ID | 1496940 |
| Approval Code | 053026 |
| **Amount** | **$544.40** |

Thank you for your business!

Customer Copy

# COURT SUPPORT, INC.

265 Post Ave #150, Westbury, NY 11590                     Phone 516-**742-7455** -- FAX 516-742-7484
113629812                                                          service@courtsupportinc.com

# PAID

Invoice Date: 4/3/2025
Invoice #: 1496940

Orrick, Herrington & Sutcliffe, LLP - NY
51 West 52nd Street
New York, NY 10019-6142

Attn: Lamont Joseph

**TOTAL INVOICE AMOUNT DUE**

$0.00

All payments are due upon receipt of Invoice.

---

**Job #:** 1496940    **Your #:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,
**Case No.** 2:22-cv-01599 KKD
**Documents:** Attorney Letter dated April 1, 2025 with Copy of Affidavits of

**Recipient:** DATAVISION C/O JAMES
**Person Served:** "John Doe"
55 WEST 39TH STREET, NEW YORK, NY 10018

**Date Received:** 4/1/2025
**Completed:** 4/2/2025

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| MORNING RUSH Service Fee @ 55 W. 39th St., New York, NY | 1 | $268.00 | $268.00 |
| | | Job Total Due = | $0.00 |

6/9/2025    Payment Check #    CC      $-268.00

Job Total Recd =    -$268.00

---

**Job #:** 1496941    **Your #:**
**Plaintiff:** STEVEN FLOYD, et al.,
**Defendant:** AMAZON.COM INC. and APPLE INC.,
**Case No.** 2:22-cv-01599 KKD
**Documents:** Attorney Letter dated April 1, 2025 with Copy of Affidavits of

**Recipient:** ADORAMA C/O EUGENE
**Person Served:** Aron Schenker
42 WEST 18TH STREET, NEW YORK, NY 10011

**Date Received:** 4/1/2025
**Completed:** 4/2/2025

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| MORNING RUSH Service Fee @ 42 W 18th St., New York, NY | 1 | $268.00 | $268.00 |
| Copy Cost | 30 | $0.28 | $8.40 |
| C/M No. 7446-2121 | 1 | $0.00 | $0.00 |
| | | Job Total Due = | $0.00 |

6/9/2025    Payment Check #    CC      $-276.40

Job Total Recd =    -$276.40

---

**TOTAL INVOICE CHARGES:**        **$544.40**
**TOTAL INVOICE PAYMENTS:**        **-$544.40**
**TOTAL INVOICE AMOUNT DUE:**        **$0.00**

# EXHIBIT C

# EXHIBIT C

| Costs | | | |
|---|---|---|---|
| **Date** | **Vendor/Cost** | **Billed Amount** | **Reimbursement Amt** |
| 03/25/2025 | USDC, District of Columbia<br>Court Filing Fee – Motion to Compel | $52.00 | $52.00 |
| **Total** | | | **$52.00** |



March 25, 2025

**Via Drop Box**

Clerk
U.S. District Court for the District of Columbia

Re:    Steven Floyd et al. v. Amazon.com, Inc. and Apple Inc.

Dear Clerk:

**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202

+1 202 339 8400
orrick.com

**Perry Austin**

E  paustin@orrick.com
D  +1 202 339 8528
F  +1 202 339 8500

Enclosed is a $52.00 check for the filing fee for the above-captioned miscellaneous action, which was
submitted for filing via the Court's after-hours drop box on March 24, 2025.

Very truly yours,

Perry Austin
Managing Attorney

Enclosure



THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

003766

11-24/1210

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
1152 15TH STREET N.W.
WASHINGTON, DC 20005-1706

DATE 3/25/2025

PAY TO THE ORDER OF _Clerk, U.S. District Court_   $ 52.00

_Fifty two dollars & 00/100_   DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.

MEMO _Misc. Case Filing Fee_

2365"

0248:

34