1

2

3

4

5

6

7

8

9

The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

10

11

12

13

14

| | |
|---|---|
| STEVEN FLOYD, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC. and APPLE INC.,<br><br>Defendants. | Case No. 2:22-cv-01599 KKE<br><br>**SUPPLEMENTAL DECLARATION OF BRIAN G. LIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

15

16

I, Brian G. Liegel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

17

18

19

20

21

1.      I am a partner at the law firm Weil, Gotshal & Manges LLP ("Weil"), one of the counsel of record for Defendant Apple Inc. ("Apple") in this case.  I am admitted to appear before this Court *pro hac vice*.  I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

22

23

2.      On November 3, 2025, I submitted a Declaration in Support of Defendants' Motion for Costs and Attorneys' Fees.

24

25

26

3.      This Supplemental Declaration and attachments provide additional documentation regarding costs incurred by Apple during this litigation for court reporter and deposition videographer services, as well as a process server for third party subpoenas.

27

28

4.      Attached as **Composite Exhibit A** are the following invoices for court reporting

LIEGEL SUPPLEMENTAL DECLARATION
IN SUPPORT OF DEFENDANTS' MOTION
FOR COSTS AND ATTORNEYS' FEES
2:22-cv-01599 KKE

services at depositions in this matter:

| DATE | AMOUNT | INVOICE NO. |
|------|--------|-------------|
| 11-19-2024 | $2763.35 | 7876114 |
| 11-27-2024 | $2734.54 | 7904520 |
| 12-31-2024 | $3190.63 | 7974282 |
| 1-27-2025 | $1089.79 | 8029608 |
| 1-29-2025 | $1038.81 | 8038488 |
| 2-11-2025 | $1640.37 | 8066750 |
| 2-17-2025 | $858.79 | 8081341 |
| 2-28-2025 | $5109.48 | 8121945 |
| 3-10-2025 | $698.82 | 8138374 |
| 3-12-2025 | $681.24 | 8149176 |
| 4-7-2025 | $1349.50 | 8217030 |
| 4-18-2025 | $961.87 | 8252249 |
| 4-23-2025 | $1784.48 | 8262293 |
| 4-25-2025 | $1665.02 | 8267593 |

5.     Attached as **Composite Exhibit B** are the following invoices for deposition videographer services:

| DATE | AMOUNT | INVOICE NO. |
|------|--------|-------------|
| 2-17-2025 | $88.00 | 8085376 |
| 3-5-2025 | $839.74 | 8129835 |
| 3-12-2025 | $345.00 | 8151472 |
| 3-24-2025 | $345.00 | 8179832 |

6.     Attached as **Composite Exhibit C** are the following invoices for process servers for third party subpoenas:

| DATE | AMOUNT | INVOICE NO. |
|------|--------|-------------|
| 9-19-2024 | $125.00 | 2009953 |
| 9-19-2024 | $182.37 | 2009693 |
| 9-19-2024 | $262.00 | 2009692 |
| 9-19-2024 | $300.00 | 2009955 |
| 10-14-2024 | $158.50 | 2011222 |

| 10-25-2024 | $258.50 | 2011192 |
|---|---|---|
| 10-25-2024 | $258.50 | 2011194 |
| 10-25-2024 | $258.50 | 2011197 |
| 10-25-2024 | $258.50 | 2011200 |
| 10-25-2024 | $258.50 | 2011210 |
| 10-25-2024 | $258.50 | 2011212 |
| 10-25-2024 | $258.50 | 2011214 |
| 10-25-2024 | $258.50 | 2011216 |
| 10-25-2024 | $258.50 | 2011217 |
| 10-25-2024 | $258.50 | 2011219 |
| 10-31-2024 | $258.50 | 2011521 |
| 11-5-2024 | $258.50 | 2011207 |
| 11-5-2024 | $281.25 | 2011513 |
| 11-5-2024 | $283.75 | 2011518 |
| 11-5-2024 | $283.75 | 2011519 |
| 11-13-2024 | $258.75 | 2011510 |
| 11-26-2024 | $258.50 | 2011199 |
| 11-26-2024 | $283.75 | 2011512 |
| 11-26-2024 | $358.754 | 2011514 |
| 11-26-2024 | $508.50 | 2011211 |
| 11-27-2024 | $283.75 | 2011516 |
| 11-27-2024 | $308.50 | 2011218 |
| 11-27-2024 | $358.75 | 2011511 |
| 11-27-2024 | $508.50 | 2011220 |
| 1-8-2025 | $283.50 | 2013381 |
| 1-16-2025 | $259.25 | 12497958 |
| 1-22-2025 | 284.00 | 12498411 |
| 1-25-2025 | $284.25 | 12497822 |
| 1-27-2025 | $284.00 | 12498329 |
| 2-19-2025 | $559.00 | 12498239 |
| 3-8-2025 | $283.75 | 12811534 |
| 3-16-2025 | $258.75 | 12811536 |
| 3-19-2025 | $283.50 | 12811535 |
| 3-27-2025 | $258.50 | 12811537 |

| 4-23-2025 | $233.75 | 13062876 |
| 12-20-2025 | $558.50 | 2013407 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 3rd day of December, 2025.

By: /s/ *Brian Liegel*
Brian Liegel

# EXHIBIT A

**Veritext, LLC - Northeast Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



VERITEXT
LEGAL SOLUTIONS

| Bill To: | Eric Hochstadt | | |
| --- | --- | --- | --- |
| | Weil Gotshal & Manges, LLP | Invoice #: | 7876114 |
| | 767 Fifth Avenue | Invoice Date: | 11/19/2024 |
| | New York, NY, 10153 | Balance Due: | $2,763.35 |

| **Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 6990211   |   Job Date: 11/1/2024   |   Delivery: Normal

Location:          Redwood City, CA

Billing Atty:      Eric Hochstadt

Scheduling Atty:   | Hagens Berman Sobol Shapiro LLP

| Witness: David Scott Bastian | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Transcript Services - Certified Transcript | 321.00 | $4.15 | $1,332.15 |
| Rough Draft | 321.00 | $1.85 | $593.85 |
| Realtime Services | 321.00 | $1.95 | $625.95 |
| Exhibits | 172.00 | $0.45 | $77.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $84.00 | $84.00 |
| Equipment Rental | 1.00 | $50.00 | $50.00 |

| Notes: | | Invoice Total: | $2,763.35 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,763.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | Invoice #: 7876114 |
| --- | --- | --- |
| Veritext | A/C Name:Veritext | Invoice Date: 11/19/2024 |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Balance Due: $2,763.35 |
| Chicago IL 60694-1303 | Account No 3454 ABA 0288 | |
| Fed. Tax ID: | Swift: | |

Pay by Credit Card: www.veritext.com

B420241214

42E50

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



Bill To: Brian Liegel
Weil Gotshal & Manges, LLP
1395 Brickell Ave.
Suite 1200
Miami, FL, 33131

| | |
|---|---|
| **Invoice #:** | 7904520 |
| **Invoice Date:** | 11/27/2024 |
| **Balance Due:** | $2,734.54 |

| Case: Steven Floyd, Et Al v. Amazon.Com, Inc. And Apple Inc (n/a) | **Proceeding Type: Depositions** |
|---|---|

Job #: 7035629   |   Job Date: 11/22/2024   |   Delivery: Expedited

Location:        Dallas, TX

Billing Atty:     Brian Liegel

Scheduling Atty:  Jacquelyn E. Fradette | Sidley Austin LLP

| Witness: Jolene Furdek | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 439.00 | $2.55 | $1,119.45 |
| Transcript Services - Certified Transcript - Priority Request | 439.00 | $2.29 | $1,005.31 |
| Rough Draft | 439.00 | $1.02 | $447.78 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $38.00 | $38.00 |
| Logistics & Processing | 1.00 | $25.00 | $25.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,734.54 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,734.54 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 **ABA:** 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #:  7904520
Invoice Date:  11/27/2024
Balance Due:  $2,734.54

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: Eric Hochstadt | Invoice #: | 7974282 |
|---|---|---|
| Weil Gotshal & Manges, LLP | Invoice Date: | 12/31/2024 |
| 767 Fifth Avenue | Balance Due: | $3,190.63 |
| New York, NY, 10153 | | |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**   **Proceeding Type: Depositions**

