The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**SUPPLEMENTAL DECLARATION OF JOHN GOLDMARK IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

SUPPLEMENTAL GOLDMARK DECLARATION ISO MOTION FOR ATTORNEYS' FEES AND COSTS (2:22-CV-01599-KKE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, John A. Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP ("DWT"), counsel for defendant Amazon.com, Inc. ("Amazon") in this matter. I submit this supplemental declaration in response to the Clerk's request for invoices supporting Amazon and Apple's request for costs. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I was personally responsible for overseeing the work by DWT relating to our representation of Amazon in this matter. I am personally responsible for reviewing invoices detailing costs incurred by DWT on behalf of Amazon in this matter.

3. **Total Amount of Costs Incurred**. As set forth in the attached summary, DWT incurred $45.10 in taxable costs for this matter.

   a. The following table reflects the itemized taxable cost incurred by Davis Wright Tremaine on behalf of Amazon:

   | Date | Base Amt | Narrative |
   |---|---|---|
   | 2/12/2025 | $45.10 | Court reporting service - NANCY L BAUER CCR RPR (NANCY L BAUER) - 02/12/2025, 2/6/25 Hearing Transcript |

   b. As reflected in the table above, Davis Wright Tremaine incurred $45.10 in costs for obtaining an electronically recorded hearing transcript on behalf of Amazon. This cost was reasonable and necessary for this case.

   c. *Exhibit A* is a true and correct copy of an invoice for the costs incurred from court reporting services as identified on Exhibit A. This invoice was redacted in accordance with Fed. R. Civ. P. 5.2 and LCR 5.2.

   d. Amazon previously sought reimbursement for costs incurred by Davis Wright Tremaine from filing fees related to Pro Hac Vice applications (Dkt. 264), but is no longer seeking those costs.

//

SUPPLEMENTAL GOLDMARK DECLARATION ISO MOTION
FOR ATTORNEYS' FEES AND COSTS (2:22-CV-01599-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1     I declare under penalty of perjury the foregoing is true and correct.

2     Executed on this 4th day of December, 2025, in Seattle, Washington.

                                *s/ John A. Goldmark*
                                John A. Goldmark

SUPPLEMENTAL GOLDMARK DECLARATION ISO MOTION
FOR ATTORNEYS' FEES AND COSTS (2:22-CV-01599-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

UNITED STATES DISTRICT COURT
Western District of Washington

INVOICE 20251627

Christine Kruger
Davis Wright Tremaine
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

**MAKE CHECKS PAYABLE TO:**
Nancy L Bauer, CCR, RPR
Federal Official Court Reporter
[redacted]
Seattle, WA 98101
[redacted]
nancy_bauer@wawd.uscourts.gov
Tax ID: [redacted] 7601

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 02-07-2025
DATE DELIVERED: 02-12-2025

**In the matter of:** C22-01599, Floyd v Amazon, et al.

February 6, 2025, motions hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | 41 | 1.10 | 45.10 | | | | 45.10 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | | |
| | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 45.10 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 45.10 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Nancy L. Bauer
DATE: 02-12-2025

**DISTRIBUTION:**  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR