The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN FLOYD, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,

    Defendant.

No. 2:22-cv-01599-KKE

**JOINT STATUS REPORT**

The Parties submit this joint status report in accordance with the Court's December 2, 2025, Order, which directed the Parties to meet and confer on the need for depositions of Plaintiffs' experts and any impact depositions may have on the briefing schedule for Plaintiffs' Rule 59/60 Motion. *See* Dkt. 283. Defendants have advised Plaintiffs that they intend to depose Plaintiffs' experts, and the Parties are actively discussing parameters for those depositions and a briefing schedule for the Rule 59/60 Motion. The Parties believe that additional time to meet and confer may assist them in resolving, or at least narrowing, disputes on these issues. Unless directed otherwise by the Court, the Parties will continue the meet-and-confer process and submit no later than December 19, 2025, a stipulated motion or, if necessary, brief position statements on any issues in dispute.

JOINT STATUS REPORT - 1
(2:22-cv-01599-KKE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| **HAGENS BERMAN SOBEL SHAPIRO LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| /s/ *Steve W. Berman* | /s/ *Mark S. Parris* |
| Steve W. Berman (WSBA No. 12536) | Mark S. Parris (WSBA No. 18370) |
| Theodore Wojcik (WSBA No. 55553) | 401 Union Street, Suite 3300 |
| Meredith Simons (WSBA No. 62622) | Seattle, WA 98101 |
| 1301 Second Avenue, Suite 2000 | Telephone:  (206) 839 4300 |
| Seattle, WA 98101 | Facsimile:  (206) 839 4301 |
| Telephone:  (206) 623-7292 | mparris@orrick.com |
| Facsimile:  (206) 623-0594 | |
| steve@hbsslaw.com | Eric Hochstadt (admitted *pro hac vice*) |
| tedw@hbsslaw.com | 51 West 52nd Street |
| merediths@hbsslaw.com | New York, NY 10019 |
| | Telephone:  (212) 506 5000 |
| Ben Harrington *(pro hac vice)* | Facsimile:  (212) 506 5151 |
| Benjamin J. Siegel *(pro hac vice)* | ehochstadt@orrick.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 300 | **O'MELVENY & MYERS LLP** |
| Berkeley, CA 94710 | |
| Telephone:  (510) 725-3000 | /s/ *Anna T. Pletcher* |
| Facsimile:  (510) 725-3001 | Anna T. Pletcher (admitted *pro hac vice*) |
| benh@hbsslaw.com | Two Embarcadero Center |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone:  (415) 984 8700 |
| *Attorneys for Plaintiffs and the Proposed Class* | Facsimile:  (415) 984 8701 |
| | apletcher@omm.com |
| | |
| | Benjamin Bradshaw (admitted *pro hac vice*) |
| | Sergei Zaslavsky (admitted *pro hac vice*) |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Telephone:  (202) 383 5300 |
| | Facsimile:  (202) 383 5414 |
| | bbradshaw@omm.com |
| | szaslavsky@omm.com |
| | |
| | *Attorneys for Apple Inc.* |

JOINT STATUS REPORT - 2
(2:22-cv-01599-KKE)

**DAVIS WRIGHT TREMAINE**

/s/ *John Goldmark*
John Goldmark (WSBA No. 40980)
MaryAnn Almeida (WSBA No. 49086)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com

**SIDLEY AUSTIN**

/s/ *Benjamin M. Mundel*
Benjamin M. Mundel (admitted *pro hac vice*)
Mark D. Hopson (admitted *pro hac vice*)
Jacqueline E. Fradette (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
jfradette@sidley.com

*Attorneys for Amazon.com, Inc.*

JOINT STATUS REPORT - 3
(2:22-cv-01599-KKE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax