UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN FLOYD, et al.,

              Plaintiff(s),

  v.

AMAZON.COM INC., et al.,

              Defendant(s).

CASE NO. C22-1599-KKE

ORDER ON JOINT STATUS REPORT

The parties filed a joint status report to address outstanding discovery and scheduling disputes. After reviewing the parties' submission (Dkt. No. 290), the Court ORDERS that this case conform to the following schedule:

| Event | Current Deadline |
|---|---|
| Defendants complete depositions of Plaintiffs' experts[1] | February 6, 2026 |
| Defendants' opposition to Plaintiffs' Rule 59/60 motion, with expert report(s) | March 13, 2026 |
| Defendants' motion(s) to exclude Plaintiffs' expert(s) | March 13, 2026 |
| Plaintiffs complete deposition(s) of Defendants' expert(s) | April 10, 2026 |

---

[1] All depositions authorized under this schedule, for both Plaintiffs and Defendants, shall be subject to a cumulative limit of 4 hours on the record per witness.

ORDER ON JOINT STATUS REPORT - 1

| Plaintiffs' reply in support of Rule 59/60 motion | April 24, 2026 |
| --- | --- |
| Plaintiffs' opposition(s) to Defendants' motion(s) to exclude Plaintiffs' expert(s) | April 24, 2026 |
| Plaintiffs' motion(s) to exclude Defendants' expert(s) | April 24, 2026 |
| Defendants' reply(s) in support of their motion(s) to exclude Plaintiffs' expert(s) | May 15, 2026 |
| Defendants' opposition(s) to Plaintiffs' motion(s) to exclude Defendants' expert(s) | May 15, 2026 |
| Plaintiffs' reply(s) in support of their motion(s) to exclude Defendants' expert(s) | May 29, 2026 |

The clerk is directed to RE-NOTE the Rule 59/60 motion (Dkt. No. 256) for May 29, 2026, as it will not be ready to resolve until the briefing on the motion(s) to exclude is complete.

The clerk is further directed to TERMINATE motions on fees and costs (Dkt. Nos. 262, 270), pending reactivation as contemplated in a prior order to stay (Dkt. No. 280).

Last, the clerk is directed to TERMINATE the motion for *in camera* review (Dkt. No. 261) as mooted by the Court's previous order (Dkt. No. 283). Plaintiffs may amend or supplement their previous filings to include Exhibit 1 (Dkt. No. 257-1) on the public docket.

Dated this 22nd day of December, 2025.

Kymberly K. Evanson
United States District Judge