The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, JOLENE FURDEK, JONATHAN RYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-01599-KKE<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE OVER-LENGTH OPPOSITION** |

Defendants' motion for leave to file overlength oppositions (Dkt. No. 296) is GRANTED. Defendants may file opposition briefs with a combined word count of up to 7,600 words, to be divided at Defendants' discretion. Hagens Berman may file a reply brief with 50% of the total combined word count of Defendants' opposition briefs.

DATED this 6th day of March, 2026.

Kymberly K. Evanson
United States District Judge