The Honorable Kymberly K. Evanson

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STEVEN FLOYD, et al., | Case No. 2:22-cv-01599-KKE |
| Plaintiffs, | **DECLARATION OF BENJAMIN G. BRADSHAW IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(E) & 60(B) AND DEFENDANTS' *DAUBERT* MOTION** |
| v. | |
| AMAZON.COM INC., a Delaware corporation, and APPLE INC., a California corporation, | |
| Defendants. | NOTE ON MOTION CALENDAR: May 29, 2026 |
| | ORAL ARGUMENT REQUESTED |

I, Benjamin G. Bradshaw, hereby declare as follows:

1.      I am a partner at O'Melveny & Myers LLP, counsel for Defendant Apple Inc. ("Apple") in this action.  I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Alter or Amend Judgment and for Relief Therefrom Pursuant to Rules 59(e) & 60(b) and Defendants' *Daubert* Motion.  I am over the age of 18 and competent to testify to the facts below.

2.      Attached as **Exhibit 1** is a true and correct copy of PLAINTIFFS_000013 (January 16, 2024 Floyd email).

DECLARATION ISO APPLE'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(E) & 60(B) AND DEFENDANTS' DAUBERT MOTION - 2:22-cv-01599 KKE

1

3. Attached as **Exhibit 2** is a true and correct copy of PLAINTIFFS_000011 (January 16, 2024 Floyd email).

4. Attached as **Exhibit 3** is a true and correct copy of PLAINTIFFS_000018 (January 24, 2024 Hagens text).

5. Attached as **Exhibit 4** is a true and correct copy of PLAINTIFFS_000019 (February 1, 2024 Hagens text).

6. Attached as **Exhibit 5** is a true and correct copy of PLAINTIFFS_000021 (February 26, 2024 Hagens email).

7. Attached as **Exhibit 6** is a true and correct copy of Expert Report of Mark J. Fucile, In Support of Defendants' Opposition to Plaintiffs' Motion to Alter or Amend Judgment and for Relief Therefrom Pursuant to Rules 59(e) & 60(b).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the June 16, 2025 hearing on Apple's Motion to Reconsider.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the January 30, 2026 deposition of Nellie Q. Barnard (Plaintiffs' expert).

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the February 14, 2026 deposition of Brooks Holland (Plaintiffs' expert).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the January 23, 2026 deposition of Kevin Bank (Plaintiffs' expert).

12. Attached as **Exhibit 11** is a true and correct copy of PLAINTIFFS_000052 (August 30, 2024 Hagens letter).

13. Attached as **Exhibit 12** is a true and correct copy of PLAINTIFFS_000029 (August 16, 2024 Hagens email).

14. Attached as **Exhibit 13** is a true and correct copy of PLAINTIFFS_000030 (August 19, 2024 Hagens letter).

15. Attached as **Exhibit 14** is a true and correct copy of PLAINTIFFS_000046

DECLARATION ISO APPLE'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(E) & 60(B) AND DEFENDANTS' DAUBERT MOTION - 2:22-cv-01599 KKE

2

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
+1 (202) 383-5300

(August 27 & 28, 2024 Hagens and Floyd texts).

16.     Attached as **Exhibit 15** is a true and correct copy of PLAINTIFFS_000051 (August 28, 2024 Floyd email).

17.     Attached as **Exhibit 16** is a true and correct copy of PLAINTIFFS_000022 (March 1, 2024 Floyd email).

SIGNED this 13th day of March, 2026 in Washington, D.C.

*/s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw

DECLARATION ISO APPLE'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(E) & 60(B) AND DEFENDANTS' DAUBERT MOTION - 2:22-cv-01599 KKE

3

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
+1 (202) 383-5300