The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JOLENE FURDEK and JONATHAN RYAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,

Defendants.

Case No. 2:22-cv-01599-KKE

**DECLARATION OF DAVID J. ELKANICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF KEVIN BANK, NELLIE BARNARD, AND BROOKS HOLLAND AND IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF THEREFROM PURSUANT TO RULES 59(e) & 60(b)**

**NOTE ON MOTION CALENDAR:**
May 29, 2026

DECLARATION OF DAVID J. ELKANICH
Case No. 2:22-cv-01599-KKE
011121-11/3549960 V1

BUCHALTER LLP
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101
Telephone:  206-319-7052

I, DAVID J. ELKANICH, declare as follows:

I am an attorney duly licensed to practice law before this court. I am a member of the Washington Bar and Counsel for Plaintiffs in the above-captioned action. I make this Declaration In Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of Kevin Bank, Nellie Barnard, and Brooks Holland and In Support of Plaintiffs' Reply in Support of Motion to Alter or Amend Judgment and for Relief Therefrom Pursuant to Rules 59(e) & 60(b). Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

1.    Attached is true and correct copy of the following document.

| Ex. | Description |
|---|---|
| A | Excerpts of the Deposition of Mark J. Fucile, taken April 9, 2026 |
| B | Email from Ben Harrington to Steven Floyd, dated February 26, 2024 |
| C | Declaration of Mark J. Fucile, dated August 30, 2007, in *Assurance Co. of Am. v. MDF Framing, Inc.*, No. 3:06-cv-169-MO (D. Or.), ECF No. 139 |
| D | Amended Floyd Communications Log |
| E | Email from Meredith Simons to Steven Floyd, dated March 1, 2024 |
| F | Excerpts of the Deposition of Brooks Holland, taken February 4, 2026 |
| G | Excerpts of the Deposition of Nellie Q. Barnard, taken January 30, 2026 |
| H | ABA, *Legal Ethics, Law. Deskbk. Prof. Resp.* § 1-9 (2025-2026 ed.) |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of April, 2026 at Seattle, Washington.

*/s/ David J. Elkanich*
David J. Elkanich

DECLARATION OF DAVID J. ELKANICH - 1
Case No. 2:22-cv-01599-KKE
011121-11/3549960 V1

BUCHALTER LLP
1420 Fifth Avenue, Suite 3100
Seattle, WA  98101
Telephone:  206-319-7052

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 24, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ David J. Elkanich*
David J. Elkanich

DECLARATION OF DAVID J. ELKANICH - 2
Case No. 2:22-cv-01599-KKE
011121-11/3549960 V1