# Exhibit B

| | |
|---|---|
| **From:** | Ben Harrington |
| **To:** | Redsoxnrams@msn.com |
| **Cc:** | Ben Siegel; Meredith Simons |
| **Subject:** | Amazon/Apple litigation - privileged and confidential |
| **Date:** | Monday, February 26, 2024 5:11:58 PM |

Steven:  We have been unable to reach you for several weeks now.  First off, I want to reiterate that we hope everything is ok.  If there are challenges in your personal or professional life that have prevented you from engaging on this matter, please let us know.  We want to give you every opportunity to continue serving as a class representative, particularly given your enthusiasm for the case up until this lapse in communication.  Please call me at 510.725.3034.

We also want to alert you that, as a precaution, we intend to file a motion with the Court this week requesting leave to add two additional class representatives.  We are not asking that you be removed as a class representative at this time, because you have not withdrawn, and may still wish to participate in the case as a named plaintiff.  We understand that the defendants intend to oppose the motion to amend.

If you have any questions about this, please let us know.  If we do not hear from you, we will assume that you consent, and have no objection, to us filing the motion to add additional class representatives.

And as always, we are standing by to speak at your convenience.  We do hope to regain contact soon to discuss next steps.  If you want to withdraw as a class representative, please let us know that affirmatively.

Best,

Ben


--
**Ben Harrington | Partner**

Hagens Berman Sobol Shapiro LLP
Berkeley, CA
(510) 725-3034
benh@hbsslaw.com

News  |  Cases  |  Twitter  |  Facebook

PLAINTIFFS_000021