# Exhibit D

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 1 | Email | 09/22/2023 2:24:42 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | "Ben Harrington" <benh@hbsslaw.com>, "Shelby Smith" <shelby@hbsslaw.com>, "Meredith Simons" <merediths@hbsslaw.com> | Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | YES | Defendants' First RFPs to Plaintiffs, dated 09/05/2023 | Communication from counsel for purposes of providing legal advice related to Defendants' document requests and responses thereto. |
| 2 | Email | 09/24/2023 6:55:53 AM PDT | Steven Floyd <redsoxnrams@msn.com> | Ben Siegel <bens@hbsslaw.com> | | Re: Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | NO | | Communication relating to, and for purposes of receiving, legal advice related to Defendants' document requests and responses thereto. |
| 3 | Telephone Call | 9/28/2023 | Meredith Simons | Steven Floyd | | | | | |
| 4 | Email | 09/28/2023 8:51:14 PM PDT | Meredith Simons <merediths@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | Ben Siegel <bens@hbsslaw.com>, Ben Harrington <benh@hbsslaw.com>, "Shelby Smith" <shelby@hbsslaw.com> | RE: Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | NO | | Communication from counsel for purposes of providing legal advice related to Defendants' document collections. |
| 5 | Text Message | 10/03/2023 9:14 AM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to Defendants' document requests and responses thereto. |
| 6 | Text Message | 10/3/2023 9:14 AM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to Defendants' document requests and responses thereto. |
| 7 | Text Message | 10/3/2023 9:16 AM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to Defendants' document requests and responses thereto. |
| 8 | Text Message | 10/3/2023 9:16 AM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to Defendants' document requests and responses thereto. |
| 9 | Text Message | 10/3/2023 9:17 AM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to Defendants' document requests and responses thereto. |
| 10 | Text Message | 10/3/2023 9:17 AM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to Defendants' document requests and responses thereto. |
| 11 | Telephone Call | 10/3/2023 | Meredith Simons | Steven Floyd | | | | | |
| 12 | Text Message | 11/16/2023 12:21 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 13 | | | | | | | | | |

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A Communication Type | B Date Sent | C From | D To | E Cc | F Subject | G Has Attachments | H Attachment Names | I Privilege Basis for Documents Withheld |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Text Message | 11/16/2023 12:21 PM PDT | Steven Floyd | Meredith Simons | | | | | Communication responding to counsel message for purposes of providing legal advice related to discovery. |
| 15 | Text Message | 11/16/2023 12:24 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 16 | Telephone Call | 11/16/2023 12:24 PM PDT | Steven Floyd | Meredith Simons | | | | | |
| 17 | Telephone Call (No Answer) | 11/20/2023 2:07 PM PDT | Meredith Simons | Steven Floyd | | | | | |
| 18 | Telephone Call (Missed Call - No Voice Message) | 11/20/2023 2:52 PM PDT | Steven Floyd | Meredith Simons | | | | | |
| 19 | Telephone Call (Missed Call - No Voice Message) | 11/24/2023 2:53 PM PDT | Steven Floyd | Meredith Simons | | | | | |
| 20 | Text Message | 12/20/2023 1:58 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 21 | Text Message | 12/20/2023 2:00 PM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 22 | Text Message | 12/20/2023 2:03 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 23 | Text Message | 12/20/2023 2:31 PM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 24 | Text Message | 12/20/2023 2:44 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 25 | Text Message | 12/20/2023 3:13 PM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 26 | Telephone Call | 12/21/2023 9:26 AM PDT | Meredith Simons | Steven Floyd | | | | | |

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 27 | Text Message | 1/11/2024 9:51 AM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 28 | Text Message | 1/11/2024 9:52 AM PDT | Steven Floyd | Meredith Simons | | | | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 29 | Telephone Call | 1/11/2024 9:56 AM PDT | Meredith Simons | Steven Floyd | | | | | |
