The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOLENE FURDEK and JONATHAN RYAN, on behalf of themselves and all others similarly situated,

            Plaintiffs,

v.

AMAZON.COM, INC. and APPLE INC.,

            Defendants.

Case No. 2:22-cv-01599-KKE

**NOTICE OF WITHDRAWAL**

TO: THE CLERK OF THE COURT

AND TO: ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that Meredith Simons hereby withdraws as counsel for Plaintiffs in the above-entitled action. Steve W. Beman, Theodore Wojcik, Ben Harrington and Benjamin J. Siegel of Hagens Berman Sobol Shapiro LLP shall remain counsel of record for Plaintiffs.

Dated: July 10, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Meredith Simons*
    Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
merediths@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF WITHDRAWAL – 1
(CASE NO. 2:22-CV-01599-KKE)

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 10, 2026, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Meredith Simons*
Meredith Simons (WSBA No. 62622)

NOTICE OF WITHDRAWAL – 2
(CASE NO. 2:22-CV-01599-KKE)

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX