The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN FLOYD, on behalf of himself and all others similarly situated,

                Plaintiff(s),

     v.

AMAZON.COM, INC., a Delaware corporation, and APPLE INC., a California corporation,

                Defendants.

Case No. 2:22-cv-01599-KKE

**STIPULATED MOTION AND [PROPOSED] ORDER TO STAY BRIEFING DEADLINES**

**NOTE ON MOTION CALENDAR:**
August 4, 2026

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Plaintiffs[1] Jolene Furdek and Jonathan Ryan (together, "Plaintiffs") and Defendants Amazon.com, Inc. and Apple Inc. (together, "Defendants," and with Plaintiffs, "the Parties"), by and through counsel, stipulate as follows:

1.    On September 29, 2025, the Court granted Apple Inc.'s Motion for Reconsideration and entered judgment in this action.  *See* ECF Nos. 250, 251.

2.    On October 24, 2025, the Court entered an Order granting a stipulation extending the deadline for Defendants' Motion(s) for Fees and Motion(s) for Costs to November 3, 2025. *See* ECF No. 255.  In the same Order, the Court extended the deadline for Plaintiffs' Opposition(s) to Defendants' Motion(s) for Fees and Motion(s) for Costs to December 2, 2025, and extended Defendants' Replies to these motions to December 8, 2025.  *Id.*

3.    On October 27, 2025, Plaintiffs filed a Motion to Alter Judgment and for Relief Therefrom Pursuant to Rules 59(e) and 60(b) ("Rule 59/60 Motion").  *See* ECF No. 256.

4.    On November 3, 2025, Defendants filed a Joint Motion for Attorneys' Fees and Costs.  *See* ECF No. 262.

5.    On November 24, 2025 the Parties filed a Stipulation Motion and Proposed Order to Stay Briefing Deadlines for Defendants' Motions for Fees and Costs until resolution of Plaintiffs' Rule 59/60 Motion.  The Parties stipulated that within seven days of the entry of a final decision and order on Plaintiffs' Rule 59/60 Motion, the Parties will meet and confer and, within the same seven day period, submit a proposed schedule to the Court for completing briefing on Defendants' Motions for Fees and Costs (either stipulated or through joint submission if contested). *See* ECF No. 279.

6.    On November 24, 2025, the Court entered the Parties stipulated stay request and stayed all briefing deadlines.  *See* ECF No. 280.

---

[1] Defendants do not stipulate that either Jolene Furdek or Jonathan Ryan are properly considered Plaintiffs in this matter, but accept this characterization for purposes of this stipulation.

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

7.    On July 28, 2026, this Court issued its Order denying Plaintiffs' Motion for Rule 59/60 Relief ("Order"). *See* ECF No. 313.

8.    Plaintiffs have since informed Defendants that they intend to file a Notice of Appeal.

9.    Accordingly, the Parties believe that there is good cause to continue to stay the briefing deadlines for Defendants' Motions for Fees and Costs until resolution of Plaintiffs' appeal.  For the reasons stated in the Parties' November 24, 2025 Stipulation, good cause continues to exist for the stay because the disposition of Plaintiffs' Appeal would likely inform the Court's consideration of Defendants' Motions for Fees and Costs. Defendants may also wish to amend their Motions for Fees and Costs pending the outcome of Plaintiffs' Appeal.  Plaintiffs reserve all rights with respect to any amended Motion for Fees and Costs.

10.    STIPULATED to and JOINTLY submitted this 4th day of August 2026.

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

**BUCHALTER LLP**

/s/*David J. Elkanich*

David J. Elkanich (WSBA No. 35956)
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101
Telephone: 206-319-7052
delkanich@buchalter.com


**HAGENS BERMAN SOBEL SHAPIRO LLP**

/s/*Steve W. Berman*

Steve W. Berman (WSBA No. 12536)

/s/*Theodora Wojcik*

Theodora Wojcik (WSBA No. 55553)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

Ben Harrington (pro hac vice)
Benjamin J. Siegel (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/*Mark S. Parris*

Mark S. Parris (WSBA No. 18370)
mparris@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:  +1 206 839 4300
Facsimile:  +1 206 839 4301

Eric Hochstadt (admitted *pro hac vice*)
ehochstadt@orrick.com
51 West 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

**O'MELVENY & MYERS LLP**

/s/*Benjamin Bradshaw*

Benjamin Bradshaw (admitted *pro hac vice*)
bbradshaw@omm.com
Sergei Zaslavsky (admitted *pro hac vice*)
szaslavsky@omm.com
Jason Yan (admitted *pro hac vice*)
jyan@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Apple Inc.*

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

3

**DAVIS WRIGHT TREMAINE**

/s/*John Goldmark*
John Goldmark (WSBA No. 40980)
MaryAnn Almeida (WSBA No. 49086)
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
johngoldmark@dwt.com
maryannalmeida@dwt.com

**SIDLEY AUSTIN**

/s/*Benjamin M. Mundel*
Benjamin M. Mundel (admitted *pro hac vice*)
Mark D. Hopson (admitted *pro hac vice*)
Jacqueline E. Fradette (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 736-8000
Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
jfradette@sidley.com

*Attorneys for Amazon.com, Inc.*

STIPULATED MOT.
TO STAY DEADLINES                    4
NO. 2:22-CV-01599-KKE

## [PROPOSED] ORDER

The Court finds good cause exists and hereby **GRANTS** the Parties' Stipulated Motion To Stay Briefing Deadlines.  Deadlines for briefing on Defendants' Motion(s) for Fees and Costs are STAYED, including:

- Plaintiffs' Opposition(s) to Defendants' Motion for Fees and Motion for Costs

- Defendants' Reply or Replies in Support of their Motion for Fees and Motion for Costs

Within seven days of the issuance of a final mandate from the Court of Appeals on Plaintiffs' Appeal, the Parties shall meet and confer and, within the same seven day period, submit a proposed schedule to the Court for completing briefing on Defendants' Motions for Fees and Costs (either stipulated or through joint submission if contested).

**SO ORDERED.**

Dated: _____

_____
The Honorable Kymberly K. Evanson
UNITED STATES DISTRICT JUDGE

STIPULATED MOT.
TO STAY DEADLINES
NO. 2:22-CV-01599-KKE

5

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300