# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jolene Furdek
Jonathan Ryan

Name(s) of counsel (if any):

David J. Elkanich (see attached Addendum for list of additional counsel).

Address: Buchalter LLP, 600 University St., Ste. 3100, Seattle, WA 98101

Telephone number(s): 503-226-8646

Email(s): delkanich@buchalter.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

See attached Addendum for list of counsel.

Address: See attached.

Telephone number(s): See attached.

Email(s): See attached.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

N/A

Name(s) of counsel (if any):

N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Amazon.com, Inc.

Name(s) of counsel (if any):

See attached Addendum for list of counsel.

Address: See attached.

Telephone number(s): See attached.

Email(s): See attached.

---

Name(s) of party/parties:

N/A

Name(s) of counsel (if any):

N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

## ADDENDUM – REPRESENTATION STATEMENT

**Appellant – Counsel of Record**

| | |
|---|---|
| **1)** Name(s): | Steve W. Berman<br>Theodore Wojcik |
| Address: | Hagens Berman Sobel Shapiro LLP<br>1301 Second Ave., Suite 200<br>Seattle, WA 98101 |
| Phone Number(s): | (206) 623-7292 |
| Email(s): | steve@hbsslaw.com<br>tedw@hbsslaw.com |
| **2)** Name(s): | Ben Harrington<br>Benjamin J. Siegel |
| Address: | Hagens Berman Sobel Shapiro LLP<br>715 Hearst Ave., Suite 300<br>Berkeley, CA 94710 |
| Phone Number(s): | (510) 725-3000 |
| Email(s): | benh@hbsslaw.com<br>bens@hbsslaw.com |

**Appellee(s) – Counsel of Record for Apple, Inc.**

| | |
|---|---|
| **1)** Name(s): | Mark S. Parris |
| Address: | Orrick, Herrington & Sutcliffe LLP<br>401 Union St., Suite 3300<br>Seattle, WA 98101 |
| Phone Number(s): | (206) 839-4300 |
| Email(s): | mparris@orrick.com |
| **2)** Name(s): | Eric Hochstadt |
| Address: | Orrick, Herrington & Sutcliffe LLP<br>51 W. 52nd St.<br>New York, NY 10019 |
| Phone Number(s): | (212) 506-5000 |
| Email(s): | ehochstadt@orrick.com |
| **3)** Name(s): | Benjamin Bradshaw<br>Sergei Zaslavsky<br>Jason Yan |
| Address: | O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Phone Number(s): | (202) 383-5300 |
| Email(s): | bbradshaw@omm.com<br>szaslavsky@omm.com<br>jyan@omm.com |

**Appellee(s) – Counsel of Record for Amazon.com Inc.**

| | |
|---|---|
| **1)** Name(s): | John Goldmark<br>MaryAnn Almeida |
| Address: | Davis Wright Tremaine<br>920 Fifth Ave., Suite 3300<br>Seattle, WA 98104 |
| Phone Number(s): | (206) 622-3150 |
| Email(s): | johngoldmark@dwt.com<br>maryannalmeida@dwt.com |

| | |
|---|---|
| **2)** Name(s): | Benjamin M. Mundel<br>Mark D. Hopson<br>Jacqueline E. Fradette |
| Address: | Sidley Austin<br>1501 K Street, NW<br>Washington, DC 20005 |
| Phone Number(s): | (202) 736-8000 |
| Email(s): | mhopson@sidley.com<br>bmundle@sidley.com<br>jfradette@sidley.com |