## *United States District Court – Western District of Washington*
## TRANSCRIPT ORDER FORM

Court Reporter: Nancy Bauer    Judicial Officer: Kymberly K. Evanson

Case No. 2:22-cv-01599-KKE    Case Name: Floyd v. Amazon.com Inc. et al

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

For Appeal? ☐ No ☑ Yes    Court of Appeals Case No. ____________

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | | Maximum Transcript Fees – Per Page | | | |
|---|---|---|---|---|---|
| | | Original | 1st Copy | 2nd Copy | **Requested Delivery Date*** |
| ☐ | Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | |
| ☐ | 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | |
| ☐ | Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.*** |
| ☐ | 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| ☐ | Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ | Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ | Realtime Transcript | $3.70 | ------- | ------- | |

☑ PDF (default delivery format)

Email address for delivery of PDF transcript: srainey@buchalter.com

Additional Comments:

Please see attached Addendum designating transcripts for appeal. All such transcripts have already been ordered and/or fulfilled.

| **Contact Information** | | | |
|---|---|---|---|
| Name: | David Elkanich | | |
| Phone: | 503-226-8646 | Email: | delkanich@buchalter.com |
| Firm: | Buchalter LLP | | |
| Street Address: | 600 University St Suite 3100 | | |
| City/State/Zip: | Seattle, WA 98101 | | |
| Billing Reference # (if applicable): | H0822-2 | | |

*s/ David J. Elkanich*
**Signature**

9/8/2026
**Date**

PRINT    SAVE AS    RESET

## ADDENDUM – TRANSCRIPT DESIGNATION FORM

| Date(s): | Dkt. | Designated for appeal? | Transcript Status. | Court Reporter |
|---|---|---|---|---|
| 11/08/2023 | 70 | Y | Official transcript already filed | Sheri Shelbert |
| 04/30/2024 | 96 | Y | Official transcript already filed | Nancy Bauer |
| 08/07/2024 | 129 | Y | Official transcript already filed | Debbie Zurn |
| 11/05/2024 | 166 | Y | Official transcript already filed | Marci Chatelain |
| 02/06/2025 | 187 | Y | Official transcript already filed | Nancy Bauer |
| 06/16/2025 | 233 | Y | Official transcript already filed | Debbie Zurn |
| 12/02/2025 | 282 | Y | Official transcript requested 8/25/2026 | Nancy Bauer |
| 07/16/2026 | 311 | Y | Official transcript already filed | Marci Chatelain |