Job #: 7055824   |   Job Date: 12/20/2024   |   Delivery: Expedited

Location:         Portland, OR

Billing Atty:     Eric Hochstadt

Scheduling Atty:  Ted Wojcik Esq | Hagens Berman Sobol Shapiro LLP

| Witness: Matt G. Schulz | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 254.00 | $4.15 | $1,054.10 |
| Transcript Services - Certified Transcript - Priority Request | 254.00 | $3.32 | $843.28 |
| Rough Draft | 254.00 | $1.85 | $469.90 |
| Realtime Services | 254.00 | $1.95 | $495.30 |
| Realtime Services - Remote Connection | 1.00 | $127.50 | $127.50 |
| Exhibits | 259.00 | $0.45 | $116.55 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $84.00 | $84.00 |

| Notes: | Invoice Total: | $3,190.63 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,190.63 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
Account No     3454 ABA     0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 7974282

Invoice Date: 12/31/2024

Balance Due: $3,190.63

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: Brian Liegel | | | |
|---|---|---|---|
| Weil Gotshal & Manges, LLP | | Invoice #: | 8029608 |
| 1395 Brickell Ave. | | Invoice Date: | 1/27/2025 |
| Suite 1200 | | Balance Due: | $1,089.79 |
| Miami, FL, 33131 | | | |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**     **Proceeding Type: Depositions**

Job #: 7097258   |   Job Date: 1/9/2025   |   Delivery: Normal

Location:        Seattle, WA

Billing Atty:    Brian Liegel

Scheduling Atty:    Ted Wojcik Esq | Hagens Berman Sobol Shapiro LLP

| Witness: John Brown | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 321.00 | $2.55 | $818.55 |
| Exhibits | 352.00 | $0.12 | $42.24 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,089.79 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,089.79 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
**Bank Name:**BMO Harris Bank
**Account No:**  3454 **ABA:**     0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8029608
Invoice Date:  1/27/2025
Balance Due:  $1,089.79

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: | Brian Liegel | Invoice #: | 8038488 |
| | Weil Gotshal & Manges, LLP | Invoice Date: | 1/29/2025 |
| | 1395 Brickell Ave. | Balance Due: | $1,038.81 |
| | Suite 1200 | | |
| | Miami, FL, 33131 | | |

| Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE) | Proceeding Type: Depositions |

Job #: 7097305  |  Job Date: 1/16/2025  |  Delivery: Normal

Location:        Detroit, MI

Billing Atty:    Brian Liegel

Scheduling Atty:    Ted Wojcik Esq | Hagens Berman Sobol Shapiro LLP

| Witness: Tim Fincham | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 287.00 | $2.55 | $731.85 |
| Exhibits | 108.00 | $0.12 | $12.96 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | Invoice Total: | $1,038.81 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,038.81 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8038488
Invoice Date: 1/29/2025
Balance Due: $1,038.81

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: ▮▮▮▮▮



| | |
|---|---|
| Bill To: Daniel Baquet | |
| Weil Gotshal & Manges, LLP | |
| 2001 M Street NW | |
| Suite 600 | |
| Washington, DC, 20036 | |

| Invoice #: | 8066750 |
|---|---|
| Invoice Date: | 2/11/2025 |
| Balance Due: | $1,640.37 |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7116160  |  Job Date: 1/24/2025  |  Delivery: Normal

Location:     Redwood City, CA

Billing Atty:     Daniel Baquet

Scheduling Atty:     Benjamin J. Siegel | Hagens Berman Sobol Shapiro, LLP

| Witness: Angela Ehrich | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 353.00 | $2.55 | $900.15 |
| Rough Draft | 353.00 | $1.02 | $360.06 |
| Exhibits | 468.00 | $0.12 | $56.16 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | Invoice Total: | $1,640.37 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,640.37 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | A/C Name:Veritext | |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | |
| Chicago IL 60694-1303 | Account No ▮▮3454 ABA▮ ▮0288 | |
| Fed. Tax ID: ▮▮▮▮ | Swift: | |

Pay by Credit Card: www.veritext.com

| Invoice #: | 8066750 |
|---|---|
| Invoice Date: | 2/11/2025 |
| Balance Due: | $1,640.37 |

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



Bill To: Yaimy Palacios
Weil Gotshal & Manges, LLP
17 Hulfish Street
Princeton, NJ, 08542

| | |
|---|---|
| Invoice #: | **8081341** |
| Invoice Date: | 2/17/2025 |
| Balance Due: | $858.79 |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7130484  |  Job Date: 1/30/2025  |  Delivery: Normal

Location:         Seattle, WA

Billing Atty:     Yaimy Palacios

Scheduling Atty:   Meredith Simons | Hagens Berman Sobol Shapiro, LLP

| Witness: Kristine Chan | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 241.00 | $2.55 | $614.55 |
| Exhibits | 127.00 | $0.12 | $15.24 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $858.79 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $858.79 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No      3454 **ABA:**      0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: **8081341**

Invoice Date:  2/17/2025

Balance Due:  $858.79

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| | | |
|---|---|---|
| Bill To: | Brian Liegel | |
| | Weil Gotshal & Manges, LLP | Invoice #: 8121945 |
| | 1395 Brickell Ave. | Invoice Date: 2/28/2025 |
| | Suite 1200 | Balance Due: $5,109.48 |
| | Miami, FL, 33131 | |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7128462   |   Job Date: 2/21/2025   |   Delivery: Normal

Location:         New York, NY

Billing Atty:     Brian Liegel

Scheduling Atty:  Brian Liegel | Weil Gotshal & Manges, LLP

| Witness: Jonathan Ryan | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 364.00 | $3.06 | $1,113.84 |
| Transcript - Supplemental Surcharges* | 364.00 | $0.26 | $94.64 |
| Rough Draft | 364.00 | $1.02 | $371.28 |
| Realtime Services | 364.00 | $1.48 | $538.72 |
| Realtime Services | 364.00 | $1.48 | $538.72 |
| Attendance - Full Day | 1.00 | $270.00 | $270.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 1.00 | $76.50 | $76.50 |
| Exhibits | 219.00 | $0.12 | $26.28 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Concierge Tech Support | 5.30 | $185.00 | $980.50 |
| Equipment Rental | 1.00 | $250.00 | $250.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No:(b) (0)454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8121945

Invoice Date: 2/28/2025

Balance Due: $5,109.48

42650

13

**Veritext, LLC - Northeast Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| | | | | |
|---|---|---|---|---|
| Smart Summary - Over 100 Transcript Pages | | 1.00 | $99.00 | $99.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$5,109.48** |
|---|---|---|---|
| | RealTime with iPad Loaners: Brian Liegel; Daniel Baquet | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$5,109.48** |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:** 3454 **ABA:** 0288
**Swift:**

Pay by Credit Card: www.veritext.com

**Invoice #: 8121945**

**Invoice Date:  2/28/2025**

**Balance Due:  $5,109.48**

42650

14

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID:



Bill To: Daniel Baquet
Weil Gotshal & Manges, LLP
1395 Brickell Ave.
Suite 1200
Miami, FL, 33131

| | |
|---|---|
| Invoice #: | 8138374 |
| Invoice Date: | 3/10/2025 |
| Balance Due: | $698.82 |

**Case: Floyd, Steven Et Al v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7168254 | Job Date: 2/20/2025 | Delivery: Normal

Location:         Miami, FL

Billing Atty:    Daniel Baquet

Scheduling Atty:    Daniel Baquet | Weil Gotshal & Manges, LLP

| Witness: CONF Sagiv Poplinger, as Corp. Rep. of YRS, LLC d/b/a BuySPRY | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 54.00 | $3.57 | $192.78 |
| Transcript - Supplemental Surcharges* | 54.00 | $0.26 | $14.04 |
| Attendance - First Hour | 1.00 | $145.00 | $145.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $38.00 | $38.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $225.00 | $225.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|---|
| | | **Invoice Total:** | **$698.82** |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | **Balance Due:** | **$698.82** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8138374

Invoice Date: 3/10/2025

Balance Due: $698.82

42650

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID:



Bill To: Brian Liegel
Weil Gotshal & Manges, LLP
1395 Brickell Ave.
Suite 1200
Miami, FL, 33131

| | |
|---|---|
| Invoice #: | 8149176 |
| Invoice Date: | 3/12/2025 |
| Balance Due: | $681.24 |