| 30 | Email | 01/16/2024 10:15 AM PST | Meredith Simons <merediths@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | Ben Harrington <benh@hbsslaw.com>, Ben Siegel <bens@hbsslaw.com> | Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | NO | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 31 | Email | 01/16/2024 11:27 AM PST | Steven Floyd <redsoxnrams@msn.com> | Meredith Simons <merediths@hbsslaw.com> | | Re: Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | NO | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 32 | Email | 01/16/2024 11:56 AM PST | Meredith Simons <merediths@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com> | | RE: Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | YES | Protective Order, dated 12/15/2023 | Communication from counsel for purposes of providing legal advice related to discovery. |
| 33 | Email | 01/16/2024 12:25 PM PST | Steven Floyd <redsoxnrams@msn.com> | Meredith Simons <merediths@hbsslaw.com> | | Re: Floyd v. Apple/Amazon (Attorney-Client Privileged Communication) | NO | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 34 | Telephone Call (No Answer) | 01/16/2024 12:28 PM PDT | Meredith Simons | Steven Floyd | | | | | |
| 35 | Text Message | 01/24/2024 10:01 AM PDT | Ben Siegel | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 36 | Telephone Call (No Answer) | 02/01/2024 12:32 PM PST | Meredith Simons | Steven Floyd | | | | | |
| 37 | Text Message | 02/01/2024 12:34 PM PDT | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 38 | Email | 02/26/2024 5:12:06 PM PST | Ben Harrington <benh@hbsslaw.com> | "Redsoxnrams@msn.com" <Redsoxnrams@msn.com> | Ben Siegel <bens@hbsslaw.com>, Meredith Simons <merediths@hbsslaw.com> | Amazon/Apple litigation - privileged and confidential | NO | | Communication from counsel for purposes of providing legal advice related to litigation strategy and amendments to pleadings. |
| 39 | Email | 03/01/2024 12:59:18 PM PST | Meredith Simons <merediths@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | Ben Harrington <benh@hbsslaw.com>, Ben Siegel <bens@hbsslaw.com> | Discovery responses in Apple/Amazon case | YES | Draft Responses and Objections to Defendants' First Set of Interrogatories | Communication from counsel for purposes of providing legal advice related to discovery responses and amendments to pleadings. |

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 40 | Telephone Call (No Answer) | 05/08/2024 1:45 PM PST | Meredith Simons | Steven Floyd | | | | | |
| 41 | Text Message | 05/08/2024 1:48 PM PST | Meredith Simons | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to court order. |
| 42 | Email | 05/09/2024 10:42:10 AM PDT | "Ben Harrington" <benh@hbsslaw.com> | "redsoxnrams@msn.com" <Redsoxnrams@msn.com>, "stevencfloydiii@gmail.com" <stevencfloydiii@gmail.com>, "scerf919@tivejo.com" <scerf919@tivejo.com> | | Amazon/Apple Lawsuit - Deposition Notice | YES | 05/08/24 Letter from John Goldmark Re "Amazon's Notice of Deposition of Plaintiff Steven Floyd" | Communication from counsel for purposes of providing legal advice related to deposition notice and litigation strategy. |
| 43 | Email | 05/17/2024 4:50:58 PM PDT | "Ben Harrington" <benh@hbsslaw.com> | "redsoxnrams@msn.com" <Redsoxnrams@msn.com>, "stevencfloydiii@gmail.com" <stevencfloydiii@gmail.com>, "scerf919@tivejo.com" <scerf919@tivejo.com> | | RE: Amazon/Apple Lawsuit - Deposition Notice | YES | 05/15/2024 Amended Notice of Videotaped Deposition of Steven Floyd | Communication from counsel for purposes of providing legal advice related to deposition notice and litigation strategy. |
| 44 | Email | 06/03/2024 6:26:28 PM PDT | "Ben Harrington" <benh@hbsslaw.com> | "redsoxnrams@msn.com" <Redsoxnrams@msn.com>, "stevencfloydiii@gmail.com" <stevencfloydiii@gmail.com>, "scerf919@tivejo.com" <scerf919@tivejo.com> | | RE: Amazon/Apple Lawsuit - Deposition Notice | YES | 05/24/2024 Amended Case Scheduling Order | Communication from counsel for purposes of providing legal advice related to court order. |
| 45 | Email | 08/16/2024 8:07:59 PM PDT | "Ben Harrington" <benh@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | | Apple & Amazon Lawsuit | YES | 8/16/2024 Order Granting Defendants' Motion to Compel | Communication from counsel for purposes of providing legal advice related to court order. |
| 46 | Letter | 8/19/2024 | Ben Harrington | Steven Floyd | | Amazon-Apple Lawsuit - Court Order Compelling Discovery | YES | 8/16/2024 Order Granting Defendants' Motion to Compel | Communication from counsel for purposes of providing legal advice related to court order. |
| 47 | Telephone Call (Missed Call- No Voice Message) | 08/20/2024 8:59 AM PDT | Steven Floyd | Ben Harrington | | | | | |
| 48 | Telephone Call (Missed Call- No Voice Message) | 08/20/2024 9:46 AM PDT | Steven Floyd | Ben Harrington | | | | | |
| 49 | Telephone Call (Missed Call- No Voice Message) | 08/21/2024 8:06 AM PDT | Steven Floyd | Ben Harrington | | | | | |