**Case: Floyd, Steven Et Al v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7209179  |  Job Date: 3/7/2025  |  Delivery: Normal

Location:         New York, NY

Billing Atty:      Brian Liegel

Scheduling Atty:   Brian Liegel | Weil Gotshal & Manges, LLP

| Witness: HIGHLY CONF Payam Kermanian | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 57.00 | $3.06 | $174.42 |
| Transcript - Supplemental Surcharges* | 57.00 | $0.26 | $14.82 |
| Attendance - First Hour | 1.00 | $145.00 | $145.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $38.00 | $38.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $225.00 | $225.00 |
| Smart Summary - Under 100 Transcript Pages | 1.00 | $49.00 | $49.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|---|
| | | **Invoice Total:** | $681.24 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $681.24 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #:  8149176
Invoice Date:  3/12/2025
Balance Due:  $681.24

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| | |
|---|---|
| Bill To: Brian Liegel | |
| Weil Gotshal & Manges, LLP | |
| 1395 Brickell Ave. | |
| Suite 1200 | |
| Miami, FL, 33131 | |

| Invoice #: | 8217030 |
|---|---|
| Invoice Date: | 4/7/2025 |
| Balance Due: | $1,349.50 |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**    **Proceeding Type: Depositions**

Job #: 7226810   |   Job Date: 3/21/2025   |   Delivery: Normal

Location:          Seattle, WA

Billing Atty:      Brian Liegel

Scheduling Atty:   Ted Wojcik Esq | Hagens Berman Sobol Shapiro, LLP

| Witness: Steven Downer | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 286.00 | $2.55 | $729.30 |
| Rough Draft | 286.00 | $1.02 | $291.72 |
| Exhibits | 204.00 | $0.12 | $24.48 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Veritext Virtual Participants | 1.00 | $75.00 | $75.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | Invoice Total: | $1,349.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,349.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8217030
Invoice Date: 4/7/2025
Balance Due: $1,349.50

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



Bill To: Yaimy Palacios
Weil Gotshal & Manges, LLP
2001 M Street NW
Suite 600
Washington, DC, 20036

| | |
|---|---|
| Invoice #: | 8252249 |
| Invoice Date: | 4/18/2025 |
| Balance Due: | $961.87 |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7277060   |   Job Date: 4/2/2025   |   Delivery: Normal

Location: Austin, TX

Billing Atty: Yaimy Palacios

Scheduling Atty: Meredith Simons | Hagens Berman Sobol Shapiro, LLP

| Witness: Zita Cassizzi | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 265.00 | $2.55 | $675.75 |
| Exhibits | 476.00 | $0.12 | $57.12 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $961.87 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $961.87 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8252249

Invoice Date: 4/18/2025

Balance Due: $961.87

42650

18

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Brian Liegel
Weil Gotshal & Manges, LLP
1395 Brickell Ave.
Suite 1200
Miami, FL, 33131

| | |
|---|---|
| Invoice #: | 8262293 |
| Invoice Date: | 4/23/2025 |
| Balance Due: | $1,784.48 |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**

**Proceeding Type: Depositions**

Job #: 7297825  |  Job Date: 4/11/2025  |  Delivery: Daily

Location:          New York, NY

Billing Atty:      Brian Liegel

Scheduling Atty:   Benjamin J. Siegel | Hagens Berman Sobol Shapiro, LLP

| Witness: Douglas Beck | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 287.00 | $2.55 | $731.85 |
| Transcript Services - Certified Transcript - Priority Request | 287.00 | $2.81 | $806.47 |
| Exhibits | 143.00 | $0.12 | $17.16 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,784.48 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,784.48 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 8262293 |
| Invoice Date: | 4/23/2025 |
| Balance Due: | $1,784.48 |

42650

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: Yalmy Palacios | Invoice #: | 8267593 |
|---|---|---|
| Weil Gotshal & Manges, LLP | Invoice Date: | 4/25/2025 |
| 201 Redwood Shores Pkwy | Balance Due: | $1,665.02 |
| 4th Floor | | |
| Redwood City, CA, 94065 | | |

**Case: Steven Floyd, Et Al v. Amazon.Com, Inc. And Apple Inc. (n/a)**     **Proceeding Type: Depositions**

Job #: 7294273   |   Job Date: 4/10/2025   |   Delivery: Normal

Location:          Santa Barbara, CA

Billing Atty:      Yalmy Palacios

Scheduling Atty:   Ted Wojcik Esq | Hagens Berman Sobol Shapiro, LLP

| Witness: Jeffrey Wilke | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 218.00 | $2.55 | $555.90 |
| Rough Draft | 218.00 | $1.02 | $222.36 |
| Realtime Services | 218.00 | $1.48 | $322.64 |
| Realtime Services | 218.00 | $1.48 | $322.64 |
| Exhibits | 104.00 | $0.12 | $12.48 |
| Veritext Exhibit Package (ACE) | 1.00 | $60.00 | $60.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $40.00 | $40.00 |
| Logistics & Processing | 1.00 | $30.00 | $30.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | Invoice Total: | $1,665.02 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,665.02 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #:  8267593
Invoice Date:  4/25/2025
Balance Due:  $1,665.02

42650

# EXHIBIT B

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: | Yaimy Palacios | | Invoice #: | 8085376 |
|---|---|---|---|---|
| | Weil Gotshal & Manges, LLP | | Invoice Date: | 2/17/2025 |
| | 17 Hulfish Street | | Balance Due: | $88.00 |
| | Princeton, NJ, 08542 | | | |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**   **Proceeding Type: Depositions**

Job #: 7130484   |   Job Date: 1/30/2025   |   Delivery: Normal

Location:       Seattle, WA

Billing Atty:   Yaimy Palacios

Scheduling Atty:   Meredith Simons | Hagens Berman Sobol Shapiro, LLP

| Witness: Kristine Chan | Quantity | Price | Amount |
|---|---|---|---|
| Video - Electronic Access | 1.00 | $88.00 | $88.00 |

| Notes: | | Invoice Total: | $88.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $88.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
**Bank Name:**BMO Harris Bank
**Account No:** 3454 **ABA:** 0288
**Swift:**

Pay by Credit Card: www.veritext.com

**Invoice #: 8085376**
**Invoice Date:  2/17/2025**
**Balance Due:  $88.00**

## Veritext, LLC - Northeast Region
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID:



| Bill To: | Brian Liegel | Invoice #: | 8129835 |
| | Weil Gotshal & Manges, LLP | Invoice Date: | 3/5/2025 |
| | 1395 Brickell Ave. | Balance Due: | $839.74 |
| | Suite 1200 | | |
| | Miami, FL, 33131 | | |

**Case: Steven Floyd, Jolene Furdek, And Jonathan Ryan, Etc. v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE)**   **Proceeding Type: Depositions**

Job #: 7128462  |  Job Date: 2/21/2025  |  Delivery: Normal

Location:      New York, NY

Billing Atty:   Brian Liegel

Scheduling Atty:   Brian Liegel | Weil Gotshal & Manges, LLP

| Witness: Jonathan Ryan | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $178.50 | $178.50 |
| Video - Additional Hours | 6.00 | $76.50 | $459.00 |
| Video - Extended Hours | 1.00 | $114.24 | $114.24 |
| Video - Electronic Access | 1.00 | $88.00 | $88.00 |

| Notes: | Invoice Total: | $839.74 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $839.74 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No:3454 ABA:0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8129835
Invoice Date: 3/5/2025
Balance Due: $839.74

42650

23

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID:



| Bill To: | Daniel Baquet | | | |
| | Weil Gotshal & Manges, LLP | | Invoice #: | 8151472 |
| | 1395 Brickell Ave. | | Invoice Date: | 3/12/2025 |
| | Suite 1200 | | Balance Due: | $345.00 |
| | Miami, FL, 33131 | | | |

| Case: Floyd, Steven Et Al  v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE) | Proceeding Type: Depositions |
|---|---|