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I |
| 50 | Telephone Call (Missed Call - No Voice Message) | 08/21/2024 9:34 AM PDT | Steven Floyd | Ben Harrington | | | | | |
| 51 | Telephone Call | 8/21/2024 10:43 AM PDT | Ben Harrington | Steven Floyd | | | | | |
| 52 | Telephone Call (No Answer) | 8/21/2024 1:22 PM PDT | Ben Harrington | Steven Floyd | | | | | |
| 53 | Telephone Call | 8/21/2024 1:22 PM PDT | Steven Floyd | Ben Harrington | | | | | |
| 54 | Hand Delivery (Successful Attempt By Process Server) | 8/21/2024 6:40 PM EDT | | | | | YES | (1) 8/16/2024 Order Granting Defendants' Motion to Compel; (2) 08/19/2024 Letter from Counsel | |
| 55 | Email | 08/21/2024 2:10:27 PM PDT | Ben Harrington <benh@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | Meredith Simons <merediths@hbsslaw.com>, Ben Siegel <bens@hbsslaw.com> | Amazon-Apple Lawsuit - Document Collection Next Steps | YES | (1) Amazon's First Set of Interrogatories to Plaintiff, dated 01/31/2024; (2) Apple's First Set of Interrogatories to Plaintiff, dated 02/08/24. | Communication from counsel for purposes of providing legal advice related to discovery. |
| 56 | Email | 08/22/2024 1:46:51 PM PDT | Ben Harrington <benh@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | Meredith Simons <merediths@hbsslaw.com>, Ben Siegel <bens@hbsslaw.com> | RE: Amazon-Apple Lawsuit - Document Collection Next Steps | NO | | Communication from counsel for purposes of providing legal advice related to Defendants' discovery requests and responses thereto. |
| 57 | Telephone Call | 08/22/2024 2:46 PM PDT | Ben Siegel | Steven Floyd | | | | | |
| 58 | Text | 08/22/2024 2:50 PM PDT | Ben Siegel | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to Defendants' discovery requests and responses thereto. |
| 59 | Telephone Call (Missed Call) | 08/23/2024 9:35 AM PDT | Ben Siegel | Steven Floyd | | | | | |
| 60 | Email | 08/27/2024 1:11:28 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "redsoxnrams@msn.com" <redsoxnrams@msn.com> | "Ben Harrington" <benh@hbsslaw.com> | How to generate App Password for MSN Email | NO | | Communication from counsel for purposes of providing legal advice related to Defendants' discovery requests and responses thereto. |
| 61 | Email | 08/27/2024 1:13:31 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "redsoxnrams@gmail.com" <redsoxnrams@gmail.com> | | How to generate App Password for GMAIL Email | NO | | Communication from counsel for purposes of providing legal advice related to Defendants' discovery requests and responses thereto. |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 62 | Telephone Call (Missed Call - No Voice Message) | 08/27/2024 7:40 AM PDT | Steven Floyd | Ben Siegel | | | | | |
| 63 | Telephone Call (Missed Call - Voice Message] | 08/27/2024 7:41 AM PDT | Steven Floyd | Ben Siegel | | | | | Communication relating to, and for purposes of receiving, legal advice related to Defendants' discovery requests and responses thereto. |
| 64 | Text Message | 08/27/2024 9:38 AM PDT | Ben Siegel | Steven Floyd | | | | | Communication from counsel for purposes of providing legal advice related to discovery. |
| 65 | Text Message | 08/27/2024 9:39 AM PDT | Steven Floyd | Ben Siegel | | | | | Communication relating to, and for purposes of receiving, legal advice related to discovery. |
| 66 | Telephone Call | 08/27/2024 10:01 AM PDT | Ben Siegel | Steven Floyd | | | | | |
| 67 | Telephone Call | 08/27/2024 1:00 PM PDT | Ben Siegel | Steven Floyd | | | | | |
| 68 | Text Message | 08/27/2024 3:19 PM PDT | Steven Floyd | Ben Siegel | | | | | Communication relating to legal advice concerning discovery obligations. |
| 69 | Telephone Call (Cancelled Call) | 08/28/2024 2:54 PM PDT | Ben Siegel | Steven Floyd | | | | | |
| 70 | Telephone Call (No Answer) | 08/28/2024 2:54 PM PDT | Ben Siegel | Steven Floyd | | | | | |
| 71 | Email | 08/28/2024 8:54:52 AM PDT | Steven Floyd <redsoxnrams@gmail.com> | Ben Siegel <bens@hbsslaw.com> | | | | | Communication relating to legal advice concerning discovery obligations. |
| 72 | Letter | 8/30/2024 | Ben Harrington | Steven Floyd | | Amazon-Apple Lawsuit - Court Order Compelling Discovery | YES | (1) Certified Copy of 8/16/2024 Order Granting Defendants' Motion to Compel; (2) Protocol Regarding Discovery of Electronically Stored Information | Communication from counsel for purposes of providing legal advice related to discovery obligations. |