Job #: 7168254   |   Job Date: 2/20/2025   |   Delivery: Normal

Location:          Miami, FL

Billing Atty:      Daniel Baquet

Scheduling Atty:   Daniel Baquet | Weil Gotshal & Manges, LLP

| Witness: CONF Sagiv Poplinger, as Corp. Rep. of YRS, LLC d/b/a BuySPRY | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $178.50 | $178.50 |
| Video - Additional Hours | 1.00 | $76.50 | $76.50 |
| Video - Electronic Access | 1.00 | $90.00 | $90.00 |

| Notes: | Invoice Total: | $345.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $345.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #:  8151472

Invoice Date:  3/12/2025

Balance Due:  $345.00

42650

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID:



| Bill To: Brian Liegel | | Invoice #: | 8179832 |
|---|---|---|---|
| | Weil Gotshal & Manges, LLP | Invoice Date: | 3/24/2025 |
| | 1395 Brickell Ave. | Balance Due: | $345.00 |
| | Suite 1200 | | |
| | Miami, FL, 33131 | | |

| Case: Floyd, Steven Et Al v. Amazon.Com Inc And Apple Inc (2:22cv01599KKE) | Proceeding Type: Depositions |
|---|---|

Job #: 7209179   |   Job Date: 3/7/2025   |   Delivery: Normal

Location:         New York, NY

Billing Atty:      Brian Liegel

Scheduling Atty:   Brian Liegel | Weil Gotshal & Manges, LLP

| Witness: HIGHLY CONF Payam Kermanian | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $178.50 | $178.50 |
| Video - Additional Hours | 1.00 | $76.50 | $76.50 |
| Video - Electronic Access | 1.00 | $90.00 | $90.00 |

| Notes: | Invoice Total: | $345.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $345.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Account No: 3454 ABA: 0288
Swift:

Pay by Credit Card: www.veritext.com

Invoice #: 8179832
Invoice Date: 3/24/2025
Balance Due: $345.00

42650

25

# EXHIBIT C

Invoice ID: 0500-4437-3691

## CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 10/19/2024**
Invoice Date: 9/19/2024
Invoice #: 2009953

Mark A. Perry, Esquire
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036

**ACH PAYMENT DETAILS HAVE CHANGED**
**PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: ████1220
Account No.: ████2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2009953
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$125.00

| Job #: 2009953   Client Matter #: N/A | Recipient: | | | Date Received: |
|---|---|---|---|---|
| Plaintiff: Steven Floyd, et al. | Micro Center, Inc., c/o Registered Agents, Ltd., | | | 9/16/2024 |
| Defendant: Amazon.com, Inc., et al. | Registered Agent | | | **Completed:** |
| Case No. 2:22-cv-01599 KKE | 1013 Center Road, Suite 403-A, Wilmington, Delaware 19805 | | | 9/16/2024 |
| **Description** | | **Qty** | **Fee** | **Total Fee** |
| Service of Process / Additional Service at Same Address (Discount) | | 1 | $75.00 | $75.00 |
| Priority Fee - IMMEDIATE / Additional Service at Same Address (Discount) | | 1 | $50.00 | $50.00 |
| | | Job Total Due = | | $125.00 |

**TOTAL INVOICE AMOUNT DUE:**

$125.00

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN: ████



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 10/19/2024**
Invoice Date: 9/19/2024
Invoice #: 2009693

Mark A. Perry, Esquire
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036

### ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2009693
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$182.37

| Job #: 2009693   Client Matter #: N/A<br>Plaintiff: Steven Floyd, et al.<br>Defendant: Amazon.com, Inc., et al.<br>Case No. 2:22-cv-01599 KKE | Recipient:<br>Micro Center c/o Registered Agents, Ltd.,<br>Registered Agent<br>1013 Center Road, Suite 403-A, Wilmington,<br>Delaware 19805 | | | Date Received:<br>9/10/2024<br>Completed:<br>9/10/2024 |
|---|---|---|---|---|
| **Description** | | **Qty** | **Fee** | **Total Fee** |
| Check Issue Fee | | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | | 1 | $47.37 | $47.37 |
| Service of Process / Additional Service at Same Address (Discount) | | 1 | $75.00 | $75.00 |
| Priority Fee - IMMEDIATE / Additional Service at Same Address (Discount) | | 1 | $50.00 | $50.00 |
| | | **Job Total Due =** | | $182.37 |

**TOTAL INVOICE AMOUNT DUE:**

$182.37

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 10/19/2024**
Invoice Date: 9/19/2024
Invoice #: 2009692

Mark A. Perry, Esquire
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036

### ACH PAYMENT DETAILS HAVE CHANGED PLEASE READ BELOW

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2009692
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$262.00

| Job #: 2009692    Client Matter #: N/A<br>Plaintiff: Steven Floyd, et al.<br>Defendant: Amazon.com, Inc., et al.<br>Case No. 2:22-cv-01599 KKE | Recipient:<br>Micro Center c/o Registered Agents, Ltd.,<br>Registered Agent<br>1013 Center Road, Suite 403-A, Wilmington,<br>Delaware 19805 | | | Date Received:<br>9/10/2024<br>Completed:<br>9/10/2024 |
|---|---|---|---|---|
| **Description** | | Qty | Fee | **Total Fee** |
| Copy Charges | | 48 | $0.25 | $12.00 |
| Service of Process | | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | | 1 | $100.00 | $100.00 |
| | | | Job Total Due = | $262.00 |

**TOTAL INVOICE AMOUNT DUE:**

$262.00

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



29

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 10/19/2024**
Invoice Date: 9/19/2024
Invoice #: 2009955

Mark A. Perry, Esquire
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account:** Capitol Process Services Inc.
**Type of Account:** Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
Billing@capitolprocess.com

Job#: 2009955
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$300.00

| Job #: 2009955  Client Matter #: N/A<br>Plaintiff: Steven Floyd, et al.<br>Defendant: Amazon.com, Inc., et al.<br>Case No. 2:22-cv-01599 KKE | Recipient:<br>Micro Center, Inc., c/o Registered Agents, Ltd.,<br>Registered Agent<br>1013 Center Road, Suite 403-A, Wilmington,<br>Delaware 19805 | | Date Received:<br>9/16/2024<br>Completed:<br>9/16/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Witness Fee Tendered | 1 | $40.00 | $40.00 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | **Job Total Due =** | $300.00 |

**TOTAL INVOICE AMOUNT DUE:**

$300.00

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN: 

30

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/13/2024**
Invoice Date: 10/14/2024
Invoice #: 2011222

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011222
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$158.50

| Job #: 2011222   Client Matter #: N/A | Recipient: | | | Date Received: |
|---|---|---|---|---|
| Plaintiff: Steven Floyd | YRS LLC d/b/a BuySPRY c/o Sagiv Poplinger | | | 10/10/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | 7917 Cessna Drive, Suite A, Potomac, | | | Completed: |
| Case No. 2:22-cv-01599-KKE | Maryland 20854 | | | 10/11/2024 |
| **Description** | | Qty | Fee | **Total Fee** |
| Copy Fees | | 34 | $0.25 | $8.50 |
| Service of Process - RUSH | | 1 | $150.00 | $150.00 |
| | | Job Total Due = | | $158.50 |

**TOTAL INVOICE AMOUNT DUE:**

$158.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



31

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011192

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011192
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

---

**Job #:** 2011192   **Client Matter #:** N/A
**Plaintiff:** Steven Floyd
**Defendant:** Amazon.com, Inc. and Apple Inc.
**Case No.** 2:22-cv-01599-KKE

**Recipient:**
Best Cell Inc. d/b/a Wirless2Go
1609 McDonald Avenue, Brooklyn, New York
11230

**Date Received:**
10/10/2024
**Completed:**
10/14/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

---

**TOTAL INVOICE AMOUNT DUE:**

$258.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520

info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011194

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011194
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011194   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>Platinum Connections Inc. d/b/a Chubbiestech<br>85 Grace Avenue, Great Neck, New York<br>11021 | | Date Received:<br>10/10/2024<br>Completed:<br>10/11/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011197

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

### ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011197
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011197   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>Electronic Deals Inc.<br>4501 Avenue N, Brooklyn, New York 11229 | | Date Received:<br>10/10/2024<br>Completed:<br>10/14/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



34

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011200

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011200
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011200   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No.  2:22-cv-01599-KKE | Recipient:<br>Tech Ventures, Inc.<br>10-A8 Whitney Ridge Road, Fairport, New York<br>14450 | | Date Received:<br>10/10/2024<br>Completed:<br>10/11/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