| 73 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/05/2024 7:38 PM EDT | | | | | YES | (1) Certified Copy of 8/16/2024 Order Granting Defendants' Motion to Compel; (2) Protocol Regarding Discovery of Electronically Stored Information; (3) August 30, 2024 Letter from Ben Harrington to Steven Floyd | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 74 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/07/2024 3:18 PM EDT | | | | | YES | (1) Certified Copy of 8/16/2024 Order Granting Defendants' Motion to Compel; (2) Protocol Regarding Discovery of Electronically Stored Information; (3) August 30, 2024 Letter from Ben Harrington to Steven Floyd | |
| 75 | Email | 09/09/2024 5:32:40 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | (1) 08/30/2024 Letter from Ben Harrington to Steven Floyd; (2) 09/06/2024 Amended Notice of Videotaped Deposition of Steven Floyd | Communication from counsel for purposes of providing legal advice related to discovery obligations. |
| 76 | Letter | 9/10/2024 | Ben Harrington | Steven Floyd | | Amazon-Apple Lawsuit - Deposition Notice For Your Deposition (September 24) | YES | Apple Inc's Amended Notice of Videotaped Deposition of Steven Floyd | Communication from counsel for purposes of providing legal advice related to discovery obligations. |
| 77 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/11/2024 7:43 AM EDT | | | | | YES | (1) Certified Copy of 8/16/2024 Order Granting Defendants' Motion to Compel; (2) Protocol Regarding Discovery of Electronically Stored Information; (3) August 30, 2024 Letter from Ben Harrington to Steven Floyd | |
| 78 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/11/2024 7:47 AM EDT | | | | | YES | Apple Inc's Amended Notice of Videotaped Deposition of Steven Floyd | |
| 79 | Email | 09/12/2024 10:10:35 PM PDT | Ben Harrington <benh@hbsslaw.com> | Ben Siegel <bens@hbsslaw.com>, Steven Floyd <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | NO | | Communication from counsel for purposes of providing legal advice related to discovery obligations and anticipated case filings. |
| 80 | Email | 09/13/2024 5:19:44 PM PDT | Ben Harrington <benh@hbsslaw.com> | Ben Siegel <bens@hbsslaw.com>, Steven Floyd <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | Communication from counsel for purposes of providing legal advice related to discovery obligations and anticipated case filings. |
| 81 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/14/2024 1:56 PM EDT | | | | | YES | Apple Inc's Amended Notice of Videotaped Deposition of Steven Floyd | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 82 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/15/2024 7:59 PM EDT | | | | | YES | Apple Inc's Amended Notice of Videotaped Deposition of Steven Floyd | |
| 83 | Hand Delivery (Unsuccessful Attempt By Process Server) | 09/18/2024 7:30 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |
| 84 | Hand Delivery (Unsuccessful Attempt By Process Server) | 9/20/2024 10:52 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |
| 85 | Hand Delivery (Unsuccessful Attempt By Process Server) | 9/22/2024 7:45 AM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |
| 86 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/03/2024 7:45 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 87 | Letter | 10/4/2024 | Ben Harrington | Steven Floyd | | Amazon-Apple Lawsuit - Court Order Compelling Discovery | YES | (1) Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington in Support of Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (3) Motion to Seal Portions of Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (4) Apple Inc's Response to Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (5) Declaration of Brian G Liegel in Support of Apple Inc.'s Response to Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (6) Amazon's Response to Hagens Berman Motion to Withdraw; (7) Reply in Support of Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington in Support of Reply in Support of Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (9)Motion to Seal Portions of the Declaration of Ben M. Harrington in Support of Reply in Support of Hagens Berman Sobol Shapiro LLP's Motion to Withdraw as Counsel for Plaintiff Steven Floyd | Communication from counsel for purposes of providing legal advice related to discovery obligations and case filings. |
| 88 | Email | 10/04/2024 2:24:33 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | (1) Reply ISO Motion to Withdraw as Counsel to Steven Floyd; (2) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (3) Motion to Seal Portions of Harrington Declaration; (4) Apple's Response to Motion to Withdraw; (5) Amazon's Response to Motion to Withdraw; (6) Liegel Declaration ISO Apple's Response to Motion to Withdraw | Communication from counsel for purposes of providing legal advice related to discovery obligations and case filings. |