35

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011210

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011210

Client File#: N/A

## TOTAL INVOICE AMOUNT DUE

$508.50

---

| Job #: 2011210 Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Steven Floyd | Kiss Electronics, Inc. | | 10/10/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | 300 East Park Street, Moonachie, New Jersey | | Completed: |
| Case No. 2:22-cv-01599-KKE | 07074 | | 10/11/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process / Incorrect Address: | 1 | $150.00 | $150.00 |
| 263B Veterans Boulevard, Carlstadt, New Jersey 07072 | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| Service of Process: | 1 | $150.00 | $150.00 |
| 300 East Park Street, Moonachie, New Jersey 07074 | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $508.50 |

---

**TOTAL INVOICE AMOUNT DUE:**

$508.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



36

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011212

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## ACH PAYMENT DETAILS HAVE CHANGED
## PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**billing@capitolprocess.com**

Job#: 2011212
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011212   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| **Plaintiff:** Steven Floyd | WeeklyCloseouts, LLC c/o Gadawg 2, LLC | | 10/10/2024 |
| **Defendant:** Amazon.com, Inc. and Apple Inc. | 367 Bluffs Edge Drive, Lake Forest, Illinois | | **Completed:** |
| **Case No.** 2:22-cv-01599-KKE | 60045-3303 | | 10/11/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process / Incorrect Address | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | **Job Total Due =** | | $258.50 |
| | **Job Total Recd =** | | |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011214

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.:     1220
Account No.:     2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011214
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

---

**Job #:** 2011214   **Client Matter #:** N/A
**Plaintiff:** Steven Floyd
**Defendant:** Amazon.com, Inc. and Apple Inc.
**Case No.** 2:22-cv-01599-KKE

**Recipient:**
My Fav Electronics, Inc. d/b/a Platinum Deals
c/o Illinois Corporation Service Company,
801 Adlai Stevenson Drive, Springfield, Illinois
62703

**Date Received:**
10/10/2024
**Completed:**
10/11/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |
| | | Job Total Recd = | |

---

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN: 

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011216

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## ACH PAYMENT DETAILS HAVE CHANGED PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011216
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011216   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>TechWholesale.com, LLC d/b/a Tech<br>Wholesale c/o Joseph Wood, Registered Agent<br>1194 Westport Way, Covington, Kentucky<br>41011 | | Date Received:<br>10/10/2024<br>Completed:<br>10/12/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011217

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

### ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:**  1220
**Account No.:**  2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011217
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

---

| Job #: 2011217  Client Matter #: N/A  Plaintiff: Steven Floyd  Defendant: Amazon.com, Inc. and Apple Inc.  Case No. 2:22-cv-01599-KKE | Recipient: EZER Trading LLC d/b/a BREED c/o Fowler White Burnett 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131 | | | Date Received: 10/10/2024  Completed: 10/14/2024 |
|---|---|---|---|---|
| **Description** | | Qty | Fee | **Total Fee** |
| Copy Charges | | 34 | $0.25 | $8.50 |
| Service of Process | | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | | 1 | $100.00 | $100.00 |
| | | Job Total Due = | | $258.50 |
| | | Job Total Recd = | | |

---

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/24/2024**
Invoice Date: 10/25/2024
Invoice #: 2011219

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED**
**PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.:     1220
Account No.:     2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011219
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

---

| Job #: 2011219   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Steven Floyd | Blue Lotus Mobility, LLC d/b/a TechRestore | | 10/10/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | 4036 Taylorsville Road, Louisville, Kentucky | | Completed: |
| Case No. 2:22-cv-01599-KKE | 40220 | | 10/16/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.50 |

---

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 — FAX 202 667-2520
info@capitolprocess.com

**Due By: 11/30/2024**
Invoice Date: 10/31/2024
Invoice #: 2011521

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## ACH PAYMENT DETAILS HAVE CHANGED
## PLEASE READ BELOW

**Wells Fargo Bank**
**Name on Account:** Capitol Process Services Inc.
**Type of Account:** Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011521
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$283.75

| Job #: 2011521   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>MAX Tech Corp. c/o Legalzoom.com, Inc.,<br>Registered Agent<br>954 Villa Street, Mountain View, California<br>94041 | | Date Received:<br>10/16/2024<br>Completed:<br>10/17/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 35 | $0.25 | $8.75 |
| Service of Process - IMMEDIATE | 1 | $275.00 | $275.00 |
| | Job Total Due = | | $283.75 |

**TOTAL INVOICE AMOUNT DUE:**

$283.75

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/05/2024**
Invoice Date: 11/5/2024
Invoice #: 2011207

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.        1220
Account No.:        2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011207
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011207    Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| **Plaintiff:** Steven Floyd | Kanga Supply LLC | | 10/10/2024 |
| **Defendant:** Amazon.com, Inc. and Apple Inc. | 2327 W 11th Street, Suite 1, Duluth, Minnesota | | **Completed:** |
| **Case No.** 2:22-cv-01599-KKE | 55806-5580 | | 10/11/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process - IMMEDIATE (company unknown at this location) | 1 | $250.00 | $250.00 |
| | | Job Total Due = | $258.50 |
| | | Job Total Recd = | |

**TOTAL INVOICE AMOUNT DUE:** $258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# *CAPITOL PROCESS SERVICES, INC.*

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/05/2024**
Invoice Date: 11/5/2024
Invoice #: 2011513

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011513
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$281.25

---

| Job #: 2011513  Client Matter #: N/A | Recipient: | | | Date Received: |
|---|---|---|---|---|
| **Plaintiff:** Steven Floyd | Technomaster LLC c/o Artem Valeev, | | | 10/16/2024 |
| **Defendant:** Amazon.com, Inc. and Apple Inc. | Registered Agent | | | **Completed:** |
| **Case No.** 2:22-cv-01599-KKE | 3845 Annandale Lane, Apartment 208, | | | 10/17/2024 |
| | Sacramento, California 95821 | | | |
| **Description** | | Qty | Fee | Total Fee |
| Copy Charges | | 25 | $0.25 | $6.25 |
| Service of Process - IMMEDIATE | | 1 | $275.00 | $275.00 |
| | | Job Total Due = | | $281.25 |

---

**TOTAL INVOICE AMOUNT DUE:**

$281.25

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 — FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/05/2024**
Invoice Date: 11/5/2024
Invoice #: 2011518

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011518
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**
$283.75

---

| Job #: 2011518    Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| **Plaintiff:** Steven Floyd | CellElectronix, LLC c/o Ahad Virani, Registered | | 10/16/2024 |
| **Defendant:** Amazon.com, Inc. and Apple Inc. | Agent | | **Completed:** |
| **Case No.** 2:22-cv-01599-KKE | 2507 Lavaca Drive, Euless, Texas 76039 | | 10/17/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 35 | $0.25 | $8.75 |
| Service of Process - IMMEDIATE | 1 | $275.00 | $275.00 |
| | | Job Total Due = | $283.75 |

---

**TOTAL INVOICE AMOUNT DUE:**    $283.75

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/05/2024**
Invoice Date: 11/5/2024
Invoice #: 2011519

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.:        1220
Account No.:        2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011519
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$283.75

---

| Job #: 2011519   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Steven Floyd | Golden Deals, Inc. c/o Christianto Tedja, | | 10/16/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | Registered Agent | | Completed: |
| Case No. 2:22-cv-01599-KKE | 181 Hays Boulevard, Lexington, Kentucky 40509 | | 10/17/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 35 | $0.25 | $8.75 |
| Service of Process - IMMEDIATE | 1 | $275.00 | $275.00 |
| | | Job Total Due = | $283.75 |

---

**TOTAL INVOICE AMOUNT DUE:**

$283.75

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



46

# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/13/2024**
Invoice Date: 11/13/2024
Invoice #: 2011510

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED**
**PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account:** Capitol Process Services Inc.
**Type of Account:** Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011510
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.75

| Job #: 2011510   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No.  2:22-cv-01599-KKE | Recipient:<br>Mercale Group, LLC c/o Martin Mammensohn,<br>Registered Agent<br>201 SW 14th Court, Fort Lauderdale, Florida<br>33315 | | Date Received:<br>10/16/2024<br>Completed:<br>10/17/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 35 | $0.25 | $8.75 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $258.75 |
| | | Job Total Recd = | |