| 89 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/05/2024 3:04 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |
| 90 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/06/2024 7:44 AM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 91 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/08/2024 7:56 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 92 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/09/2024 4:02 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 93 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/10/2024 7:30 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 94 | Email | 10/14/2024 10:52:13 AM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | (1) Defendants' Motion for Discovery Sanctions; (2) Declaration of Brian G. Liegel ISO Motion for Discovery Sanctions | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 95 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/15/2024 3:29 PM EDT | | | | | | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 96 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/16/2024 6:15 PM EDT | | | | | | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 97 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/17/2024 8:10 AM EDT | | | | | | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw | |
| 98 | Email | 10/18/2024 11:27:50 AM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | NO | | Communication from counsel for purposes of providing legal advice related to discovery obligations and sanctions motion. |
| 99 | Email | 10/21/2024 2:55:46 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | (1) Response to Motion for Discovery Sanctions; (2) Harrington Declaration ISO Response to Motion for Discovery Sanctions | Communication from counsel for purposes of providing legal advice related to discovery obligations and sanctions motion. |

Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 100 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/22/2024 8:18 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (10) Response to Defendants' Motion for Discovery Sanctions; (11) Declaration of Ben M. Harrington ISO Response to Defendants' Motion for Discovery Sanctions | |
| 101 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/23/2024 4:40 PM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (10) Response to Defendants' Motion for Discovery Sanctions; (11) Declaration of Ben M. Harrington ISO Response to Defendants' Motion for Discovery Sanctions | |
| 102 | Hand Delivery (Unsuccessful Attempt By Process Server) | 10/25/2024 9:36 AM EDT | | | | | YES | (1) Motion to Withdraw as Counsel for Plaintiff Steven Floyd; (2) Declaration of Ben M. Harrington ISO Motion to Withdraw; (3) Motion to Seal Portions of Motion to Withdraw; (4) Apple's Response to Motion to Withdraw as Counsel to Steven Floyd; (5)Declaration of Brian G. Liegel ISO Apple's Response to Motion to Withdraw; (6) Amazon's Response to Motion to Withdraw; (7) Reply ISO Motion to Withdraw as Counsel to Plaintiff Steven Floyd; (8) Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (9) Motion to Seal Portions of Declaration of Ben M. Harrington ISO Reply ISO Motion to Withdraw; (10) Response to Defendants' Motion for Discovery Sanctions; (11) Declaration of Ben M. Harrington ISO Response to Defendants' Motion for Discovery Sanctions | |

# Amended Floyd Communications Log - Confidential - Subject to Protective Order

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Communication Type | Date Sent | From | To | Cc | Subject | Has Attachments | Attachment Names | Privilege Basis for Documents Withheld |
| 103 | Email | 10/29/2024 6:07:08 PM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | RE: Amended Notice of Deposition (Floyd v. Amazon et al.) | YES | Defendants' Reply ISO Motion for Discovery Sanctions | Communication from counsel for purposes of providing legal advice related to discovery obligations and sanctions motion. |
| 104 | Email | 10/30/2024 10:13:05 AM PDT | Ben Siegel, forwarding invite from: "Diyana Staples" <Diyana_Staples@wawd.uscourts.gov> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | | FW: C22-01599-KKE Floyd v. Amazon.com Inc et al - Oral Argument | YES | Calendar Invite for 11/5/2024 Hearing | |
| 105 | Email | 10/30/2024 10:22:59 AM PDT | "Ben Siegel" <bens@hbsslaw.com> | "Steven Floyd" <redsoxnrams@msn.com>, "Steven Floyd" <redsoxnrams@gmail.com> | "Ben Harrington" <benh@hbsslaw.com> | FW: 2:22-cv-01599-KKE Floyd v. Amazon.com Inc et al - Oral Argument | NO | | |