**TOTAL INVOICE AMOUNT DUE:**

$258.75

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN:



47

# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/26/2024**
Invoice Date: 11/26/2024
Invoice #: 2011199

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2011199
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$258.50

| Job #: 2011199 Client Matter #: N/A Plaintiff: Steven Floyd Defendant: Amazon.com, Inc. and Apple Inc. Case No. 2:22-cv-01599-KKE | Recipient: Open Line Mobility Ltd d/b/a Prime Mobility 34-01 38th Avenue, Suite 201, Long Island City, New York 11101 | | Date Received: 10/10/2024 Completed: 10/11/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process / Incorrect Address | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | **Job Total Due =** | | $258.50 |
| | **Job Total Recd =** | | |

**TOTAL INVOICE AMOUNT DUE:**

$258.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/26/2024**
Invoice Date: 11/26/2024
Invoice #: 2011512

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

### ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011512
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$283.75

| Job #: 2011512  Client Matter #: N/A Plaintiff: Steven Floyd Defendant: Amazon.com, Inc. and Apple Inc. Case No.: 2:22-cv-01599-KKE | Recipient: SCE Enterprise, LLC c/o Sue Elworth, Registered Agent 1225 Luther Lane, Apartment 409D, Arlington Heights, Illinois 60004 | | Date Received: 10/16/2024 Completed: 10/17/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 35 | $0.25 | $8.75 |
| Attempted Service of Process - IMMEDIATE | 1 | $275.00 | $275.00 |
| | | Job Total Due = | $283.75 |

**TOTAL INVOICE AMOUNT DUE:**  $283.75

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/26/2024**
Invoice Date: 11/26/2024
Invoice #: 2011514

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.:   1220
Account No.:   2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011514
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$358.75

---

| Job #: 2011514   Client Matter #: N/A | Recipient: | | | Date Received: |
|---|---|---|---|---|
| Plaintiff: Steven Floyd | THANKSFORYOURORDER, LLC c/o Andrew | | | 10/16/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | Smith, Registered Agent | | | Completed: |
| Case No. 2:22-cv-01599-KKE | 145 South Jackson Street, Jackson, Michigan 49201 | | | 10/17/2024 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 35 | $0.25 | $8.75 |
| Attempted Service of Process - IMMEDIATE / Incorrect Address (Remote Area) | 1 | $350.00 | $350.00 |
| | | Job Total Due = | $358.75 |
| | | Job Total Recd = | |

---

**TOTAL INVOICE AMOUNT DUE:**

$358.75

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/26/2024**
Invoice Date: 11/26/2024
Invoice #: 2011211

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

## ACH PAYMENT DETAILS HAVE CHANGED
### PLEASE READ BELOW

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No. 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011211
Client File#: N/A

### TOTAL INVOICE AMOUNT DUE

$508.50

---

| Job #: 2011211   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Steven Floyd | Mango Wireless c/o Fouzi Anis | | 10/10/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | 4349 Somerville Drive, West Bloomfield, | | Completed: |
| Case No. 2:22-cv-01599-KKE | Michigan 48323 | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process (4 Attempts) | 2 | $150.00 | $300.00 |
| Priority Fee - IMMEDIATE | 2 | $100.00 | $200.00 |
| | | Job Total Due = | $508.50 |

---

**TOTAL INVOICE AMOUNT DUE:**                                                      $508.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/27/2024**
Invoice Date: 11/27/2024
Invoice #: 2011516

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011516
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$283.75

---

| Job #: 2011516   Client Matter #: N/A<br>Plaintiff: Steven Floyd<br>Defendant: Amazon.com, Inc. and Apple Inc.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>Angel Seller LLC<br>2105 Flatbush Avenue, Suite 23, Brooklyn,<br>New York 11234 | | | Date Received:<br>10/16/2024<br>Completed:<br>10/17/2024 |
|---|---|---|---|---|
| **Description** | | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | | 35 | $0.25 | $8.75 |
| Attempted Service of Process - IMMEDIATE | | 1 | $275.00 | $275.00 |
| | | Job Total Due = | | $283.75 |

**TOTAL INVOICE AMOUNT DUE:**

$283.75

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770     Phone 202 667-0050  --  FAX 202 667-2520

info@capitolprocess.com

**Due By: 12/27/2024**
Invoice Date: 11/27/2024
Invoice #: 2011218

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account:** Capitol Process Services Inc.
**Type of Account:** Checking
**Routing No.:** ▮▮ 1220
**Account No.:** ▮▮ 2464
**Please include Job/Invoice #'s to Remittance email:**
Billing@capitolprocess.com

Job#: 2011218
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$308.50

---

**Job #:**  2011218     **Client Matter #:** N/A
**Plaintiff:**  Steven Floyd
**Defendant:**   Amazon.com, Inc. and Apple Inc.
**Case No.**  2:22-cv-01599-KKE

**Recipient:**
VIP Outlet, Inc. c/o Michael A. Cuellar
8346 Lexington Road, Downey, California
90241

**Date Received:**
10/10/2024
**Completed:**
10/14/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process (4 Attempts) | 1 | $200.00 | $200.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | **Job Total Due =** | $308.50 |

**TOTAL INVOICE AMOUNT DUE:** $308.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN: 



## CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 12/27/2024**
Invoice Date: 11/27/2024
Invoice #: 2011511

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.: 1220
Account No.: 2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2011511
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$358.75

| Job #: 2011511   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Steven Floyd | Reliant Cellular Inc. c/o Jason Hamad, | | 10/16/2024 |
| Defendant: Amazon.com, Inc. and Apple Inc. | Registered Agent | | Completed: |
| Case No.  2:22-cv-01599-KKE | 910 West Parker Road, #100D, Plano, Texas | | 10/17/2024 |
| | 75075 | | |
| Description | Qty | Fee | Total Fee |
| Copy Charges | 35 | $0.25 | $8.75 |
| Attempted Service of Process - IMMEDIATE | 1 | $350.00 | $350.00 |
| | Job Total Due = | | $358.75 |

**TOTAL INVOICE AMOUNT DUE:**

$358.75

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



54

# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050  --  FAX 202 667-2520

info@capitolprocess.com

**Due By: 12/27/2024**
Invoice Date: 11/27/2024
Invoice #: 2011220

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account:** Capitol Process Services Inc.
**Type of Account:** Checking
**Routing No.:** ▮▮▮ 1220
**Account No.:** ▮▮▮ 2464
**Please include Job/Invoice #'s to Remittance email:**
Billing@capitolprocess.com

Job#: 2011220
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$508.50

---

| Job #: 2011220    Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| **Plaintiff:** Steven Floyd | B2C Exclusives LLC d/b/a ExclusivesDirect c/o Andrew Forster | 10/10/2024 |
| **Defendant:** Amazon.com, Inc. and Apple Inc. | 2603 124th Place, NE, Bellevue, Washington 98005 | **Completed:** 10/16/2024 |
| **Case No.** 2:22-cv-01599-KKE | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process (4 Attempts) | 2 | $150.00 | $300.00 |
| Priority Fee - IMMEDIATE | 2 | $100.00 | $200.00 |
| | | **Job Total Due =** | $508.50 |

**TOTAL INVOICE AMOUNT DUE:** $508.50

**Terms:** Thank you for your business. Please provide the invoice number on your check. FEIN: 



# CAPITOL PROCESS SERVICES, INC.

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520

info@capitolprocess.com

**Due By: 02/07/2025**
Invoice Date: 1/8/2025
Invoice #: 2013381

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

Wells Fargo Bank
Name on Account: Capitol Process Services Inc.
Type of Account: Checking
Routing No.:     1220
Account No.:     2464
Please include Job/Invoice #'s to Remittance email:
Billing@capitolprocess.com

Job#: 2013381
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$283.50

---

| **Job #:** 2013381 **Client Matter #:** N/A<br>**Plaintiff:** Steven Floyd, et al.<br>**Defendant:** Amazon.com Inc., et al.<br>**Case No.** 2:22-cv-01599-KKE | **Recipient:**<br>Limitless USA Inc. c/o Kevin Browstein,<br>Registered Agent<br>3950 West Ponderosa Way, Bldg 3, Las Vegas,<br>Nevada 89118 | | **Date Received:**<br>11/27/2024<br>**Completed:**<br>12/2/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Service of Process - IMMEDIATE | 1 | $275.00 | $275.00 |
| | | **Job Total Due =** | $283.50 |
| | | **Job Total Recd =** | |

**TOTAL INVOICE AMOUNT DUE:**

$283.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:



| From: | Jordan Chamberlain |
| --- | --- |
| To: | Baquet, Daniel |
| Subject: | [ServeManager] Invoice #12497958 from Capitol Process Services, Inc. |
| Date: | Thursday, January 16, 2025 5:04:54 PM |

Invoices for Weil Gotshal & Manges LLP - NY

Jordan Chamberlain sent you 1 invoice.

Hello,

Please find attached the invoice for this service. Please note that a hard copy of this invoice will not follow via USPS, unless otherwise specified or requested. Please submit payment at your earliest convenience.

When available, please let us know if your office would like us to send the service documents to Glendale, California.

Thank you,

| Invoice | Billed | Balance Due | Recipient | Court Case | |
| --- | --- | --- | --- | --- | --- |
| 12497958 (15096.0341) | Jan 16, 2025 | $259.25 Pay Online | MAX Tech Corp., c/o Legalzoom.com, Inc., Registered Agent | Case: | 2:22-cv-01599 KKE |
| | | | | Plaintiff: | Steven Floyd, et al. |
| | | | | Defendant: | Amazon.com Inc., et al. |
| | | | | Court: | United States District Court for the Western District of Washington |
| | | | | County: | |

## Shared with you by:

Jordan Chamberlain
Capitol Process Services, Inc.
jchamberlain@capitolprocess.com
202-667-0050 x103

| From: | Jordan Chamberlain |
| --- | --- |
| To: | Baquet, Daniel |
| Subject: | [ServeManager] Invoice #12498411 from Capitol Process Services, Inc. |
| Date: | Wednesday, January 22, 2025 5:20:34 PM |

Invoices for Weil Gotshal & Manges LLP - NY

Jordan Chamberlain sent you 1 invoice.

Hello,

Please find attached the invoice for this service. Please note that a hard copy of this invoice will not follow via USPS, unless otherwise specified or requested. Please submit payment at your earliest convenience.

Thank you,

| Invoice | Billed | Balance Due | Recipient | Court Case | |
| --- | --- | --- | --- | --- | --- |
| 12498411 (15096.0341) | Jan 22, 2025 | $284.00 Pay Online | Electronic Deals, Inc. | Case: | 2:22-cv-01599 KKE |
| | | | | Plaintiff: | Steven Floyd, et al. |
| | | | | Defendant: | Amazon.com Inc., et al. |
| | | | | Court: | United States District Court for the Western District of Washington |
| | | | | County: | |

## Shared with you by:

Jordan Chamberlain
Capitol Process Services, Inc.
jchamberlain@capitolprocess.com
202-667-0050 x103

| From: | Rebecca Short |
|---|---|
| To: | Baquet, Daniel |
| Subject: | [ServeManager] Invoice #12497822 from Capitol Process Services, Inc. |
| Date: | Saturday, January 25, 2025 10:05:58 AM |

Invoices for Weil Gotshal & Manges LLP - NY

Rebecca Short sent you 1 invoice.

Hello,
Please find attached the invoice for this service. Please note that a hard copy of this invoice
will not follow via USPS, unless otherwise specified or requested. Please submit payment at
your earliest convenience. Thank you,

| Invoice | Billed | Balance Due | Recipient | Court Case | |
|---|---|---|---|---|---|
| 12497822 (15096.0341) | Jan 25, 2025 | $284.25 Pay Online | Technomaster LLC c/o Artem Valeev | Case: | 2:22-cv-01599 KKE |
| | | | | Plaintiff: | Steven Floyd, et al. |
| | | | | Defendant: | Amazon.com Inc., et al. |
| | | | | Court: | United States District Court for the Western District of Washington |
| | | | | County: | |

## Shared with you by:

Rebecca Short
Capitol Process Services, Inc.
rshort@capitolprocess.com
202-667-0050

| From: | Jordan Chamberlain |
|---|---|
| To: | Baquet, Daniel |
| Subject: | [ServeManager] Invoice #12498329 from Capitol Process Services, Inc. |
| Date: | Monday, January 27, 2025 4:29:28 PM |

Invoices for Weil Gotshal & Manges LLP - NY

Jordan Chamberlain sent you 1 invoice.

Hello,
Please find attached the invoice for this service. Please note that a hard copy of this invoice will not follow via USPS, unless otherwise specified or requested. Please submit payment at your earliest convenience. Thank you,

| Invoice | Billed | Balance Due | Recipient | Court Case | |
|---|---|---|---|---|---|
| 12498329 (15096.0341) | Jan 27, 2025 | $284.00 Pay Online | Best Cell Inc. d/b/a Wireless2Go | Case: | 2:22-cv-01599 KKE |
| | | | | Plaintiff: | Steven Floyd, et al. |
| | | | | Defendant: | Amazon.com Inc., et al. |
| | | | | Court: | United States District Court for the Western District of Washington |
| | | | | County: | |

## Shared with you by:

Jordan Chamberlain
Capitol Process Services, Inc.
jchamberlain@capitolprocess.com
202-667-0050 x103

Invoice ID: 0500-4670-1945

2/28/25, 10:37 AM                            ServeManager

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

**INVOICE: 12498239**
Issued: Feb 15, 2025
Sent to: Daniel Barquet

**Weil Gotshal & Manges LLP - NY**
Eric Hochstadt, Esquire
767 Fifth Avenue
New York, New York 10153

PAY TO:
**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

| Case: | 2:22-cv-01599 KKE | Plaintiff / Petitioner: | Steven Floyd, et al. | Recipient: | Kiss Electronics Inc. c/o The Corporation |
|---|---|---|---|---|---|
| Job: | 12498239 (15066.0341) | Defendant / Respondent: | Amazon.com Inc., et al. | Service Address: | 300 East Park Street, Moorachie, New Jersey 07074 |
| | | | | Service Date: | Feb 4, 2025 |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Copies | Copy Charges | $0.25 | 36 | $9.00 |
| Out-of-State - Attempted Service of Process (RUSH) | Attempted Service of Process - IMMEDIATE / Incorrect Address: 2638 Veterans Boulevard, Carlstadt, New Jersey 07072 | $275.00 | 1 | $275.00 |
| Out-of-State - RUSH | Service of Process - IMMEDIATE: 300 East Park Street, Moonachie, New Jersey 07074 | $275.00 | 1 | $275.00 |

Thanks for your business. Please provide the invoice number on your check. FEIN

Please pay the "Balance Due" within 21 days.

Payment can be made via ACH.
Bank: Wells Fargo
Account # ▨2464
Routing # ▨01223

Please include billing@capitolprocess.com on your remittance email(s)

| | |
|---|---|
| Total: | $559.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$559.00** |

Capitol Process Services, Inc. • 7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Call: 202-667-0050 • Visit: www.capitolprocess.com

61

3/13/25, 12:23 PM                                                       ServeManager

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

INVOICE: 12811534
Issued:  Mar 8, 2025
Sent to: Daniel Baquet

**Weil Gotshal & Manges LLP - NY**
Brian Liegel, Esquire
767 Fifth Avenue
New York, New York 10153

PAY TO:
**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

| Case: 2:22-cv-01599-KKE | Plaintiff / Petitioner: Steven Floyd, et al. | | Recipient: Unique Sales of USA Inc. |
|---|---|---|---|
| Job: 12811534 (15096.0341) | Defendant / Respondent: Amazon.com Inc., et al. | | d/b/a/ Quality Photo |
| | | | Service Address: 132 Melrose Street, Brooklyn, New York 11206 |
| | | | Service Date: Mar 3, 2025 |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Copies | Copy Charges | $0.25 | 35 | $8.75 |
| Out-of-State - Attempted Service of Process (IMMEDIATE) | Attempted Service of Process - IMMEDIATE | $275.00 | 1 | $275.00 |

| Please provide the invoice number on your check. FEIN | Total: | $283.75 |
|---|---|---|
| Please pay the "Balance Due" within 21 days. | Amount Paid: | ($0.00) |
| | Balance Due: | $283.75 |

Payment can be made via ACH.
Bank: Wells Fargo
Account        2464
Routing #      1220

Please Include Billing@capitolprocess.com on your remittance email(s)

Capitol Process Services, Inc.  •  7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Call: 202-667-0050  •  Visit: www.capitolprocess.com

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

**INVOICE:   12811536**
Issued:   Mar 16, 2025
Sent to: Daniel Baquet and Nationwide CPS

**Weil Gotshal & Manges LLP - NY**
Brian Liegel, Esquire
767 Fifth Avenue
New York, New York 10153

PAY TO:
**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

| Case: | 2:22-cv-01599-KKE | Plaintiff / Petitioner: | Steven Floyd, et al. | Recipient: | Global Mobiles Inc. d/b/a Best |
|---|---|---|---|---|---|
| Job: | 12811536 (15096.0341) | Defendant / Respondent: | Amazon.com Inc., et al. | | Service Sellerz c/o The Corporation Trust Company, Registered Agent |
| | | | | Service Address: | Corporation Trust Center: 1209 Orange Street, Wilmington, Delaware 19801 |
| | | | | Service Date: | Mar 3, 2025 |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Copies | Copy Charges | $0.25 | 35 | $8.75 |
| Out-of-State (IMMEDIATE - CSC/CT Corp/Medical SDT rate - subject to CPS staff's discretion) | Service of Process - IMMEDIATE (Discount) | $250.00 | 1 | $250.00 |

| | | |
|---|---|---|
| Please provide the invoice number on your check. FEIN: | Total: | $258.75 |
| Please pay the "Balance Due" within 21 days. | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$258.75** |
| Payment can be made via ACH. | | |
| Bank: Wells Fargo | | |
| Account #     2464 | | |
| Routing #    1220 | | |
| Please include Billing@capitolprocess.com on your remittance email(s) | | |

Capitol Process Services, Inc.   •   7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Call: 202-667-0050   •   Visit: www.capitolprocess.com

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

**INVOICE: 12811535**
Issued: Mar 19, 2025
Sent to: Daniel Baquet

**Weil Gotshal & Manges LLP - NY**
Brian Liegel, Esquire
767 Fifth Avenue
New York, New York 10153

PAY TO:
**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

| Case: | 2:22-cv-01599-KKE | Plaintiff / Petitioner: | Steven Floyd, et al. | Recipient: | Parzivand Enterprises d/b/a |
|-------|-------------------|-------------------------|----------------------|------------|------------------------------|
| Job: | 12811535 (15096.0341) | Defendant / Respondent: | Amazon.com Inc., et al. | | WorldWide Distributors c/o Jonathan Parzivand, Registered Agent |
| | | | | Service Address: | 7636 Burnet Avenue, Van Nuys, California 91405 |
| | | | | Service Date: | Mar 3, 2025 |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Copies | Copy Charges | $0.25 | 34 | $8.50 |
| Out-of-State - IMMEDIATE | Service of Process - IMMEDIATE | $275.00 | 1 | $275.00 |

Please provide the invoice number on your check. FEIN:
Please pay the "Balance Due" within 21 days.

Payment can be made via ACH.
Bank: Wells Fargo
Account # 2464
Routing # 1220

Please Include Billing@capitolprocess.com on your remittance email(s)

Total: $283.50
Amount Paid: ($0.00)
**Balance Due: $283.50**

Capitol Process Services, Inc.  •  7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Call: 202-667-0050  •  Visit: www.capitolprocess.com

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

**INVOICE: 12811537**
Issued: Mar 27, 2025
Sent to: Daniel Baquet and Nationwide CPS

**Weil Gotshal & Manges LLP - NY**
Brian Liegel, Esquire
767 Fifth Avenue
New York, New York 10153

PAY TO:
**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

| Case: | 2:22-cv-01599-KKE | Plaintiff / Petitioner: | Steven Floyd, et al. | Recipient: | e8za d/b/a Tek Star c/o Xiang |
|---|---|---|---|---|---|
| Job: | 12811537 (15096.0341) | Defendant / Respondent: | Amazon.com Inc., et al. | | Xue, Registered Agent |
| | | | | Service Address: | 215 South Broadway, Suite 296, Salem, New Hampshire 03079 |
| | | | | Service Date: | Mar 3, 2025 |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Copies | Copy Charges | $0.25 | 34 | $8.50 |
| Out-of-State (IMMEDIATE - CSC/CT Corp/Medical SDT rate - subject to CPS staff's discretion) | Service of Process - IMMEDIATE (Discount) | $250.00 | 1 | $250.00 |

| Please provide the invoice number on your check. FEIN: | Total: | $258.50 |
|---|---|---|
| Please pay the "Balance Due" within 21 days. | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$258.50** |

Payment can be made via ACH.
Bank: Wells Fargo
Account #          2464
Routing #     1220

Please Include Billing@capitolprocess.com on your remittance email(s)

**Capitol Process Services, Inc.**
7500 Greenway Center Drive, Suite 420
Greenbelt, MD 20770

**INVOICE:  13062876**
Issued:  Apr 23, 2025
Sent to: Daniel Baquet

**Weil, Gotshal & Manges LLP (Miami, FL)**
Brian Liegel, Esquire
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

PAY TO:
**Capitol Process Services, Inc.**
**7500 Greenway Center Drive, Suite 420**
**Greenbelt, MD 20770**

| Case: | 2:22-cv-01599-KKE | Plaintiff / Petitioner: | Steven Floyd, et al. | Recipient: | Parzivand Enterprises d/b/a |
|---|---|---|---|---|---|
| Job: | 13062876 (15096.0341) | Defendant / Respondent: | Amazon.com Inc., et al. | | WorldWide Distributors |
| | | | | Service Address: | Company: 7636 Burnet Avenue, Van Nuys, California 91405 |
| | | | | Service Date: | Apr 9, 2025 |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Copies | Copy Charges | $0.25 | 35 | $8.75 |
| Out-of-State - RUSH | Service of Process - RUSH | $225.00 | 1 | $225.00 |

Please provide the invoice number on your check. FEIN:
Please pay the "Balance Due" within 21 days.

Payment can be made via ACH.
Bank: Wells Fargo
Account #        2464
Routing #        1220

Please Include Billing@capitolprocess.com on your remittance email(s)

| | |
|---|---|
| Total: | $233.75 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$233.75** |

Capitol Process Services, Inc.  ·  7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Call: 202-667-0050  ·  Visit: www.capitolprocess.com

# *Capitol Process Services, Inc.*

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770

Phone 202 667-0050 -- FAX 202 667-2520
info@capitolprocess.com

**Due By: 01/19/2025**
Invoice Date: 12/20/2024
Invoice #: 2013407

Eric S. Hochstadt, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**ACH PAYMENT DETAILS HAVE CHANGED
PLEASE READ BELOW**

**Wells Fargo Bank**
**Name on Account**: Capitol Process Services Inc.
**Type of Account**: Checking
**Routing No.:** 1220
**Account No.:** 2464
**Please include Job/Invoice #'s to Remittance email:**
**Billing@capitolprocess.com**

Job#: 2013407
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$558.50

| Job #: 2013407  Client Matter #: N/A<br>Plaintiff: Steven Floyd, et al.<br>Defendant: Amazon.com Inc., et al.<br>Case No. 2:22-cv-01599-KKE | Recipient:<br>PBEF LLC c/o Priva Fischweicher, Registered<br>Agent<br>7258 NW 64th Terrace, Suite 101, Parkland,<br>Florida 33067 | | Date Received:<br>11/27/2024<br>Completed:<br>12/2/2024 |
|---|---|---|---|
| **Description** | **Qty** | **Fee** | **Total Fee** |
| Copy Charges | 34 | $0.25 | $8.50 |
| Attempted Service of Process / Incorrect Address: | 1 | $175.00 | $175.00 |
| 6574 North State Road 7, Suite 446, Coconut Creek, Florida 33073 | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| Service of Process: | 1 | $175.00 | $175.00 |
| 7258 NW 64th Terrace, Suite 101, Parkland, Florida 33067 | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $558.50 |

**TOTAL INVOICE AMOUNT DUE:**

$558.50

Terms: Thank you for your business. Please provide the invoice number on your check. FEIN:

